| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____   Chapter   **11** |

☐ Check if this is an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| 1. | **Debtor's name** | **Automated Trucking LLC** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **99-0973087** |

| 4. | **Debtor's address** | **Principal place of business**<br><br>**6000 S Florida Ave #5105**<br>**Lakeland, FL 33813**<br>Number, Street, City, State & ZIP Code<br><br>**Polk**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | **Debtor's website** (URL) | |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
|---|---|---|

Debtor **Automated Trucking LLC**  Case number (*if known*) _____
   Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor **Automated Trucking LLC**  Case number (*if known*) _____
      Name

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:* |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49              ☐ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99             ☐ 5001-10,000          ☐ 50,001-100,000
☐ 100-199           ☐ 10,001-25,000        ☐ More than 100,000
■ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ■ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ■ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor  **Automated Trucking LLC**                        Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 10, 2025**
              MM / DD / YYYY

X **/s/ Colin Dixon**                                    **Colin Dixon**
Signature of authorized representative of debtor          Printed name

Title   **Member**

**18. Signature of attorney**

X **/s/ Alberto ("Al") F. Gomez, Jr.**                   Date **June 10, 2025**
Signature of attorney for debtor                                MM / DD / YYYY

**Alberto ("Al") F. Gomez, Jr. 784486**
Printed name

**Johnson, Pope, Bokor,**
Firm name

**Ruppel & Burns, LLP
400 N Ashley Dr. #3100
Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone  **813-225-2500**       Email address

**784486 FL**
Bar number and State

# United States Bankruptcy Court
## Middle District of Florida

In re: **Automated Trucking LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **June 10, 2025**

**/s/ Colin Dixon**
**Colin Dixon**/**Member**
Signer/Title

Automated Trucking LLC
6000 S Florida Ave #5105
Lakeland, FL 33813

AGC Transportation & Logistics LLC
340 W Ross Ave Apt 421
Tampa, FL 33602

Autopayment Trucking LLC
2255 Spruce Goose St #318
Las Vegas, NV 89135


Alberto ("Al") F. Gomez, Jr.
Johnson, Pope, Bokor,
  Ruppel & Burns, LLP
400 N Ashley Dr. #3100
Tampa, FL 33602

AKL & Associates, Inc.
c/o Kristopher A. Lundsford
1072 Bluebell Dr.
Dacula, GA 30019

