UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No. 8:25-bk-03886-CPM
Chapter 11

Automated Trucking LLC,

    Debtor.
_____/

### NOTICE OF APPEARANCE

On behalf of Mary Ida Townson, United States Trustee for Region 21, Nicole Peair, files this Notice of Appearance for purposes of CM/ECF. The meeting of creditors will be held telephonically on July 16, 2025, at 2:00 p.m. (EST).

The telephone conference line is (888) 330-1716. The participant passcode is 7645123#.

The United States Bankruptcy Court will serve creditors and parties in interest of Chapter 11 Bankruptcy Case, which serves as official notice of the meeting of creditors.

Dated: June 11, 2025.

    Respectfully submitted,

    MARY IDA TOWNSON
    United States Trustee for Region 21

    By: /s/ Nicole Peair
    Trial Attorney
    Office of the United States Trustee
    501 E. Polk Street, Suite 1200
    Tampa, Florida 33602
    (813) 228-2000/ fax: (813) 228-2303
    nicole.w.peair@usdoj.gov
    Louisiana Bar No. 33477