| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Automated Trucking LLC |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | 8:25-bk-03886 |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets—Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/13/2025         x /s/ Colin Dixon
                                  Signature of individual signing on behalf of debtor

                                  **Colin Dixon**
                                  Printed name

                                  **Member**
                                  Position or relationship to debtor

Official Form 202         Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name: **Automated Trucking LLC**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**
Case number (if known): **8:25-bk-03886**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 4 Point LLC<br>5301 Pleasant Grove Rd<br>Pleasant Grove, CA 95668 | | client | Contingent Disputed | | | $540,000.00 |
| Aries Aero Systems LLC<br>3611 Terramore Drive<br>Melbourne, FL 32940 | | client | Contingent Disputed | | | $1,182,000.00 |
| Atkinson Transport LLC<br>7333 E 124th St<br>Bixby, OK 74008 | | client | Contingent Disputed | | | $461,250.00 |
| Blue CAT Logistics<br>Apt. #508<br>7180 E Kierland Blvd<br>Scottsdale, AZ 85254 | | client | Contingent Disputed | | | $312,500.00 |
| Cardali Enterprises, LLC<br>Tower 1, Ste. 455 #14785<br>1150 NW 72nd Ave<br>Miami, FL 33126 | | client | | | | $3,250,000.00 |
| CG Freight LLC<br>7190 e kierland blvd #416<br>Scottsdale, AZ 85254 | | client | Contingent Disputed | | | $343,250.00 |
| Diamond Land J Management LLC<br>660 Madison 1470<br>Huntsville, AR 72740 | | client | Contingent Disputed | | | $292,500.00 |

| Debtor | Automated Trucking LLC | | Case number *(if known)* | 8:25-bk-03886 |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **DWL Transport Services Inc** 15325 SW 89th Ave Miami, FL 33157 | | client | | | | $2,750,000.00 |
| **Hermosillo Trucking** 6841 Toll Mountain st North Las Vegas, NV 89086 | | client | Contingent Disputed | | | $397,500.00 |
| **Innovative Fleet Management LLC** 1340 yandell rd Canton, MS 39046 | | client | Contingent Disputed | | | $1,306,500.00 |
| **JR-Automated Investing LLC** 16289 Herriman Blvd Noblesville, IN 46060 | | client | Contingent Disputed | | | $275,000.00 |
| **Kash Ruby Trucking LLC** Stuite 200 9925 Haynes BRG Rd Alpharetta, GA 30022 | | client | Contingent Disputed | | | $465,000.00 |
| **Peteetneet Tours** 195 E 400 S Payson, UT 84651 | | client | Contingent Disputed | | | $285,000.00 |
| **R&S Rojas LLC** 2910 N. Kingsway Rd Thonotosassa, FL 33592 | | client | Contingent Disputed | | | $382,250.00 |
| **Stage Coach Transportation Services** 4238 E Knudsen Dr. Phoenix, AZ 85050 | | client | Contingent Disputed | | | $1,231,200.00 |
| **Trumanage LLC** 1953 River Forest Dr Marietta, GA 30068 | | client | Contingent Disputed | | | $1,442,500.00 |
| **Vanen Property Company** 11001 S Louisville Ave Tulsa, OK 74137 | | client | Contingent Disputed | | | $285,000.00 |
| **Vita Bella Management LLC** 10616 N 159th E Ave Owasso, OK 74055 | | client | Contingent Disputed | | | $445,000.00 |

| Debtor | **Automated Trucking LLC** | | Case number *(if known)* | **8:25-bk-03886** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **West Haven Ranch 2545 E FM 120 Denison, TX 75021** | | client | **Contingent Disputed** | | | **$631,750.00** |
| **Z Transportation Services LLC 3127 Alexandrias Dr Sandusky, OH 44870** | | client | **Contingent Disputed** | | | **$399,000.00** |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 3