UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In Re:

AUTOMATED TRUCKING, LLC            Case No. 8:25-bk-03886-CPM
                                                                          Chapter 11

      Debtor.
_____/

## **NOTICE OF HEARING**

NOTICE IS HEREBY GIVEN THAT

A preliminary hearing in this case will be held before the Honorable Catherine Peek McEwen in Courtroom 8B, United States Bankruptcy Court, 801 N. Florida Ave, Tampa, FL 33602 on **June 23, 2025 at 2:00 P.M**. on the *Debtor's Motion for Turnover of Estate Property and to Enforce the Automatic Stay Against Bank of America* (Doc. No. 17).

1. All parties may attend the hearing in person. Parties are directed to review Judge McEwen's Procedures Governing Court Appearances (available at https://www.flmb.uscourts.gov/judges/mcewen) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom.

2. Any party opposing the relief sought in this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

3. The Court may continue these matters upon announcement made in open court without further notice.

4. All participants, whether attending in person or remotely, must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Hearing* has been furnished either by the Court's CM/ECF service or by U.S. Mail, first class postage prepaid to the following: **Office of the U.S. Trustee**, 501 East Polk Street, Suite 1200, Tampa, Florida 33602, **Bank of America, NA, Attn: Registered Agent**, CT Corporation System, 1200 S. Pine Island Road, Plantation, FL 33324; **Bank of America, NA, Attn: Legal Department**, 101 S. Tryon Street, Charlotte, NC 28255; **Bank of America Financial Center**, 101 E Kennedy Blvd., Ste. 1000, Tampa, FL 33602; **Automated Trucking, LLC**, 6000 S. Florida Ave #5105, Lakeland, FL 33813 and to the parties listed on the attached matrix and via Certified Mail, Return Receipt to **Bank of America, Attn: Brian T. Moynihan, President and CEO**, 100 North Tryon St., Charlotte, NC 28255 on June 20, 2025.

/s/ Alberto F. Gomez, Jr.
Alberto ("Al") F. Gomez, Jr. (FBN: 784486)
Johnson Pope Bokor Ruppel & Burns, LLP
400 N. Ashley Drive, Suite 3100
Tampa, Florida 33602
Telephone: (813) 225-2500
Email: al@jpfirm.com
Attorneys for Debtor