**UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:

Automated Trucking LLC,                       Case No. 8:25-bk-03886-CPM
                                                            Chapter 11

    Debtor.
_____/

**NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESS**

PLEASE TAKE NOTICE that Ross M. Good, Esq. and The Good Law Group appear as counsel for TRUMANAGE LLC, a party in interest in this case, and pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, respectfully request that all notices given or required to be served in this case be given to and served upon the undersigned attorneys.

All pleadings and papers should be served to the following designated e-mail addresses:

Primary Email: ross@thegoodlawgroup.com
Secondary Email Address: info@thegoodlawgroup.com

Dated: June 23, 2025.

                                   /s/Ross M. Good
                                   Ross M. Good, Esq.  (FBN 116405)
                                   The Good Law Group
                                   800 E. Northwest Hwy, Suite 814
                                   Palatine, IL 60074
                                   Phone: (847) 600-9576
                                   Email: ross@thegoodlawgroup.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on June 23, 2025, a true and correct copy of the foregoing was filed electronically with the Court's CM/ECF Filing to all parties who have requested or consented to electronic service in this case.

                               By:  */s/ Ross M. Good*
                                     Ross M. Good, Esq.