UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In Re:

AUTOMATED TRUCKING, LLC                Case No. 8:25-bk-03886-CPM
                                       Chapter 11

    Debtor.
_____/

### MOTION FOR EXTENSION OF TIME TO FILE CHAPTER 11 SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS

DEBTOR, AUTOMATED TRUCKING LLC ("Debtor"), by and through its undersigned attorney, hereby files this Motion for Extension of Time to File Chapter 11 Schedules and Statements of Financial Affairs ("Motion") and in support of the Motion states:

1. On June 10, 2025 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. According to the Federal Rules of Bankruptcy Procedure, the Chapter 11 Schedules and Statements of Financial Affairs ("Schedules") are required to be filed on or before June 24, 2025.

3. The Debtor is in the process of preparing its Schedules and expects the same to be completed no later than July 9, 2025. The Debtor needs additional time to complete its Schedules accurately and completely. For instance, the Debtor is awaiting confirmation from its accountant to verify information. No Creditor will be prejudiced by this request for an extension of time to file the Schedules.

4. The meeting of creditors is scheduled for July 16, 2025 at 2:00 P.M.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order granting this

Motion and extending the time the Debtor is required to file its Chapter 11 Schedules and Statements of Financial Affairs through and including July 9, 2025 and for such other and further relief as is just.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Extend Time has been furnished by the Court's CM/ECF system to all creditors and parties who receive electronic notice via the Court's CM/ECF system on June 24, 2025.

> JOHNSON, POPE, BOKOR,
> RUPPEL & BURNS, LLP
>
> /s/ Alberto F. Gomez, Jr.
> Alberto ("Al") F. Gomez, Jr. (FBN: 784486)
> 400 North Ashley Dr., Ste. 3100
> Tampa, FL  33602
> Telephone:   813-225-2500
> Facsimile:   813-223-7118
> Email:  Al@jpfirm.com
> Attorneys for Debtor