UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In Re:

AUTOMATED TRUCKING, LLC            Case No. 8:25-bk-03886-CPM
                                                    Chapter 11

       Debtor.
_____/

## **STATEMENT OF COMPENSATION**

Debtor's counsel, Alberto ("Al") F. Gomez, Jr. and Johnson Pope Bokor Ruppel & Burns, LLP ("Johnson Pope"), hereby files this 2016(b) Disclosure and says that Johnson Pope received a prepetition retainer within one year of the Petition Date in the amount of $50,300.00. Of the amount received, Colin Dixon, PA, an affiliate of the Debtor, paid $25,300.00 and Cardali Enterprise, LLC, a second affiliate of the Debtor, paid $25,000.00. Colin Dixon, PA and Cardali Enterprise LLC also paid the Court's filing fee of $1,738.00 on behalf of the Debtor. After crediting amounts due for pre-petition services rendered and for reimbursement of pre-petition expenses incurred through June 10, 2025, the date of commencement of the Debtor's chapter 11 case, Johnson Pope held approximately $46,580.50 in its trust account to be applied to post-petition services rendered and costs incurred.

Johnson Pope has not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my firm.

In return for the above-disclosed fee, I have agreed to render legal services for all aspects of the bankruptcy case, including:

         a.         Analysis of the Debtor's financial situation and rendering advice to the Debtor in determining whether to file a petition in bankruptcy under the Subchapter V Small

Business Chapter 11 Reorganization.

      b.      Preparation and filing of any petition, schedules, statement of affairs and plan which may be required.

      c.      Representation of the debtor at the meeting of creditors, first day motions, negotiations with the subchapter V, chapter 11 Trustee, the confirmation hearing, and any other related contested matters.

      d.      Negotiations with all creditors of the estate.

      e.      Preparation and filing of reaffirmation agreements and applications, if applicable;

      f.      Any and all additional services described in the Application to Employ Alberto ("Al") F. Gomez, Jr. and Johnson Pope as Debtor's Counsel.

The total amount due and ultimately payable to Johnson Pope should be determined by the Court on the basis of $500.00 per hour for Alberto ("Al") F. Gomez, Jr. and applicable hourly rates of other attorneys and paralegals employed by the firm.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing 2016(b) Statement has been furnished by the Court's CM/ECF system to all creditors and parties who receive electronic notice via the Court's CM/ECF system on June 24, 2025.

    /s/ Alberto F. Gomez, Jr.
Alberto ("Al") F. Gomez, Jr. (FBN: 784486)
Johnson Pope Bokor Ruppel & Burns, LLP
400 North Ashley Dr., Ste. 3100
Tampa, FL 33602
Telephone:   813-225-2500
Facsimile:   813-223-7118
Email:  Al@jpfirm.com
Attorneys for Debtor