

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/23/2025 02:00 PM

COURTROOM   8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:25-bk-03886-CPM** | **11** | **06/10/2025** |

**Chapter 11**

**DEBTOR:**   Automated Trucking LLC

**DEBTOR ATTY:**   **Alberto Gomez**

**TRUSTEE:**   NA

**HEARING:**

Motion to Compel Turnover of Estate Property and to Enforce the Automatic Stay Against Bank of America, NA Filed by Alberto F Gomez Jr. on behalf of Debtor Automated Trucking LLC (Attachments: # [1] Mailing Matrix) Doc #17

**APPEARANCES:**:
AAPPEARANCES: via zoom: Al Gomez, Nicole Peair, Ross Good

**RULING:**
Motion to Compel Turnover of Estate Property and to Enforce the Automatic Stay Against Bank of America, NA Filed by Alberto F Gomez Jr. on behalf of Debtor Automated Trucking LLC (Attachments: # [1] Mailing Matrix) Doc #17

   ...Granted - Order by Gomez...
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.