UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In Re:

AUTOMATED TRUCKING, LLC            Case No. 8:25-bk-03886-CPM
                                                               Chapter 11

    Debtor.
_____/

## **NOTICE OF CORRECTED ADDRESS OF CREDITOR(S)**

Debtor, AUTOMATED TRUCKING, LLC, by and through its undersigned attorney, hereby files this Notice of Corrected Address and gives notice that the mailing addresses for the following creditors have changed. **The old addresses are as follows and should be removed from the mailing matrix**.

    EZ Flow Transportation, LLC
    2 South Main St.
    Sapulpa, OK 74066

    Stuffys Vending LLC
    9323 East 21st St.
    Tulsa, OK 74129

**The NEW addresses are listed as follows and should be added to the mailing matrix**:

    EZ Flow Transportation, LLC
    3920 S. 74th West Ave
    Tulsa, OK 74107

    Stuffys Vending LLC
    7910 N 149th East Ave
    Owasso, OK 74055

Debtor further gives notice that Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors and Deadlines (Doc. No. 14) was furnished via US Mail, first class postage prepaid, to the creditor listed above at its new address described herein.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Change of Address for Creditor has been furnished by the Court's CM/ECF system to all creditors and parties who receive electronic notice via the Court's CM/ECF system and served via U.S. Mail, first class postage prepaid, together with the Notice of Chapter 11 Filing, Meeting of Creditors and Deadlines (Doc. No. 14) to the creditors listed above at their new addresses described herein on June 25, 2025.

    JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Alberto F. Gomez, Jr.
Alberto "Al" F. Gomez, Jr. (FBN: 784486)
400 North Ashley Drive, Suite 3100
Tampa, FL 33602
Telephone:   813-225-2500
Facsimile:   813-223-7118
Email:  Al@JPFirm.com
Attorneys for Debtor