ORDERED.

Dated: June 30, 2025

_____
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In Re:

AUTOMATED TRUCKING, LLC   Case No. 8:25-bk-03886-CPM
                          Chapter 11

    Debtor.
_____/

**ORDER GRANTING DEBTOR'S MOTION FOR TURNOVER OF ESTATE PROPERTY AND TO ENFORCE THE AUTOMATIC STAY AGAINST BANK OF AMERICA, NA**
(Doc. No. 17)

THIS CASE came on for hearing on June 23, 2025, upon the Motion for turnover of Estate Property and to Enforce the Automatic Stay Against Bank of America (Doc. No. 17) ("Motion") filed by the Debtor. For the reasons stated orally and recorded in open court, which shall constitute the decision of the Court, it is -

**ORDERED:**

1. The Motion is GRANTED as set forth herein.

2. Bank of America, NA is directed to immediately and unconditionally release the administrative freeze on all deposit accounts held by the Debtor, including but not limited to the account ending in 3318.

3. Bank of America, NA ("BOA") is further directed to turnover all funds on deposit in account number ending in 3318 ("BOA Funds") to Debtor's counsel, Alberto F. Gomez, Jr. of Johnson Pope Bokor Ruppel & Burns, LLP. BOA should make the check payable to the Debtor, Automated Trucking, LLC.

4. The Debtor and Debtor's counsel shall deposit the BOA Funds into a DIP bank account with an authorized depository ("DIP Account'). The DIP Account shall require two signatories, with one of the signatories being Debtor's counsel and the other being Colin Dixon or Eliseo Javier, the Debtor's principals. The DIP Account should be an account with a market rate of interest that is customary for a large deposit of funds.

5. The BOA Funds deposited into the DIP Account shall not be utilized or withdrawn without further order of the Court.

6. The Court reserves jurisdiction to award appropriate sanctions, including attorney's fees and costs, and to consider any request for actual or punitive damages under § 362(k), if BOA fails to comply with this Order.

\* \* \*

Al Gomez is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three (3) days of entry of this order.