UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In Re:

AUTOMATED TRUCKING, LLC                                    Case No. 8:25-bk-03886-CPM
                                                                                        Chapter 11

    Debtor.
_____/

### CERTIFICATE OF SERVICE
(Doc. No. 29)

**I HEREBY CERTIFY** that Order Granting Debtor's Motion for Turnover of Estate Property and to Enforce the Automatic Stay Against Bank of America (**Doc. No. 29**) has been furnished either by the Court's CM/ECF system at the time of entry or by regular U. S. Mail to **Office of the U.S. Trustee**, 501 East Polk Street, Suite 1200, Tampa, Florida 33602, **Bank of America, NA, Attn: Registered Agent**, CT Corporation System, 1200 S. Pine Island Road, Plantation, FL 33324; **Bank of America, NA, Attn: Legal Department**, 101 S. Tryon Street, Charlotte, NC 28255; **Bank of America Financial Center**, 101 E Kennedy Blvd., Ste. 1000, Tampa, FL 33602; **Automated Trucking, LLC**, 6000 S. Florida Ave #5105, Lakeland, FL 33813, to the parties listed on the attached matrix and via Certified Mail, Return Receipt to **Bank of America, Attn: Brian T. Moynihan, President and CEO**, 100 North Tryon St., Charlotte, NC 28255 on June 30, 2025.

                                        /s/ Alberto F. Gomez, Jr.
                                        Alberto ("Al") F. Gomez, Jr. (FBN: 784486)
                                        Johnson Pope Bokor Ruppel & Burns, LLP
                                        400 North Ashley Dr., Ste. 3100
                                        Tampa, FL  33602
                                        Telephone:     813-225-2500
                                        Facsimile:      813-223-7118
                                        Email:  Al@jpfirm.com
                                        Attorneys for Debtor