UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In Re:

AUTOMATED TRUCKING, LLC            Case No. 8:25-bk-03886-CPM
                                                                   Chapter 11

     Debtor.
_____/

**NOTICE OF UNAVAILABILITY**

PLEASE TAKE NOTICE that the undersigned counsel for Debtor, AUTOMATED TRUCKING, LLC, will be unavailable for hearings, depositions and/or trial for the time period encompassing **July 28, 2025 through August 8, 2025**.

WHEREFORE:

1. The undersigned respectfully requests that no hearings and/or depositions be scheduled during the time period specified above; that no motions, notices of hearings, requests to produce, interrogatories or any other pleadings be filed which require a timely response and/or attendance during said time period. Additionally, the undersigned respectfully requests that all pending matters remain status quo during this period of time, excluding any legitimate emergencies.

2. The filing and service of this Notice shall constitute an application and request for any and all continuance(s), extension(s) of time and/or for protective order(s) as necessary for the reasons set forth herein.

                                                   JOHNSON, POPE, BOKOR,
                                                   RUPPEL & BURNS, LLP

                                                   /s/ Alberto ("Al") F. Gomez, Jr.
                                                   Alberto ("Al") F. Gomez, Jr. (FBN: 784486)
                                                   400 North Ashley Drive, Ste. 3100

Tampa, FL  33602
Telephone:     813-225-2500
Facsimile:      813-223-7118
Email:  Al@jpfirm.com
Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Unavailability has been furnished by regular U. S. Mail and/or CM/ECF electronic system on July 2, 2025 to the **United States Trustee**, 501 East Polk Street, Suite 1200, Tampa, Florida 33602 and to all parties receiving electronic notice via CM/ECF in this case.

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Alberto ("Al") F. Gomez, Jr.
Alberto ("Al") F. Gomez, Jr. (FBN:  784486)
400 North Ashley Drive, Ste. 3100
Tampa, FL  33602
Telephone:     813-225-2500
Facsimile:      813-223-7118
Email:  Al@jpfirm.com
Attorneys for Debtor