B&R consulting and logistics LLC
204 E Furlong
Willow Park, TX 76087


2MM Holdings LLC
3606 Herscel ST
Jacksonville, FL 32205

Amali
15852 S 18th Ln
Phoenix, AZ 85045

Barron Capital LLC
25 Hartman Drive
Hamilton, NJ 08690


3J Transport
933 E Mission Dr
Tempe, AZ 85283

AMO Media LLC
7615 Lake Cypress Dr
Odessa, FL 33556

BDE Operations LLC
2605 89th ST Cir E
Palmetto, FL 34221


4 Point LLC
5301 Pleasant Grove Rd
Pleasant Grove, CA 95668

Archie LLC
11491 NW 20th Ct
Plantation, FL 33323

BDM Sod Farms LLC
7111 S. 285th E Avenue
Broken Arrow, OK 74014


A Creamer LLC
11763 Harborside Circle
Largo, FL 33773

ARD Transportation
99 Oak Grove Dr
Dallas, GA 30157

Be Truckin Legendary LLC
Unit 1011
7190 E Kierland Blvd
Scottsdale, FL 85254


ACE Trucking Express LLC
207 Watersong Lane
Georgetown, TX 78628

Aries Aero Systems LLC
3611 Terramore Drive
Melbourne, FL 32940

Ben Zamora
25811 N 41st Way
Phoenix, AZ 85080


ADB Ventures LLC
434 Colusa Avenue
El Cerrito, CA 94530

ARS Anesthesia Inc
8912 Sanders Tree Loop
Wesley Chapel, FL 33545

Bernstein Trucking LLC
3011 49th Terr S
St. Petersburg, FL 33712


AED Logistics LLC
58 Winged Ft
Boerne, TX 78006

Atkinson Transport LLC
7333 E 124th St
Bixby, OK 74008

Best Quarter LLC
1942 Broadway STE 314C
Boulder, CO 80302

Big Red Fleet Management LLC
109 Webster Cir
Madison, MS 39110

Blue Bay Rentals
270 Park Ave
New York, NY 10017

Bryan Logistics LLC
30093 E 59th St S
Broken Arrow, OK 74014

Big Shifter Roth IRA, LLC
906 Cole St
Golden, CO 80401

Blue CAT Logistics
Apt. #508
7180 E Kierland Blvd
Scottsdale, AZ 85254

BTC Transportation llc
257 NW 58th Ct
Miami, FL 33126

Big Shifter Trucking, LLC
906 Cole St
Golden, CO 80401

Brandon Buck Enterprises LLC
614 S Howard Ave
Tampa, FL 33606

C&B Rojas Enterprise LLC
2910 North Kingsway Rd
Thonotosassa, FL 33592

Bixx LLC
1968 S Coast Hwy #187
Laguna Beach, CA 92651

Brett Behney Ministries
6421 N Florida Ave
Tampa, FL 33604

C&J Shipping & Freight
17921 SW 136 Ct
Miami, FL 33177

BJM Holdings AZ LLC
P.O. Box 1417
Higley, AZ 85236

Brick Holdings-2
3603 Wellspring Dr
Bee Cave, TX 78738

Cape Enterprises LLC
45 Ray Dwier Dr
Trenton, NJ 08690

Black Diamond LLC
2866 89th St Circle E
Palmetto, FL 34221

Brion trucking LLC
11120 Killian Park Road
Pinecrest, FL 33156

Carol Baker Enterprises LLC
2318 Promontory Point
Plano, TX 75075

Black Loom LLC
4 Centerpointe DR Ste 310
La Palma, CA 90623

Bronze LLC
2764 E Wildhorse DR
Gilbert, AZ 85297

CG Freight LLC
7190 e kierland blvd #416
Scottsdale, AZ 85254

Blackwell Enterprises
3216 W 68th Street
Mission Hills, KS 66208

Brown Boys Logistics
8500 Melrose Ave
Los Angeles, CA 90049

Chazer Ventures LLC
11709 N 115th E Ave
Collinsville, OK 74021

Blu Dog LLC
7161 S Sinova Ct
Gilbert, AZ 85298

Bruno T Faria
227 Fanshaw F
Boca Raton, FL 33434

CJ Trucking LLC
2412 David Ross Drive
Columbia, TN 38401

Cottonwood Werks LLC
PO Box 349
Nevada, MO 64772

Dlam Logistics
1500 S Highland Ave
Clearwater, FL 33756

ESC88 LLC
3231 E. Pecos Rd
Gilbert, AZ 85297

Crimson Cougar LLC
420 Montgomery St
San Francisco, CA 94104

DNA strategic solutions LLC
20416 SW 85th Ave
Cutler Bay, FL 33189

EZ Flow Transportation LLC
2 South Main st
Sapulpa, OK 74066

Curated by Lindsay LLC
5932 E Mariposa St
Phoenix, AZ 85018

Dutch Hollow Transport LLC
221 S. Forest Ave
Palatine, IL 60074

Fekete Corporations LLC
6767 E Kings Ave
Scottsdale, AZ 85254

Dameron Services LLC
24301 E 96th St S
Broken Arrow, OK 74014

Dynamic Pool And Spa Finishes LLC
8354 81st Terr N
seminole, FL 33777

FGK Transportation LLC
8601 N Garnett Rd
Owasso, OK 74021

DE LA O Capital llc
2525 Elm St APT 2311
Dallas, TX 75226

Ekey Enterprises LLC
1400 Overlook Dr
Weirton, WV 26062

FL Dep of Revenue
Collection Agency Section
5050 W Tennessee St.
Tallahassee, FL 32399

Deez Trucking LLC
46696 Mcbride Ave
Belleville, MI 48111

Elite Dragon LLC
3018 Colonial Ridge Dr
Brandon, FL 33511

FNA Capital LLC
2216 Ridecrest St
Mesquite, TX 75149

Diamond Land J Management LLC
660 Madison 1470
Huntsville, AR 72740

Ellariam, LLC
200 SW 184th Lane
Miami, FL 33157

Fortune Trucking LLC
2212 N Roca
Mesa, AZ 85213

DIO TruckingLLC
9001 Belcher Rd N
Pinellas Park, FL 33782

ENAJ LLC
56 Dustman Ln
Bardonia, NY 10954

Fox Automated Trucking LLC
1388 Hibiscus St
Clearwater, FL 33755

DJB Management Group LLC
862 Apricot Lane
fairhope, AL 36532

Ennoble Management LLC
20 N Gould St STE 50189
Sheridan, WY 82801

FPP Serivces LLC
12 Circle Dr
Medina, OH 44256

Good Buddy Trucking LLC
709 Lafayette Dr
Denton, TX 76205

Hodali Logistics LLC
8853 SW 206th Lane
Cutler Bay, FL 33189

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Good Steward Legacy
800 Nicollet Mall
Minneapolis, MN 55402

Hodali Management LLC
8853 SW 206th Lane
Cutler Bay, FL 33189

Intuitive Assets LLC
2655 Bolero Dr #1203
Naples, FL 34109

Grateful Growth INC
11786 Barb CT
Largo, FL 33788

Hooligans Truckin LLC
11349 E 61st St STE 200
Broken Arrow, OK 74012

Invest for Life LLC
709 Main St
Fultondale, AL 35068

H2 Transport LLC
218 Golden Arrow Dr
weatherford, TX 76087

Housley Transport LLC
2909 S Jeffry St
Gilbert, AZ 85295

Investment Group Trust
2200 N Maple Ave
Rapid City, SD 57701

Harrington Fleet Management LLC
109 Webster Cir
Madison, MS 39110

Hoyt Enterprise LLC
2764 E Wildhorse Dr
Gilbert, AZ 85297

It Must Be Nice
15029 SW 153 CT
Miami, FL 33196

Hat & Co Trucking
504 Sandia Park Drive
Burleson, TX 76028

I N I transport LLC
15325 SW 89 Ave
Miami, FL 33157

J dub opportunities LLC
10727 E 51st St
Tulsa, OK 74146

Heatherm Consulting LLC
8960 Cynthia St Apt 203
West Hollywood, CA 90069

Impact Resolutions II LLC
599 E Fairview St
Gilbert, AZ 85295

J&K Rojas Enterprise LLC
412 E Lutz Lake Fern Rd
Lutz, FL 33549

Hermosillo Trucking
6841 Toll Mountain st
North Las Vegas, NV 89086

Inferno Fleet Management LLC
1340 Yandell Rd
Canton, MS 30946

J&M Fleet Managment
102 Timber Drive
Madison, MS 39110

Hodali Capital LLC
8853 SW 206th Lane
Cutler Bay, FL 33189

Innovative Fleet Management LLC
1340 yandell rd
Canton, MS 39046

J.Yang Logistics LLC
1553 Hanover St
Yorktown HTS, NY 10598

Jam Skyline Freight LLC
13710 SW 104th Ter
Miami, FL 33186

Jesse Elite Trucking LLC
3787 42 Ave North
St Petersburg, FL 33714

Klima Investments LLC
105 N Main St
Wichita, KS 67202

James W Sparks
11111 Hindwing Tri
Cypress, TX 77433

JMA 305 Consulting
11103 SW 242th Street
Homestead, FL 33032

KonaKai Trucking
4149 S Anastacia Ct
Green Valley, AZ 85622

Jammel Ventures LLC
9580 N Garnett Rd
Owasso, OK 74055

JOKE LLC
13347 Palmera Vista Dr
Riverview, FL 33579

Landmark Investments LLC
4 Stephanie Lane
Robbinsville, NJ 08691

Jasper Industries
50 Greenwood Ave
Lackawanna, NY 14218

JR-Automated Investing LLC
16289 Herriman Blvd
Noblesville, IN 46060

Legacy Acquisitions LLC
19149 E White Willow Pass
Owasso, OK 74055

Jay Property Buyer LLC
3005 W Rose Garden Ln
Phoenix, AZ 85027

Jrod Trucking LLC
420 Montgomery Street
San Francisco, CA 94104

LJ US Transport LLC
933 E Mission Dr
Tempe, AZ 85283

JAYVEEGEE Global MGMT Inc
222 Broadway
New york, NY 10038

JT Cole Logistics
10837 Irish Glen Tri
Haslet, TX 76052

LNN Consolidated Trucking LLC
317 Valentine Court
Burleson, TX 76028

JBZ Industries
117 John E Busch Ave
Somerset, NJ 08873

JTC Farms LLC
370 County Road 322
Koshonong, MO 65692

Longo Lanes Transport LLC
15905 W Wisconsin Ave #215
Brookfield, WI 53005

JCJR Enterprise LLC
11763 Harborside Circle
Largo, FL 33733

Jugos y Licuados Las Cruces
518 N. Arizona Ave
Chandler, AZ 85225

LSB LLC
4642 S Fortuna Way
Salt Lake City, UT 84124

JDL LLC
1101 West 7th St Apt. 10
Columbia, TN 38401

Kash Ruby Trucking LLC
Stuite 200
9925 Haynes BRG Rd
Alpharetta, GA 30022

Lucy Fit LLC
929 S Lily Dr# C201
Fruit Heights, UT 84037

Macromanagement LLC
12304 N Cincinnati Ave
Sklatook, OK 74070

Magic Mile LLC
305 Bryson LN
Clarksville, TN 37043

Maple Capital LLC
12361 Charlotte St
Kansas City, MO 64146

MCA Trucking Express LLC
5 Marcia way #94
Roseville, CA 95747

Me & Co LLC
11501 East 76th st n
Owasso, OK 74055

Megsfit LLC
3015 N Rocky Point Dr E
Tampa, FL 33607

MEZ Holdings & Logistics LLC
254 Chapman Rd, Ste 208
Newark, DE 19702

MJJ Executive Management
  Consults LLC
11716 Harborside Cir
Largo, FL 33773

MLR Land Management
4475 Madison 2590
Kingston, AK 72742

More Sunshine Consulting Inc
13013 Seminole Blvd #1169
Largo, FL 33778

Moullin Enterprises LLC
STE 4000, 423
7901 4th St. N
St. Petersburg, FL 33702

MSO Trucking
225 Murcia Drive, Unit 209
Jupiter, FL 33458

Multi Domain Industries
7901 4th Street N Ste 300
St Petersburg, FL 33702

Nomah Path Consulting Group LLC
3905 W 49th st
Sioux Falls, SD 57106

NZ Sod Sales LLC
45 Ray Dwier Dr
Trenton, NJ 08690

On Demand Trucking & Transport
7961 12th St N
St Petersburg, FL 33702

On the Road Trucking Delivery LLC
1705 South Narcissus Place
Broken Arrow, OK 74012

Only Golf Carts LLC
4945 W 800 N
West Point, UT 84015

OPG Nextgen Logistics LLC
19046 Bruce B Downs #1061
Tampa, FL 33647

Orville O Reid
4111 Cortez way south
St Petersburg, FL 33712

Pages Enterprise LLC
7220 49th Dr. NE
Marysville, WA 98270

Paras Consulting Group LLC
300 S Biscayne Blvd #2908
Miami, FL 33131

Penny Loaf LLC
10165 Windermere Chase Blvd
Gotha, FL 34734

Perennial Capital LLC
30 N Gould St Ste R
Sheridan, WY 82801

Peteetneet Tours
195 E 400 S
Payson, UT 84651

Pick a Lane Transport LLC
10727 E 51st St
Tulsa, OK 74146

Pine Capital
Suite 1204
12641 Antioch Rd
Overland Park, KS 66213

Potens Vikingi Consulens LLC
8712 Driftwood Dr
Tampa, FL 33615

RC Management LLC
11694 Harborside Cir
largo, FL 33773

S & S Express Services
1135 S 284th E Ave
Catoosa, OK 74015

Purple Pangolin LLC
502 N 9th ave
Bozeman, MT 59715

RDDC Logistics LLC
3680 Taylor Rd
Loomis, CA 95650

S Mirville Logistics
1610 SW 4th St
Homestead, FL 33030

QPR Capital Group LLC
201 Diamond Way
Cortland, OH 44410

Red Ltd
3158 Kodi Elizabeth St
Grand Junction, CO 81504

Saddle Up Ghost Rider LLC
Suite 1067
1992 Lews Turner Blvd
Ft Walton BCH, FL 32547

R&E Logistics & Shipping LLC
204 E Furlong
Willow Park, TX 76087

Refined Global Logistics
1650 Havenbrook Lane
Prosper, TX 75078

Sargent Outfitters LLC
830 Winding Hills Rd
Monument, CO 80132

R&N Ventures
931 W Hwy 39
Blackfoot, ID 83221

Residual Roadways LLC
5420 NW 55th BLVD #302
Coconut Creek, FL 33703

Saudia Holmes
609 Foxfire Rd
Elizabethtown, KY 42701

R&S Rojas LLC
2910 N. Kingsway Rd
Thonotosassa, FL 33592

Rig Runners LLC
4916 E. Waltann Ln
Scottsdale, AZ 85254

Scott Carroll LLC
4112 W 97th St
Overland Park, KS 66207

Raediance LLC
3015 N Rocky Point DR E
Tampa, FL 33607

RLK Logistics LLC
20011 SW 84 Ave
Cutler Bay, FL 33189

Scott McManus LLC
420 Montgomery St
San Francisco, CA 94104

Rayse22 LLC
11708 S 266th E Ave
Coweta, OK 74429

Roadrunner Consulting Group LLC
APT 209
21121 SW 85th Ave
Cutler bay, FL 33189

SD Freight & Logistics LLC
9481 Monica Dr
Seminole, FL 33777

RB Logistics Consulting Group LLC
374 Lexington Cirlce
Haslet, TX 76052

Rose Grace Robert LLC
Suite 318
2255 Spruce Goose St
Las Vegas, NV 89135

Sham Investments LLC
375 Three Springs Dr
Weirton, WV 26062

Shoreline Logistics LLC
101 South Mill St
Pryor, OK 74361

Sun Stagecoach LLC
2611 Congressional Way
Deerfield BCH, Fl 33442

The Sixth Degree Sports
Sixth Degree Sports Group
Scotssdale, AZ 85251

Silverbird Investments LLC
491 22nd ave SE
St. Petersburg, FL 33701

SunDiaz LLC
200 4th Street N
St Petersburg, FL 33701

TJM Entertainment
5319 Tallgrass Way
kennesaw, GA 30152

Simplistic Logistic LLC
14667 W Mauna Loa Ln
Surprise, AZ 85379

Sweet Basil LLC
3906 E FLOWER St
Phoenix, AZ 85018

Trotter Trucking LLC
3610 W Quantico Place
Broken Arrow, OK 74011

Slla consulting llc
518 N Arizona Ave
Chandler, AZ 85225

T. Cooper Babs Transport
26600 S 4120 Rd
Claremore, OK 74019

Truc U 5 LLC
1260 Ivey Lane
Green Cove Spgs, FL 32043

Solis Holdings LLC
663 N Saddle Rock Dr
Grand Junction, CO 81504

Take Me Trucking LLC
2221 Peninsular Ct
Longwood, FL 32779

Trucking Along Worldwide LLC
Suite 104
2640 Cypress Ridge Blvd
Wesley Chapel, FL 33544

Stage Coach Transportation Services
4238 E Knudsen Dr.
Phoenix, AZ 85050

Tama Consulting Inc
1555 E Chandler BLVD
Chandler, AZ 85225

Trumanage LLC
1953 River Forest Dr
Marietta, GA 30068

StoneCreek Trucking LLC
3773 N Pollard LN
Star, ID 83669

Tesco Electronics
1553 Hanover St
Yorktown HTS, NY 10598

Tsalagi Ventures LLC
7677 Blxby Rd
Beggs, OK 74421

Stuart Exploits LLC
6171 Highway 90 Lot 69
Theodore, AL 36582

Texoma Ecom Exchange
2545 E FM 120
Denison, TX 75021

Tuft Life
12900 SW 187 Terr
Miami, FL 33177

Stuffys Vending LLC
9323 East 21st St
Tulsa, OK 74129

The Business Connection
2430 Orchard Ave
Grand Junction, CO 81501

Tych Trucking LLC
Tych Trucking LLC
Mesa, AZ 85203

Vanen Property Company
11001 S Louisville Ave
Tulsa, OK 74137

WMB Management Group LLC
109 Samuel Ct
Washington, IL 61571

Vasla Network LLC
11491 NW 20th Ct
Plantation, FL 33323

Yellow Line Freight LLC
7409 Rutledge Rd
Louisville, KY 40258

Veritas consulting trust LLC
138 Tyler CT
Fort Worth, TX 76108

Yellow Yak LLC
502 N 9th Ave
Bozeman, MT 59715

Vita Bella Management LLC
10616 N 159th E Ave
Owasso, OK 74055

Z Transportation Services LLC
3127 Alexandrias Dr
Sandusky, OH 44870

Washington Gonzalez PLLC
599 E Fairview St
Gilbert, AZ 85295

Zano Transportation LLC
3127 Alexandrias Dr
Sandusky, OH 44870

Wayne Street Rentals, LLC
1712 Canady Rd
Wilmington, NC 28411

Zingeer Transportation
308 Grandy Ct
Greer, SC 29651

West Haven Ranch
2545 E FM 120
Denison, TX 75021

Whiteline Transportation LLC
11501 E 76th St N
Owasso, OK 74055

Wicked Willie Trucking CO
304 Main Ave Ste 369
Norwalk, CT 06851