**Fill in this information to identify the case:**

Debtor name    **Automated Trucking LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:25-bk-03886**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Statement of Financial Affairs**
    **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  9, 2025**          X **/s/ Colin Dixon**
                                          Signature of individual signing on behalf of debtor

                                          **Colin Dixon**
                                          Printed name

                                          **Member**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Automated Trucking LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:25-bk-03886**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................    $            0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................    $    33,100,000.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................    $    33,100,000.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $            0.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $            0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    31,397,840.82

4.  Total liabilities ..............................................................................................
   Lines 2 + 3a + 3b                                                                                                    $    31,397,840.82

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Automated Trucking LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | **8:25-bk-03886** |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking** | **3318** | **$1,100,000.00** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

       **$1,100,000.00**

**Part 2:     Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:     Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

| | | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | | **32,000,000.00** | - | **0.00** | = .... | **$32,000,000.00** |

Debtor    **Automated Trucking LLC**                                    Case number *(If known)*  **8:25-bk-03886**
             Name

12.    **Total of Part 3.**                                                                 $32,000,000.00
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:       Investments**

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:       Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No.  Go to Part 6.
    ☐ Yes Fill in the information below.

**Part 6:       Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:       Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No.  Go to Part 8.
    ☐ Yes Fill in the information below.

**Part 8:       Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

**Part 9:       Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:      Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:      All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

Debtor    **Automated Trucking LLC**                                    Case number *(If known)*  **8:25-bk-03886**
          _____
          Name

|  | Current value of debtor's interest |
|---|---|

**71.**    **Notes receivable**
          Description (include name of obligor)

**72.**    **Tax refunds and unused net operating losses (NOLs)**
          Description (for example, federal, state, local)

**73.**    **Interests in insurance policies or annuities**

**74.**    **Causes of action against third parties (whether or not a lawsuit has been filed)**
          **Cause of action against AKL & Associates, Inc. d/b/a AKL Transport**                                                              **Unknown**
          Nature of claim          Breach of contract
          Amount requested              $27,139,400.00

**75.**    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**    **Trusts, equitable or future interests in property**

**77.**    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.**    **Total of Part 11.**                                                                                                        **$0.00**
          Add lines 71 through 77. Copy the total to line 90.

**79.**    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
          ■ No
          ☐ Yes

Debtor  **Automated Trucking LLC**_____  Case number *(If known)*  **8:25-bk-03886**_____
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$1,100,000.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$32,000,000.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$33,100,000.00** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$33,100,000.00** |

**Fill in this information to identify the case:**

Debtor name  **Automated Trucking LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **8:25-bk-03886**

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **Automated Trucking LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **8:25-bk-03886**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

**2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**FL Dep of Revenue**
**Collection Agency Section**
**5050 W Tennessee St.**
**Tallahassee, FL 32399**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For informational purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For informational purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor    **Automated Trucking LLC**
_____          Case number *(if known)*    **8:25-bk-03886**
          Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,500.00 |

**2MM Holdings LLC**
**3606 Herscel ST**
**Jacksonville, FL 32205**

Date(s) debt was incurred ___

Last 4 digits of account number ___

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,500.00 |

**3J Transport**
**933 E Mission Dr**
**Tempe, AZ 85283**

Date(s) debt was incurred ___

Last 4 digits of account number ___

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $540,000.00 |

**4 Point LLC**
**5301 Pleasant Grove Rd**
**Pleasant Grove, CA 95668**

Date(s) debt was incurred ___

Last 4 digits of account number ___

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140,000.00 |

**A Creamer LLC**
**11763 Harborside Circle**
**Largo, FL 33773**

Date(s) debt was incurred ___

Last 4 digits of account number ___

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97,500.00 |

**ACE Trucking Express LLC**
**207 Watersong Lane**
**Georgetown, TX 78628**

Date(s) debt was incurred ___

Last 4 digits of account number ___

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,750.00 |

**ADB Ventures LLC**
**434 Colusa Avenue**
**El Cerrito, CA 94530**

Date(s) debt was incurred ___

Last 4 digits of account number ___

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140,000.00 |

**AED Logistics LLC**
**58 Winged Ft**
**Boerne, TX 78006**

Date(s) debt was incurred ___

Last 4 digits of account number ___

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Automated Trucking LLC** | | Case number (*if known*) | **8:25-bk-03886** |
|---|---|---|---|---|
| | Name | | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51,250.00** |
|---|---|---|---|
| | **AGC Transportation & Logistics LLC**<br>**340 W Ross Ave Apt 421**<br>**Tampa, FL 33602** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: <u>client</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|---|---|---|---|
| | **Amali**<br>**15852 S 18th Ln**<br>**Phoenix, AZ 85045** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: <u>client</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$145,000.00** |
|---|---|---|---|
| | **AMO Media LLC**<br>**7615 Lake Cypress Dr**<br>**Odessa, FL 33556** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: <u>client</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|
| | **Archie LLC**<br>**11491 NW 20th Ct**<br>**Plantation, FL 33323** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: <u>client</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,500.00** |
|---|---|---|---|
| | **ARD Transportation**<br>**99 Oak Grove Dr**<br>**Dallas, GA 30157** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: <u>client</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,182,000.00** |
|---|---|---|---|
| | **Aries Aero Systems LLC**<br>**3611 Terramore Drive**<br>**Melbourne, FL 32940** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: <u>client</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|
| | **ARS Anesthesia Inc**<br>**8912 Sanders Tree Loop**<br>**Wesley Chapel, FL 33545** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: <u>client</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Automated Trucking LLC**                                         Case number (if known)    **8:25-bk-03886**
_____                                    _____
Name

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$461,250.00** |
|---|---|---|---|
| | **Atkinson Transport LLC**<br>**7333 E 124th St**<br>**Bixby, OK 74008** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred | Basis for the claim:  **client** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,000.00** |
|---|---|---|---|
| | **Autopayment Trucking LLC**<br>**1810 E Sahara Ave #215**<br>**Las Vegas, NV 89104** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred | Basis for the claim:  **client** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$67,250.00** |
|---|---|---|---|
| | **B&R consulting and logistics LLC**<br>**204 E Furlong**<br>**Willow Park, TX 76087** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred | Basis for the claim:  **client** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$96,175.00** |
|---|---|---|---|
| | **Barron Capital LLC**<br>**25 Hartman Drive**<br>**Hamilton, NJ 08690** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred | Basis for the claim:  **client** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36,250.00** |
|---|---|---|---|
| | **BDE Operations LLC**<br>**2605 89th ST Cir E**<br>**Palmetto, FL 34221** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred | Basis for the claim:  **client** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$90,000.00** |
|---|---|---|---|
| | **BDM Sod Farms LLC**<br>**7111 S. 285th E Avenue**<br>**Broken Arrow, OK 74014** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred | Basis for the claim:  **client** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$104,500.00** |
|---|---|---|---|
| | **Be Truckin Legendary LLC**<br>**Unit 1011**<br>**7190 E Kierland Blvd**<br>**Scottsdale, FL 85254** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred | Basis for the claim:  **client** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Automated Trucking LLC** | Case number (if known) | **8:25-bk-03886** |
|---|---|---|---|
| | Name | | |

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98,000.00 |
|---|---|---|---|

**Ben Zamora**
**25811 N 41st Way**
**Phoenix, AZ 85080**

Date(s) debt was incurred
Last 4 digits of account number

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,240.00 |
|---|---|---|---|

**Bernstein Trucking LLC**
**3011 49th Terr S**
**St. Petersburg, FL 33712**

Date(s) debt was incurred
Last 4 digits of account number

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137,500.00 |
|---|---|---|---|

**Best Quarter LLC**
**1942 Broadway STE 314C**
**Boulder, CO 80302**

Date(s) debt was incurred
Last 4 digits of account number

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,250.00 |
|---|---|---|---|

**Big Red Fleet Management LLC**
**109 Webster Cir**
**Madison, MS 39110**

Date(s) debt was incurred
Last 4 digits of account number

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88,750.00 |
|---|---|---|---|

**Big Shifter Roth IRA, LLC**
**906 Cole St**
**Golden, CO 80401**

Date(s) debt was incurred
Last 4 digits of account number

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204,375.00 |
|---|---|---|---|

**Big Shifter Trucking, LLC**
**906 Cole St**
**Golden, CO 80401**

Date(s) debt was incurred
Last 4 digits of account number

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175,750.00 |
|---|---|---|---|

**Bixx LLC**
**1968 S Coast Hwy #187**
**Laguna Beach, CA 92651**

Date(s) debt was incurred
Last 4 digits of account number

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Automated Trucking LLC**

Name

Case number (if known)   **8:25-bk-03886**

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125,000.00 |
|---|---|---|---|

**BJM Holdings AZ LLC**
P.O. Box 1417
Higley, AZ 85236

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:   **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |
|---|---|---|---|

**Black Diamond LLC**
2866 89th St Circle E
Palmetto, FL 34221

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:   **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |
|---|---|---|---|

**Black Loom LLC**
4 Centerpointe DR Ste 310
La Palma, CA 90623

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:   **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,000.00 |
|---|---|---|---|

**Blackwell Enterprises**
3216 W 68th Street
Mission Hills, KS 66208

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:   **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |
|---|---|---|---|

**Blu Dog LLC**
7161 S Sinova Ct
Gilbert, AZ 85298

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:   **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,500.00 |
|---|---|---|---|

**Blue Bay Rentals**
270 Park Ave
New York, NY 10017

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:   **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $312,500.00 |
|---|---|---|---|

**Blue CAT Logistics**
Apt. #508
7180 E Kierland Blvd
Scottsdale, AZ 85254

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:   **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Automated Trucking LLC** | | Case number *(if known)* | **8:25-bk-03886** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,500.00** |
|---|---|---|---|
| | **Brandon Buck Enterprises LLC**<br>**614 S Howard Ave**<br>**Tampa, FL 33606** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **client** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|
| | **Brett Behney Ministries**<br>**6421 N Florida Ave**<br>**Tampa, FL 33604** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **client** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$89,000.00** |
|---|---|---|---|
| | **Brick Holdings-2**<br>**3603 Wellspring Dr**<br>**Bee Cave, TX 78738** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **client** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180,000.00** |
|---|---|---|---|
| | **Brion trucking LLC**<br>**11120 Killian Park Road**<br>**Pinecrest, FL 33156** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **client** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$171,000.00** |
|---|---|---|---|
| | **Bronze LLC**<br>**2764 E Wildhorse DR**<br>**Gilbert, AZ 85297** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **client** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|
| | **Brown Boys Logistics**<br>**8500 Melrose Ave**<br>**Los Angeles, CA 90049** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **client** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,015.50** |
|---|---|---|---|
| | **Bruno T Faria**<br>**227 Fanshaw F**<br>**Boca Raton, FL 33434** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **client** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor    **Automated Trucking LLC**                                           Case number *(if known)*    **8:25-bk-03886**
_____                                    _____
Name

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,500.00 |

**Bryan Logistics LLC**
**30093 E 59th St S**
**Broken Arrow, OK 74014**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**Basis for the claim:** <u>client</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $163,750.00 |

**BTC Transportation llc**
**257 NW 58th Ct**
**Miami, FL 33126**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**Basis for the claim:** <u>client</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84,500.00 |

**C&B Rojas Enterprise LLC**
**2910 North Kingsway Rd**
**Thonotosassa, FL 33592**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**Basis for the claim:** <u>client</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |

**C&J Shipping & Freight**
**17921 SW 136 Ct**
**Miami, FL 33177**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**Basis for the claim:** <u>client</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,750.00 |

**Cape Enterprises LLC**
**45 Ray Dwier Dr**
**Trenton, NJ 08690**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**Basis for the claim:** <u>client</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,250,000.00 |

**Cardali Enterprises, LLC**
**3015 N Rocky Point Dr E #820**
**Tampa, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**Basis for the claim:** <u>client</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |

**Carol Baker Enterprises LLC**
**2318 Promontory Point**
**Plano, TX 75075**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**Basis for the claim:** <u>client</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Automated Trucking LLC** | Case number (*if known*) | **8:25-bk-03886** |
|---|---|---|---|
| | Name | | |

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$343,250.00** |
|---|---|---|---|

**CG Freight LLC**
**7190 e kierland blvd #416**
**Scottsdale, AZ 85254**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|---|---|---|---|

**Chazer Ventures LLC**
**11709 N 115th E Ave**
**Collinsville, OK 74021**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140,000.00** |
|---|---|---|---|

**CJ Trucking LLC**
**2412 David Ross Drive**
**Columbia, TN 38401**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Cottonwood Werks LLC**
**PO Box 349**
**Nevada, MO 64772**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Crimson Cougar LLC**
**1453 Tennyson St.**
**Denver, CO 80204**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**Curated by Lindsay LLC**
**5932 E Mariposa St**
**Phoenix, AZ 85018**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Dameron Services LLC**
**24301 E 96th St S**
**Broken Arrow, OK 74014**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Automated Trucking LLC** | Case number (*if known*) | **8:25-bk-03886** |
|---|---|---|---|
| | Name | | |

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$78,750.00** |
|---|---|---|---|

**DE LA O Capital llc**
**2525 Elm St APT 2311**
**Dallas, TX 75226**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **client**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**Deez Trucking LLC**
**46696 Mcbride Ave**
**Belleville, MI 48111**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **client**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$292,500.00** |
|---|---|---|---|

**Diamond Land J Management LLC**
**660 Madison 1470**
**Huntsville, AR 72740**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **client**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57,000.00** |
|---|---|---|---|

**DIO TruckingLLC**
**9001 Belcher Rd N**
**Pinellas Park, FL 33782**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **client**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120,000.00** |
|---|---|---|---|

**DJB Management Group LLC**
**862 Apricot Lane**
**fairhope, AL 36532**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **client**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,000.00** |
|---|---|---|---|

**Dlam Logistics**
**1500 S Highland Ave**
**Clearwater, FL 33756**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **client**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120,000.00** |
|---|---|---|---|

**DNA strategic solutions LLC**
**20416 SW 85th Ave**
**Cutler Bay, FL 33189**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **client**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Automated Trucking LLC**                                    Case number (if known)    **8:25-bk-03886**
              Name

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00** |
|---|---|---|---|

**Dutch Hollow Transport LLC**
**221 S. Forest Ave**
**Palatine, IL 60074**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,750,000.00** |
|---|---|---|---|

**DWL Transport Services Inc**
**15325 SW 89th Ave**
**Miami, FL 33157**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,500.00** |
|---|---|---|---|

**Dynamic Pool And Spa Finishes LLC**
**8354 81st Terr N**
**seminole, FL 33777**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,500.00** |
|---|---|---|---|

**Ekey Enterprises LLC**
**1400 Overlook Dr**
**Weirton, WV 26062**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00** |
|---|---|---|---|

**Elite Dragon LLC**
**3018 Colonial Ridge Dr**
**Brandon, FL 33511**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|

**Ellariam, LLC**
**200 SW 184th Lane**
**Miami, FL 33157**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$240,000.00** |
|---|---|---|---|

**ENAJ LLC**
**56 Dustman Ln**
**Bardonia, NY 10954**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Automated Trucking LLC**                                          Case number (*if known*)    **8:25-bk-03886**
_____
Name

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180,000.00** |

3.71 | **Nonpriority creditor's name and mailing address**
**Ennoble Management LLC**
**20 N Gould St STE 50189**
**Sheridan, WY 82801**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **$180,000.00**
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.72 | **Nonpriority creditor's name and mailing address**
**ESC88 LLC**
**3231 E. Pecos Rd**
**Gilbert, AZ 85297**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **$168,750.00**
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.73 | **Nonpriority creditor's name and mailing address**
**EZ Flow Transportation LLC**
**3920 S. 74th West Ave**
**Tulsa, OK 74107**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **$96,250.00**
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.74 | **Nonpriority creditor's name and mailing address**
**Fekete Corporations LLC**
**6767 E Kings Ave**
**Scottsdale, AZ 85254**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **$55,000.00**
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.75 | **Nonpriority creditor's name and mailing address**
**FGK Transportation LLC**
**8601 N Garnett Rd**
**Owasso, OK 74021**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **$88,750.00**
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.76 | **Nonpriority creditor's name and mailing address**
**FNA Capital LLC**
**2216 Ridecrest St**
**Mesquite, TX 75149**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **$51,250.00**
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.77 | **Nonpriority creditor's name and mailing address**
**Fortune Trucking LLC**
**2212 N Roca**
**Mesa, AZ 85213**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **$45,000.00**
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Automated Trucking LLC** | Case number (if known) | **8:25-bk-03886** |
|---|---|---|---|
| | Name | | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$128,000.00** |
|---|---|---|---|

**Fox Automated Trucking LLC**
**1388 Hibiscus St**
**Clearwater, FL 33755**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,500.00** |
|---|---|---|---|

**FPP Serivices LLC**
**12 Circle Dr**
**Medina, OH 44256**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$229,375.00** |
|---|---|---|---|

**Good Buddy Trucking LLC**
**709 Lafayette Dr**
**Denton, TX 76205**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$110,000.00** |
|---|---|---|---|

**Good Steward Legacy**
**800 Nicollet Mall**
**Minneapolis, MN 55402**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**Grateful Growth INC**
**11786 Barb CT**
**Largo, FL 33788**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,250.00** |
|---|---|---|---|

**H2 Transport LLC**
**218 Golden Arrow Dr**
**weatherford, TX 76087**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**Harrington Fleet Management LLC**
**109 Webster Cir**
**Madison, MS 39110**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No  ☐ Yes

Debtor **Automated Trucking LLC**
_____
Name

Case number (if known)   **8:25-bk-03886**

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |
|---|---|---|---|

**Hat & Co Trucking**
**504 Sandia Park Drive**
**Burleson, TX 76028**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **client**

Is the claim subject to offset? ■ No ☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,000.00 |
|---|---|---|---|

**Heatherm Consulting LLC**
**8960 Cynthia St Apt 203**
**West Hollywood, CA 90069**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **client**

Is the claim subject to offset? ■ No ☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $397,500.00 |
|---|---|---|---|

**Hermosillo Trucking**
**6841 Toll Mountain st**
**North Las Vegas, NV 89086**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **client**

Is the claim subject to offset? ■ No ☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,750.00 |
|---|---|---|---|

**Hodali Capital LLC**
**8853 SW 206th Lane**
**Cutler Bay, FL 33189**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **client**

Is the claim subject to offset? ■ No ☐ Yes

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170,024.00 |
|---|---|---|---|

**Hodali Logistics LLC**
**8853 SW 206th Lane**
**Cutler Bay, FL 33189**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **client**

Is the claim subject to offset? ■ No ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,500.00 |
|---|---|---|---|

**Hodali Management LLC**
**8853 SW 206th Lane**
**Cutler Bay, FL 33189**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **client**

Is the claim subject to offset? ■ No ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,000.00 |
|---|---|---|---|

**Hooligans Truckin LLC**
**11349 E 61st St STE 200**
**Broken Arrow, OK 74012**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **client**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Automated Trucking LLC** | Case number (*if known*) | **8:25-bk-03886** |
|---|---|---|---|
| | Name | | |

---

**3.92** **Nonpriority creditor's name and mailing address**
**Housley Transport LLC**
**2909 S Jeffry St**
**Gilbert, AZ 85295**

**Date(s) debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset? ■ No  ☐ Yes

$7,250.00

---

**3.93** **Nonpriority creditor's name and mailing address**
**Hoyt Enterprise LLC**
**2764 E Wildhorse Dr**
**Gilbert, AZ 85297**

**Date(s) debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset? ■ No  ☐ Yes

$239,250.00

---

**3.94** **Nonpriority creditor's name and mailing address**
**I N I transport LLC**
**15325 SW 89 Ave**
**Miami, FL 33157**

**Date(s) debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset? ■ No  ☐ Yes

$87,500.00

---

**3.95** **Nonpriority creditor's name and mailing address**
**Impact Resolutions II LLC**
**599 E Fairview St**
**Gilbert, AZ 85295**

**Date(s) debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset? ■ No  ☐ Yes

$45,000.00

---

**3.96** **Nonpriority creditor's name and mailing address**
**Inferno Fleet Management LLC**
**1340 Yandell Rd**
**Canton, MS 30946**

**Date(s) debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset? ■ No  ☐ Yes

$55,000.00

---

**3.97** **Nonpriority creditor's name and mailing address**
**Innovative Fleet Management LLC**
**1340 yandell rd**
**Canton, MS 39046**

**Date(s) debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset? ■ No  ☐ Yes

$1,306,500.00

---

**3.98** **Nonpriority creditor's name and mailing address**
**Intuitive Assets LLC**
**2655 Bolero Dr #1203**
**Naples, FL 34109**

**Date(s) debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset? ■ No  ☐ Yes

$60,000.00

---

| Debtor | **Automated Trucking LLC** | | Case number *(if known)* | **8:25-bk-03886** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,750.00** |
|---|---|---|---|

**Invest for Life LLC**
**709 Main St**
**Fultondale, AL 35068**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **client**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,250.00** |
|---|---|---|---|

**Investment Group Trust**
**2200 N Maple Ave**
**Rapid City, SD 57701**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **client**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**It Must Be Nice**
**15029 SW 153 CT**
**Miami, FL 33196**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **client**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$153,750.00** |
|---|---|---|---|

**J dub opportunities LLC**
**10727 E 51st St**
**Tulsa, OK 74146**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **client**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$84,500.00** |
|---|---|---|---|

**J&K Rojas Enterprise LLC**
**412 E Lutz Lake Fern Rd**
**Lutz, FL 33549**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **client**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|---|---|---|---|

**J&M Fleet Managment**
**102 Timber Drive**
**Madison, MS 39110**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **client**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$91,250.00** |
|---|---|---|---|

**J.Yang Logistics LLC**
**1553 Hanover St**
**Yorktown HTS, NY 10598**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **client**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Automated Trucking LLC** | Case number (if known) | **8:25-bk-03886** |
|---|---|---|---|
| | Name | | |

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,500.00**

**Jam Skyline Freight LLC**
**13710 SW 104th Ter**
**Miami, FL 33186**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **client**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00**

**James W Sparks**
**11111 Hindwing Tri**
**Cypress, TX 77433**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **client**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$191,250.00**

**Jammel Ventures LLC**
**9580 N Garnett Rd**
**Owasso, OK 74055**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **client**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$55,000.00**

**Jasper Industries**
**50 Greenwood Ave**
**Lackawanna, NY 14218**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **client**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00**

**Jay Property Buyer LLC**
**3005 W Rose Garden Ln**
**Phoenix, AZ 85027**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **client**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,500.00**

**JayVeeGee Global Mgmt Inc**
**607 Pollock St**
**Richmond, VA 23222**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **client**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00**

**JBZ Industries**
**117 John E Busch Ave**
**Somerset, NJ 08873**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **client**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Automated Trucking LLC**                                    Case number (if known)    **8:25-bk-03886**
_____
Name

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |
|---|---|---|---|

**JCJR Enterprise LLC**
**11763 Harborside Circle**
**Largo, FL 33733**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

Basis for the claim:  **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,500.00 |
|---|---|---|---|

**JDL LLC**
**1101 West 7th St Apt. 10**
**Columbia, TN 38401**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

Basis for the claim:  **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,000.00 |
|---|---|---|---|

**Jesse Elite Trucking LLC**
**3787 42 Ave North**
**St Petersburg, FL 33714**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

Basis for the claim:  **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135,500.00 |
|---|---|---|---|

**JMA 305 Consulting**
**11103 SW 242th Street**
**Homestead, FL 33032**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

Basis for the claim:  **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,500.00 |
|---|---|---|---|

**JOKE LLC**
**13347 Palmera Vista Dr**
**Riverview, FL 33579**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

Basis for the claim:  **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275,000.00 |
|---|---|---|---|

**JR-Automated Investing LLC**
**16289 Herriman Blvd**
**Noblesville, IN 46060**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

Basis for the claim:  **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,500.00 |
|---|---|---|---|

**Jrod Trucking LLC**
**420 Montgomery Street**
**San Francisco, CA 94104**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

Basis for the claim:  **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Automated Trucking LLC** | | | Case number (*if known*) | **8:25-bk-03886** |
|---|---|---|---|---|---|
| | Name | | | | |

---

**3.120** | Nonpriority creditor's name and mailing address
**JT Cole Logistics**
**10837 Irish Glen Tri**
**Haslet, TX 76052**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

**$60,000.00**

---

**3.121** | Nonpriority creditor's name and mailing address
**JTC Farms LLC**
**370 County Road 322**
**Koshonong, MO 65692**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

**$48,750.00**

---

**3.122** | Nonpriority creditor's name and mailing address
**Jugos y Licuados Las Cruces**
**518 N. Arizona Ave**
**Chandler, AZ 85225**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

**$35,000.00**

---

**3.123** | Nonpriority creditor's name and mailing address
**Kash Ruby Trucking LLC**
**Stuite 200**
**9925 Haynes BRG Rd**
**Alpharetta, GA 30022**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

**$465,000.00**

---

**3.124** | Nonpriority creditor's name and mailing address
**Klima Investments LLC**
**105 N Main St**
**Wichita, KS 67202**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

**$82,250.00**

---

**3.125** | Nonpriority creditor's name and mailing address
**KonaKai Trucking**
**4149 S Anastacia Ct**
**Green Valley, AZ 85622**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

**$46,000.00**

---

**3.126** | Nonpriority creditor's name and mailing address
**Landmark Investments LLC**
**4 Stephanie Lane**
**Robbinsville, NJ 08691**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

**$20,000.00**

---

| Debtor | **Automated Trucking LLC** | Case number (if known) | **8:25-bk-03886** |
|---|---|---|---|
| | Name | | |

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,500.00**

**Legacy Acquisitions LLC**
**19149 E White Willow Pass**
**Owasso, OK 74055**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,500.00**

**LJ US Transport LLC**
**933 E Mission Dr**
**Tempe, AZ 85283**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55,000.00**

**LNN Consolidated Trucking LLC**
**317 Valentine Court**
**Burleson, TX 76028**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,999.00**

**Longo Lanes Transport LLC**
**15905 W Wisconsin Ave #215**
**Brookfield, WI 53005**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$107,500.00**

**LSB LLC**
**4642 S Fortuna Way**
**Salt Lake City, UT 84124**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$47,500.00**

**Lucy Fit LLC**
**929 S Lily Dr# C201**
**Fruit Heights, UT 84037**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00**

**Macromanagement LLC**
**12304 N Cincinnati Ave**
**Sklatook, OK 74070**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Automated Trucking LLC**                    Case number *(if known)*    **8:25-bk-03886**
_____                           _____
Name

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,750.00 |

**Magic Mile LLC**
**305 Bryson LN**
**Clarksville, TN 37043**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **client** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |

**Maple Capital LLC**
**12361 Charlotte St**
**Kansas City, MO 64146**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **client** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,500.00 |

**MCA Trucking Express LLC**
**5 Marcia way #94**
**Roseville, CA 95747**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **client** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $103,750.00 |

**Me & Co LLC**
**11501 East 76th st n**
**Owasso, OK 74055**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **client** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,750.00 |

**Megsfit LLC**
**91 Red River St**
**Austin, TX 78701**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **client** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,000.00 |

**MEZ Holdings & Logistics LLC**
**254 Chapman Rd, Ste 208**
**Newark, DE 19702**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **client** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,000.00 |

**MJJ Executive Management**
**  Consults LLC**
**11716 Harborside Cir**
**Largo, FL 33773**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **client** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Automated Trucking LLC** | Case number (if known) | **8:25-bk-03886** |
|---|---|---|---|
| | Name | | |

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55,000.00** |
|---|---|---|---|

**MLR Land Management**
**4475 Madison 2590**
**Kingston, AK 72742**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:   **client** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**More Sunshine Consulting Inc**
**13013 Seminole Blvd #1169**
**Largo, FL 33778**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:   **client** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,800.00** |
|---|---|---|---|

**Moullin Enterprises LLC**
**STE 4000, 423**
**7901 4th St. N**
**St. Petersburg, FL 33702**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:   **client** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43,750.00** |
|---|---|---|---|

**MSO Trucking**
**225 Murcia Drive, Unit 209**
**Jupiter, FL 33458**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:   **client** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55,000.00** |
|---|---|---|---|

**Multi Domain Industries**
**7901 4th Street N Ste 300**
**St Petersburg, FL 33702**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:   **client** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$196,000.00** |
|---|---|---|---|

**Nomah Path Consulting Group LLC**
**3905 W 49th st**
**Sioux Falls, SD 57106**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:   **client** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00** |
|---|---|---|---|

**NZ Sod Sales LLC**
**45 Ray Dwier Dr**
**Trenton, NJ 08690**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:   **client** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Automated Trucking LLC**                                    Case number (if known)    **8:25-bk-03886**
         Name

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,000.00 |
|---|---|---|---|

**On Demand Trucking & Transport**
**7961 12th St N**
**St Petersburg, FL 33702**

Date(s) debt was incurred

Last 4 digits of account number

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __client__

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**On the Road Trucking Delivery LLC**
**1705 South Narcissus Place**
**Broken Arrow, OK 74012**

Date(s) debt was incurred

Last 4 digits of account number

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __client__

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,000.00 |
|---|---|---|---|

**Only Golf Carts LLC**
**4945 W 800 N**
**West Point, UT 84015**

Date(s) debt was incurred

Last 4 digits of account number

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __client__

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Only Golf Carts LLC**
**4945 W 800 N**
**West Point, UT 84015**

Date(s) debt was incurred

Last 4 digits of account number

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __client__

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |
|---|---|---|---|

**OPG Nextgen Logistics LLC**
**7301 Rowlett Park Dr**
**Tampa, FL 33610**

Date(s) debt was incurred

Last 4 digits of account number

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __client__

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,000.00 |
|---|---|---|---|

**Orville O Reid**
**4111 Cortez way south**
**St Petersburg, FL 33712**

Date(s) debt was incurred

Last 4 digits of account number

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __client__

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Pages Enterprise LLC**
**7220 49th Dr. NE**
**Marysville, WA 98270**

Date(s) debt was incurred

Last 4 digits of account number

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __client__

Is the claim subject to offset?  ☑ No  ☐ Yes

| Debtor | **Automated Trucking LLC** | | Case number (*if known*) | **8:25-bk-03886** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
| --- | --- | --- | --- |
| | **Paras Consulting Group LLC** | ■ Contingent | |
| | **300 S Biscayne Blvd #2908** | ☐ Unliquidated | |
| | **Miami, FL 33131** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Basis for the claim:  **client** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
| --- | --- | --- | --- |
| | **Penny Loaf LLC** | ■ Contingent | |
| | **10165 Windermere Chase Blvd** | ☐ Unliquidated | |
| | **Gotha, FL 34734** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Basis for the claim:  **client** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,500.00** |
| --- | --- | --- | --- |
| | **Perennial Capital LLC** | ■ Contingent | |
| | **30 N Gould St Ste R** | ☐ Unliquidated | |
| | **Sheridan, WY 82801** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Basis for the claim:  **client** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$285,000.00** |
| --- | --- | --- | --- |
| | **Peteetneet Tours** | ■ Contingent | |
| | **195 E 400 S** | ☐ Unliquidated | |
| | **Payson, UT 84651** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Basis for the claim:  **client** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,500.00** |
| --- | --- | --- | --- |
| | **Pick a Lane Transport LLC** | ■ Contingent | |
| | **10727 E 51st St** | ☐ Unliquidated | |
| | **Tulsa, OK 74146** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Basis for the claim:  **client** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,250.00** |
| --- | --- | --- | --- |
| | **Pine Capital** | ■ Contingent | |
| | **Suite 1204** | ☐ Unliquidated | |
| | **12641 Antioch Rd** | ■ Disputed | |
| | **Overland Park, KS 66213** | | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **client** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
| --- | --- | --- | --- |
| | **Potens Vikingi Consulens LLC** | ■ Contingent | |
| | **8712 Driftwood Dr** | ☐ Unliquidated | |
| | **Tampa, FL 33615** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Basis for the claim:  **client** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Automated Trucking LLC** | | Case number (if known) | **8:25-bk-03886** |
|--------|----------------------------|--|------------------------|-------------------|
| | Name | | | |

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136,250.00 |
|-------|--|--|--|

**Purple Pangolin LLC**
**502 N 9th ave**
**Bozeman, MT 59715**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **client**  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |
|-------|--|--|--|

**QPR Capital Group LLC**
**201 Diamond Way**
**Cortland, OH 44410**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **client**  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,500.00 |
|-------|--|--|--|

**R&E Logistics & Shipping LLC**
**204 E Furlong**
**Willow Park, TX 76087**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **client**  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |
|-------|--|--|--|

**R&N Ventures**
**931 W Hwy 39**
**Blackfoot, ID 83221**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **client**  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $382,250.00 |
|-------|--|--|--|

**R&S Rojas LLC**
**2910 N. Kingsway Rd**
**Thonotosassa, FL 33592**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **client**  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,000.00 |
|-------|--|--|--|

**Raediance LLC**
**3018 Colonial Ridge Dr**
**Brandon, FL 33511**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **client**  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|-------|--|--|--|

**Rayse22 LLC**
**11708 S 266th E Ave**
**Coweta, OK 74429**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **client**  _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Automated Trucking LLC**                                  Case number (if known)   **8:25-bk-03886**
_____
Name

| | |
|---|---|
| 3.169 | **Nonpriority creditor's name and mailing address** |

**RB Logistics Consulting Group LLC**
**374 Lexington Cirlce**
**Haslet, TX 76052**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.                    **$60,000.00**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.170 | **Nonpriority creditor's name and mailing address** |

**RC Management LLC**
**11694 Harborside Cir**
**largo, FL 33773**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.                    **$7,500.00**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.171 | **Nonpriority creditor's name and mailing address** |

**RDDC Logistics LLC**
**3680 Taylor Rd**
**Loomis, CA 95650**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.                    **$53,750.00**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.172 | **Nonpriority creditor's name and mailing address** |

**Red Ltd**
**3158 Kodi Elizabeth St**
**Grand Junction, CO 81504**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.                    **$120,000.00**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.173 | **Nonpriority creditor's name and mailing address** |

**Refined Global Logistics**
**1650 Havenbrook Lane**
**Prosper, TX 75078**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.                    **$45,000.00**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.174 | **Nonpriority creditor's name and mailing address** |

**Residual Roadways LLC**
**5420 NW 55th BLVD #302**
**Coconut Creek, FL 33703**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.                    **$55,000.00**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.175 | **Nonpriority creditor's name and mailing address** |

**Rig Runners LLC**
**4916 E. Waltann Ln**
**Scottsdale, AZ 85254**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.                    **$136,250.00**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Automated Trucking LLC**                                    Case number (if known)  **8:25-bk-03886**
_____
Name

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$120,000.00** |

**RLK Logistics LLC**
**20011 SW 84 Ave**
**Cutler Bay, FL 33189**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$82,500.00** |

**Roadrunner Consulting Group LLC**
**APT 209**
**21121 SW 85th Ave**
**Cutler bay, FL 33189**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$148,000.00** |

**Rose Grace Robert LLC**
**Suite 318**
**2255 Spruce Goose St**
**Las Vegas, NV 89135**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55,000.00** |

**S & S Express Services**
**1135 S 284th E Ave**
**Catoosa, OK 74015**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$52,500.00** |

**S Mirville Logistics**
**1610 SW 4th St**
**Homestead, FL 33030**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55,000.00** |

**Saddle Up Ghost Rider LLC**
**Suite 1067**
**1992 Lews Turner Blvd**
**Ft Walton BCH, FL 32547**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$120,000.00** |

**Sargent Outfitters LLC**
**830 Winding Hills Rd**
**Monument, CO 80132**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Automated Trucking LLC**                                    Case number *(if known)*    **8:25-bk-03886**
_____                                _____
Name

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,500.00 |

**Saudia Holmes**
**609 Foxfire Rd**
**Elizabethtown, KY 42701**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **client** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $123,637.32 |

**Scott Carroll LLC**
**4112 W 97th St**
**Overland Park, KS 66207**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **client** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,000.00 |

**Scott McManus LLC**
**420 Montgomery St**
**San Francisco, CA 94104**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **client** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,750.00 |

**SD Freight & Logistics LLC**
**9481 Monica Dr**
**Seminole, FL 33777**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **client** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Securities and Exchange Comm**
**801 Brickell Ave #1950**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **interested party** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,750.00 |

**Sham Investments LLC**
**375 Three Springs Dr**
**Weirton, WV 26062**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **client** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,750.00 |

**Shoreline Logistics LLC**
**101 South Mill St**
**Pryor, OK 74361**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **client** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Automated Trucking LLC** | Case number *(if known)* | **8:25-bk-03886** |
|---|---|---|---|
| | Name | | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$78,750.00** |
|---|---|---|---|
| | **Silverbird Investments LLC**<br>**491 22nd ave SE**<br>**St. Petersburg, FL 33701** | ☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  **client** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|
| | **Simplistic Logistic LLC**<br>**14667 W Mauna Loa Ln**<br>**Surprise, AZ 85379** | ☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  **client** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|
| | **Slla consulting llc**<br>**518 N Arizona Ave**<br>**Chandler, AZ 85225** | ☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  **client** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120,000.00** |
|---|---|---|---|
| | **Solis Holdings LLC**<br>**663 N Saddle Rock Dr**<br>**Grand Junction, CO 81504** | ☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  **client** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,231,200.00** |
|---|---|---|---|
| | **Stage Coach Transportation Services**<br>**4238 E Knudsen Dr.**<br>**Phoenix, AZ 85050** | ☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  **client** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,500.00** |
|---|---|---|---|
| | **StoneCreek Trucking LLC**<br>**3773 N Pollard LN**<br>**Star, ID 83669** | ☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  **client** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$113,750.00** |
|---|---|---|---|
| | **Stuart Exploits LLC**<br>**212 W Troy St #B**<br>**Dothan, AL 36303** | ☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  **client** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No  ☐ Yes | |

Debtor    **Automated Trucking LLC**                                    Case number *(if known)*    **8:25-bk-03886**
_____
Name

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,500.00** |
|---|---|---|---|

**Stuffys Vending LLC**
**7910 N 149th East Ave**
**Owasso, OK 74055**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** client

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,750.00** |
|---|---|---|---|

**Sun Stagecoach LLC**
**2611 Congressional Way**
**Deerfield BCH, Fl 33442**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** client

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**SunDiaz LLC**
**200 4th Street N**
**St Petersburg, FL 33701**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** client

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$137,500.00** |
|---|---|---|---|

**Sweet Basil LLC**
**3906 E FLOWER St**
**Phoenix, AZ 85018**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** client

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53,750.00** |
|---|---|---|---|

**T. Cooper Babs Transport**
**26600 S 4120 Rd**
**Claremore, OK 74019**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** client

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120,000.00** |
|---|---|---|---|

**Take Me Trucking LLC**
**2221 Peninsular Ct**
**Longwood, FL 32779**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** client

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**Tama Consulting Inc**
**1555 E Chandler BLVD**
**Chandler, AZ 85225**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** client

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Automated Trucking LLC**                                    Case number (*if known*)    **8:25-bk-03886**
_____
Name

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$96,250.00** |
|---|---|---|---|

**Tesco Electronics**
**1553 Hanover St**
**Yorktown HTS, NY 10598**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _____
**Last 4 digits of account number** _____

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$166,000.00** |
|---|---|---|---|

**Texoma Ecom Exchange**
**2545 E FM 120**
**Denison, TX 75021**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _____
**Last 4 digits of account number** _____

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|---|---|---|---|

**The Business Connection**
**2430 Orchard Ave**
**Grand Junction, CO 81501**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _____
**Last 4 digits of account number** _____

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**The Sixth Degree Sports**
**Sixth Degree Sports Group**
**19238 N 4th St**
**Phoenix, AZ 85024**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _____
**Last 4 digits of account number** _____

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**TJM Entertainment**
**5319 Tallgrass Way**
**kennesaw, GA 30152**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _____
**Last 4 digits of account number** _____

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**Trotter Trucking LLC**
**3610 W Quantico Place**
**Broken Arrow, OK 74011**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _____
**Last 4 digits of account number** _____

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**Truc U 5 LLC**
**1260 Ivey Lane**
**Green Cove Spgs, FL 32043**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _____
**Last 4 digits of account number** _____

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Automated Trucking LLC** | Case number (if known) | **8:25-bk-03886** |
|---|---|---|---|
| | Name | | |

---

**3.211** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,250.00**

**Trucking Along Worldwide LLC**
**c/o Mauricio Orbegozo**
**2640 Cypress Ridge Blvd #104**
**Wesley Chapel, FL 33544**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **client**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,442,500.00**

**Trumanage LLC**
**1953 River Forest Dr**
**Marietta, GA 30068**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **client**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.213** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55,000.00**

**Tsalagi Ventures LLC**
**7677 Blxby Rd**
**Beggs, OK 74421**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **client**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.214** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$68,750.00**

**Tuft Life**
**12900 SW 187 Terr**
**Miami, FL 33177**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **client**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55,000.00**

**Tych Trucking LLC**
**1530 E June St**
**Mesa, AZ 85203**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **client**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.216** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$285,000.00**

**Vanen Property Company**
**11001 S Louisville Ave**
**Tulsa, OK 74137**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **client**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,000.00**

**Vasla Network LLC**
**11491 NW 20th Ct**
**Plantation, FL 33323**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **client**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Automated Trucking LLC**
_____
                Name                                          Case number (if known)    **8:25-bk-03886**

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $127,500.00 |

**Veritas consulting trust LLC**
**138 Tyler CT**
**Fort Worth, TX 76108**

**Date(s) debt was incurred**
**Last 4 digits of account number**

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __client__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $445,000.00 |

**Vita Bella Management LLC**
**10616 N 159th E Ave**
**Owasso, OK 74055**

**Date(s) debt was incurred**
**Last 4 digits of account number**

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __client__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,500.00 |

**Washington Gonzalez PLLC**
**599 E Fairview St**
**Gilbert, AZ 85295**

**Date(s) debt was incurred**
**Last 4 digits of account number**

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __client__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |

**Wayne Street Rentals, LLC**
**1712 Canady Rd**
**Wilmington, NC 28411**

**Date(s) debt was incurred**
**Last 4 digits of account number**

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __client__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $631,750.00 |

**West Haven Ranch**
**2545 E FM 120**
**Denison, TX 75021**

**Date(s) debt was incurred**
**Last 4 digits of account number**

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __client__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $152,000.00 |

**Whiteline Transportation LLC**
**11501 E 76th St N**
**Owasso, OK 74055**

**Date(s) debt was incurred**
**Last 4 digits of account number**

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __client__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |

**Wicked Willie Trucking CO**
**304 Main Ave Ste 369**
**Norwalk, CT 06851**

**Date(s) debt was incurred**
**Last 4 digits of account number**

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __client__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Automated Trucking LLC** | | Case number *(if known)* | **8:25-bk-03886** |
|---|---|---|---|---|
| | Name | | | |

---

**3.225** | **Nonpriority creditor's name and mailing address**
**WMB Management Group LLC**
**109 Samuel Ct**
**Washington, IL 61571**

**Date(s) debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   client

Is the claim subject to offset?  ■ No  ☐ Yes

$60,000.00

---

**3.226** | **Nonpriority creditor's name and mailing address**
**Yellow Line Freight LLC**
**7409 Rutledge Rd**
**Louisville, KY 40258**

**Date(s) debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   client

Is the claim subject to offset?  ■ No  ☐ Yes

$80,000.00

---

**3.227** | **Nonpriority creditor's name and mailing address**
**Yellow Yak LLC**
**502 N 9th Ave**
**Bozeman, MT 59715**

**Date(s) debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   client

Is the claim subject to offset?  ■ No  ☐ Yes

$55,000.00

---

**3.228** | **Nonpriority creditor's name and mailing address**
**Z Transportation Services LLC**
**3127 Alexandrias Dr**
**Sandusky, OH 44870**

**Date(s) debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   client

Is the claim subject to offset?  ■ No  ☐ Yes

$399,000.00

---

**3.229** | **Nonpriority creditor's name and mailing address**
**Zano Transportation LLC**
**3127 Alexandrias Dr**
**Sandusky, OH 44870**

**Date(s) debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   client

Is the claim subject to offset?  ■ No  ☐ Yes

$98,750.00

---

**3.230** | **Nonpriority creditor's name and mailing address**
**Zingeer Transportation**
**308 Grandy Ct**
**Greer, SC 29651**

**Date(s) debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   client

Is the claim subject to offset?  ■ No  ☐ Yes

$100,000.00

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Debtor | **Automated Trucking LLC** | Case number (if known) | **8:25-bk-03886** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Securities and Exchange Comm**<br>**100 F Street, NE**<br>**Washington, DC 20549** | Line **3.187**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **US Attorney's Office**<br>**400 N. Tampa St. #3200**<br>**Tampa, FL 33602** | Line **3.187**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **US Department of Justice**<br>**Office Attorney General**<br>**950 Pennsylvania Ave, NW**<br>**Washington, DC 20530-0001** | Line **3.187**<br>☐ Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 31,397,840.82 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 31,397,840.82 |

**Fill in this information to identify the case:**

Debtor name    **Automated Trucking LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:25-bk-03886**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **White Lable Agreement dated February 6, 2024.** | |
| State the term remaining | **AKL & Associates, Inc. c/o Kristopher A. Lundsford 5767 Gene Serazon Dr Braselton, GA 30517** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name          **Automated Trucking LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:25-bk-03886**

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City        State        Zip Code | | |
| 2.2 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City        State        Zip Code | | |
| 2.3 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City        State        Zip Code | | |
| 2.4 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City        State        Zip Code | | |

**Fill in this information to identify the case:**

Debtor name   **Automated Trucking LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **8:25-bk-03886**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $12,758,449.50 |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | $25,424,611.32 |

**2. Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Automated Trucking LLC** | Case number *(if known)* | **8:25-bk-03886** |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Please see responses @ Question No. 30.** | | **$0.00** | |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Automated Trucking LLC** | Case number *(if known)* | **8:25-bk-03886** |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Johnson, Pope, Bokor, Ruppel & Burns, LLP**<br>**400 N Ashley Dr. #3100**<br>**Tampa, FL 33602** | **Initial Consult - $300.00**<br>**Chapter 11 Retainer - $25,869.00** | **5/30/25 and 6/09/25** | **$26,169.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?**<br>**Colin Dixon PA - affilate** | | | |
| 11.2. | **Johnson, Pope, Bokor, Ruppel & Burns, LLP**<br>**400 N Ashley Dr. #3100**<br>**Tampa, FL 33602** | **Chapter 11 Retainer** | **5/30/25 and 6/09/25** | **$25,869.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?**<br>**Lisa Hoheb - Member of Cardali Enterprises, LLC - affiliate** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Automated Trucking LLC** | Case number *(if known)* | **8:25-bk-03886** |
|---|---|---|---|

---

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Names, addresses and phone numbers of clients**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **Automated Trucking LLC**                                      Case number *(if known)*   **8:25-bk-03886**

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.   Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.   Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Automated Trucking LLC** | Case number *(if known)* | **8:25-bk-03886** |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Colin Dixon** | **2024 to present** |
| 26a.2.   **Eliseo Javier** | **2024 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Colin Dixon** | |
| 26c.2.   **Eliseo Javier** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Automated Trucking LLC**                                     Case number *(if known)*    **8:25-bk-03886**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Colin Dixon** | | **Member** | **50% ownership interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Eliseo Javier** | | **Member** | **50% ownership interest** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | **DWL Transport Services, LLC 15325 SW 89th Ave Miami, FL 33157** | **$255,000.00** | **various dates throughout the year** | distributions to Colin Dixon through his entity, **DWL Transport Services, LLC** |
| | Relationship to debtor **Affiliate** | | | |
| 30.2. | **Cardali Enterprises LLC 12094 Anderson Road #303 Tampa, FL 33625** | **$80,000.00** | **various dates throughout the year** | distributions to Eliseo Javier through his entity, **Cardali Enterprises, LLC** |
| | Relationship to debtor **Affiliate** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Automated Trucking LLC**                                          Case number *(if known)*    **8:25-bk-03886**

---

**Part 14:**    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  9, 2025**

**/s/ Colin Dixon**                                              **Colin Dixon**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## Middle District of Florida

In re    **Automated Trucking LLC**
Debtor(s)

Case No.    **8:25-bk-03886**
Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Colin Dixon** | | **50%** | **Membership Interest** |
| **Eliseo Javier** | | **50%** | **Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **July  9, 2025**

Signature    **/s/ Colin Dixon**
**Colin Dixon**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re    **Automated Trucking LLC**             Case No.    **8:25-bk-03886**

                        Debtor(s)             Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July 9, 2025**                        **/s/ Colin Dixon**

                                            **Colin Dixon**/**Member**
                                            Signer/Title

Automated Trucking LLC
6000 S Florida Ave #5105
Lakeland, FL 33813

AGC Transportation & Logistics LLC
340 W Ross Ave Apt 421
Tampa, FL 33602

Autopayment Trucking LLC
1810 E Sahara Ave #215
Las Vegas, NV 89104

Alberto ("Al") F. Gomez, Jr.
Johnson, Pope, Bokor,
  Ruppel & Burns, LLP
400 N Ashley Dr. #3100
Tampa, FL 33602

AKL & Associates, Inc.
c/o Kristopher A. Lundsford
5767 Gene Serazon Dr
Braselton, GA 30517

B&R consulting and logistics LLC
204 E Furlong
Willow Park, TX 76087

2MM Holdings LLC
3606 Herscel ST
Jacksonville, FL 32205

Amali
15852 S 18th Ln
Phoenix, AZ 85045

Barron Capital LLC
25 Hartman Drive
Hamilton, NJ 08690

3J Transport
933 E Mission Dr
Tempe, AZ 85283

AMO Media LLC
7615 Lake Cypress Dr
Odessa, FL 33556

BDE Operations LLC
2605 89th ST Cir E
Palmetto, FL 34221

4 Point LLC
5301 Pleasant Grove Rd
Pleasant Grove, CA 95668

Archie LLC
11491 NW 20th Ct
Plantation, FL 33323

BDM Sod Farms LLC
7111 S. 285th E Avenue
Broken Arrow, OK 74014

A Creamer LLC
11763 Harborside Circle
Largo, FL 33773

ARD Transportation
99 Oak Grove Dr
Dallas, GA 30157

Be Truckin Legendary LLC
Unit 1011
7190 E Kierland Blvd
Scottsdale, FL 85254

ACE Trucking Express LLC
207 Watersong Lane
Georgetown, TX 78628

Aries Aero Systems LLC
3611 Terramore Drive
Melbourne, FL 32940

Ben Zamora
25811 N 41st Way
Phoenix, AZ 85080

ADB Ventures LLC
434 Colusa Avenue
El Cerrito, CA 94530

ARS Anesthesia Inc
8912 Sanders Tree Loop
Wesley Chapel, FL 33545

Bernstein Trucking LLC
3011 49th Terr S
St. Petersburg, FL 33712

AED Logistics LLC
58 Winged Ft
Boerne, TX 78006

Atkinson Transport LLC
7333 E 124th St
Bixby, OK 74008

Best Quarter LLC
1942 Broadway STE 314C
Boulder, CO 80302

Big Red Fleet Management LLC
109 Webster Cir
Madison, MS 39110

Blue Bay Rentals
270 Park Ave
New York, NY 10017

Bryan Logistics LLC
30093 E 59th St S
Broken Arrow, OK 74014

Big Shifter Roth IRA, LLC
906 Cole St
Golden, CO 80401

Blue CAT Logistics
Apt. #508
7180 E Kierland Blvd
Scottsdale, AZ 85254

BTC Transportation llc
257 NW 58th Ct
Miami, FL 33126

Big Shifter Trucking, LLC
906 Cole St
Golden, CO 80401

Brandon Buck Enterprises LLC
614 S Howard Ave
Tampa, FL 33606

C&B Rojas Enterprise LLC
2910 North Kingsway Rd
Thonotosassa, FL 33592

Bixx LLC
1968 S Coast Hwy #187
Laguna Beach, CA 92651

Brett Behney Ministries
6421 N Florida Ave
Tampa, FL 33604

C&J Shipping & Freight
17921 SW 136 Ct
Miami, FL 33177

BJM Holdings AZ LLC
P.O. Box 1417
Higley, AZ 85236

Brick Holdings-2
3603 Wellspring Dr
Bee Cave, TX 78738

Cape Enterprises LLC
45 Ray Dwier Dr
Trenton, NJ 08690

Black Diamond LLC
2866 89th St Circle E
Palmetto, FL 34221

Brion trucking LLC
11120 Killian Park Road
Pinecrest, FL 33156

Cardali Enterprises, LLC
3015 N Rocky Point Dr E #820
Tampa, FL 33607

Black Loom LLC
4 Centerpointe DR Ste 310
La Palma, CA 90623

Bronze LLC
2764 E Wildhorse DR
Gilbert, AZ 85297

Carol Baker Enterprises LLC
2318 Promontory Point
Plano, TX 75075

Blackwell Enterprises
3216 W 68th Street
Mission Hills, KS 66208

Brown Boys Logistics
8500 Melrose Ave
Los Angeles, CA 90049

CG Freight LLC
7190 e kierland blvd #416
Scottsdale, AZ 85254

Blu Dog LLC
7161 S Sinova Ct
Gilbert, AZ 85298

Bruno T Faria
227 Fanshaw F
Boca Raton, FL 33434

Chazer Ventures LLC
11709 N 115th E Ave
Collinsville, OK 74021

CJ Trucking LLC
2412 David Ross Drive
Columbia, TN 38401

DJB Management Group LLC
862 Apricot Lane
fairhope, AL 36532

ENAJ LLC
56 Dustman Ln
Bardonia, NY 10954

Cottonwood Werks LLC
PO Box 349
Nevada, MO 64772

Dlam Logistics
1500 S Highland Ave
Clearwater, FL 33756

Ennoble Management LLC
20 N Gould St STE 50189
Sheridan, WY 82801

Crimson Cougar LLC
1453 Tennyson St.
Denver, CO 80204

DNA strategic solutions LLC
20416 SW 85th Ave
Cutler Bay, FL 33189

ESC88 LLC
3231 E. Pecos Rd
Gilbert, AZ 85297

Curated by Lindsay LLC
5932 E Mariposa St
Phoenix, AZ 85018

Dutch Hollow Transport LLC
221 S. Forest Ave
Palatine, IL 60074

EZ Flow Transportation LLC
3920 S. 74th West Ave
Tulsa, OK 74107

Dameron Services LLC
24301 E 96th St S
Broken Arrow, OK 74014

DWL Transport Services Inc
15325 SW 89th Ave
Miami, FL 33157

Fekete Corporations LLC
6767 E Kings Ave
Scottsdale, AZ 85254

DE LA O Capital llc
2525 Elm St APT 2311
Dallas, TX 75226

Dynamic Pool And Spa Finishes LLC
8354 81st Terr N
seminole, FL 33777

FGK Transportation LLC
8601 N Garnett Rd
Owasso, OK 74021

Deez Trucking LLC
46696 Mcbride Ave
Belleville, MI 48111

Ekey Enterprises LLC
1400 Overlook Dr
Weirton, WV 26062

FL Dep of Revenue
Collection Agency Section
5050 W Tennessee St.
Tallahassee, FL 32399

Diamond Land J Management LLC
660 Madison 1470
Huntsville, AR 72740

Elite Dragon LLC
3018 Colonial Ridge Dr
Brandon, FL 33511

FNA Capital LLC
2216 Ridecrest St
Mesquite, TX 75149

DIO TruckingLLC
9001 Belcher Rd N
Pinellas Park, FL 33782

Ellariam, LLC
200 SW 184th Lane
Miami, FL 33157

Fortune Trucking LLC
2212 N Roca
Mesa, AZ 85213

Fox Automated Trucking LLC
1388 Hibiscus St
Clearwater, FL 33755

Hermosillo Trucking
6841 Toll Mountain st
North Las Vegas, NV 89086

Inferno Fleet Management LLC
1340 Yandell Rd
Canton, MS 30946

FPP Serivices LLC
12 Circle Dr
Medina, OH 44256

Hodali Capital LLC
8853 SW 206th Lane
Cutler Bay, FL 33189

Innovative Fleet Management LLC
1340 yandell rd
Canton, MS 39046

Good Buddy Trucking LLC
709 Lafayette Dr
Denton, TX 76205

Hodali Logistics LLC
8853 SW 206th Lane
Cutler Bay, FL 33189

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Good Steward Legacy
800 Nicollet Mall
Minneapolis, MN 55402

Hodali Management LLC
8853 SW 206th Lane
Cutler Bay, FL 33189

Intuitive Assets LLC
2655 Bolero Dr #1203
Naples, FL 34109

Grateful Growth INC
11786 Barb CT
Largo, FL 33788

Hooligans Truckin LLC
11349 E 61st St STE 200
Broken Arrow, OK 74012

Invest for Life LLC
709 Main St
Fultondale, AL 35068

H2 Transport LLC
218 Golden Arrow Dr
weatherford, TX 76087

Housley Transport LLC
2909 S Jeffry St
Gilbert, AZ 85295

Investment Group Trust
2200 N Maple Ave
Rapid City, SD 57701

Harrington Fleet Management LLC
109 Webster Cir
Madison, MS 39110

Hoyt Enterprise LLC
2764 E Wildhorse Dr
Gilbert, AZ 85297

It Must Be Nice
15029 SW 153 CT
Miami, FL 33196

Hat & Co Trucking
504 Sandia Park Drive
Burleson, TX 76028

I N I transport LLC
15325 SW 89 Ave
Miami, FL 33157

J dub opportunities LLC
10727 E 51st St
Tulsa, OK 74146

Heatherm Consulting LLC
8960 Cynthia St Apt 203
West Hollywood, CA 90069

Impact Resolutions II LLC
599 E Fairview St
Gilbert, AZ 85295

J&K Rojas Enterprise LLC
412 E Lutz Lake Fern Rd
Lutz, FL 33549

J&M Fleet Managment
102 Timber Drive
Madison, MS 39110

JCJR Enterprise LLC
11763 Harborside Circle
Largo, FL 33733

Jugos y Licuados Las Cruces
518 N. Arizona Ave
Chandler, AZ 85225

J.Yang Logistics LLC
1553 Hanover St
Yorktown HTS, NY 10598

JDL LLC
1101 West 7th St Apt. 10
Columbia, TN 38401

Kash Ruby Trucking LLC
Stuite 200
9925 Haynes BRG Rd
Alpharetta, GA 30022

Jam Skyline Freight LLC
13710 SW 104th Ter
Miami, FL 33186

Jesse Elite Trucking LLC
3787 42 Ave North
St Petersburg, FL 33714

Klima Investments LLC
105 N Main St
Wichita, KS 67202

James W Sparks
11111 Hindwing Tri
Cypress, TX 77433

JMA 305 Consulting
11103 SW 242th Street
Homestead, FL 33032

KonaKai Trucking
4149 S Anastacia Ct
Green Valley, AZ 85622

Jammel Ventures LLC
9580 N Garnett Rd
Owasso, OK 74055

JOKE LLC
13347 Palmera Vista Dr
Riverview, FL 33579

Landmark Investments LLC
4 Stephanie Lane
Robbinsville, NJ 08691

Jasper Industries
50 Greenwood Ave
Lackawanna, NY 14218

JR-Automated Investing LLC
16289 Herriman Blvd
Noblesville, IN 46060

Legacy Acquisitions LLC
19149 E White Willow Pass
Owasso, OK 74055

Jay Property Buyer LLC
3005 W Rose Garden Ln
Phoenix, AZ 85027

Jrod Trucking LLC
420 Montgomery Street
San Francisco, CA 94104

LJ US Transport LLC
933 E Mission Dr
Tempe, AZ 85283

JayVeeGee Global Mgmt Inc
607 Pollock St
Richmond, VA 23222

JT Cole Logistics
10837 Irish Glen Tri
Haslet, TX 76052

LNN Consolidated Trucking LLC
317 Valentine Court
Burleson, TX 76028

JBZ Industries
117 John E Busch Ave
Somerset, NJ 08873

JTC Farms LLC
370 County Road 322
Koshonong, MO 65692

Longo Lanes Transport LLC
15905 W Wisconsin Ave #215
Brookfield, WI 53005

LSB LLC
4642 S Fortuna Way
Salt Lake City, UT 84124

MJJ Executive Management
 Consults LLC
11716 Harborside Cir
Largo, FL 33773

On the Road Trucking Delivery LL
1705 South Narcissus Place
Broken Arrow, OK 74012

Lucy Fit LLC
929 S Lily Dr# C201
Fruit Heights, UT 84037

MLR Land Management
4475 Madison 2590
Kingston, AK 72742

Only Golf Carts LLC
4945 W 800 N
West Point, UT 84015

Macromanagement LLC
12304 N Cincinnati Ave
Sklatook, OK 74070

More Sunshine Consulting Inc
13013 Seminole Blvd #1169
Largo, FL 33778

OPG Nextgen Logistics LLC
7301 Rowlett Park Dr
Tampa, FL 33610

Magic Mile LLC
305 Bryson LN
Clarksville, TN 37043

Moullin Enterprises LLC
STE 4000, 423
7901 4th St. N
St. Petersburg, FL 33702

Orville O Reid
4111 Cortez way south
St Petersburg, FL 33712

Maple Capital LLC
12361 Charlotte St
Kansas City, MO 64146

MSO Trucking
225 Murcia Drive, Unit 209
Jupiter, FL 33458

Pages Enterprise LLC
7220 49th Dr. NE
Marysville, WA 98270

MCA Trucking Express LLC
5 Marcia way #94
Roseville, CA 95747

Multi Domain Industries
7901 4th Street N Ste 300
St Petersburg, FL 33702

Paras Consulting Group LLC
300 S Biscayne Blvd #2908
Miami, FL 33131

Me & Co LLC
11501 East 76th st n
Owasso, OK 74055

Nomah Path Consulting Group LLC
3905 W 49th st
Sioux Falls, SD 57106

Penny Loaf LLC
10165 Windermere Chase Blvd
Gotha, FL 34734

Megsfit LLC
91 Red River St
Austin, TX 78701

NZ Sod Sales LLC
45 Ray Dwier Dr
Trenton, NJ 08690

Perennial Capital LLC
30 N Gould St Ste R
Sheridan, WY 82801

MEZ Holdings & Logistics LLC
254 Chapman Rd, Ste 208
Newark, DE 19702

On Demand Trucking & Transport
7961 12th St N
St Petersburg, FL 33702

Peteetneet Tours
195 E 400 S
Payson, UT 84651

Pick a Lane Transport LLC
10727 E 51st St
Tulsa, OK 74146

Rayse22 LLC
11708 S 266th E Ave
Coweta, OK 74429

Roadrunner Consulting Group LLC
APT 209
21121 SW 85th Ave
Cutler bay, FL 33189

Pine Capital
Suite 1204
12641 Antioch Rd
Overland Park, KS 66213

RB Logistics Consulting Group LLC
374 Lexington Cirlce
Haslet, TX 76052

Rose Grace Robert LLC
Suite 318
2255 Spruce Goose St
Las Vegas, NV 89135

Potens Vikingi Consulens LLC
8712 Driftwood Dr
Tampa, FL 33615

RC Management LLC
11694 Harborside Cir
largo, FL 33773

S & S Express Services
1135 S 284th E Ave
Catoosa, OK 74015

Purple Pangolin LLC
502 N 9th ave
Bozeman, MT 59715

RDDC Logistics LLC
3680 Taylor Rd
Loomis, CA 95650

S Mirville Logistics
1610 SW 4th St
Homestead, FL 33030

QPR Capital Group LLC
201 Diamond Way
Cortland, OH 44410

Red Ltd
3158 Kodi Elizabeth St
Grand Junction, CO 81504

Saddle Up Ghost Rider LLC
Suite 1067
1992 Lews Turner Blvd
Ft Walton BCH, FL 32547

R&E Logistics & Shipping LLC
204 E Furlong
Willow Park, TX 76087

Refined Global Logistics
1650 Havenbrook Lane
Prosper, TX 75078

Sargent Outfitters LLC
830 Winding Hills Rd
Monument, CO 80132

R&N Ventures
931 W Hwy 39
Blackfoot, ID 83221

Residual Roadways LLC
5420 NW 55th BLVD #302
Coconut Creek, FL 33703

Saudia Holmes
609 Foxfire Rd
Elizabethtown, KY 42701

R&S Rojas LLC
2910 N. Kingsway Rd
Thonotosassa, FL 33592

Rig Runners LLC
4916 E. Waltann Ln
Scottsdale, AZ 85254

Scott Carroll LLC
4112 W 97th St
Overland Park, KS 66207

Raediance LLC
3018 Colonial Ridge Dr
Brandon, FL 33511

RLK Logistics LLC
20011 SW 84 Ave
Cutler Bay, FL 33189

Scott McManus LLC
420 Montgomery St
San Francisco, CA 94104

SD Freight & Logistics LLC
9481 Monica Dr
Seminole, FL 33777

Securities and Exchange Comm
801 Brickell Ave #1950
Miami, FL 33131

Securities and Exchange Comm
100 F Street, NE
Washington, DC 20549

Sham Investments LLC
375 Three Springs Dr
Weirton, WV 26062

Shoreline Logistics LLC
101 South Mill St
Pryor, OK 74361

Silverbird Investments LLC
491 22nd ave SE
St. Petersburg, FL 33701

Simplistic Logistic LLC
14667 W Mauna Loa Ln
Surprise, AZ 85379

Slla consulting llc
518 N Arizona Ave
Chandler, AZ 85225

Solis Holdings LLC
663 N Saddle Rock Dr
Grand Junction, CO 81504

Stage Coach Transportation Services
4238 E Knudsen Dr.
Phoenix, AZ 85050

StoneCreek Trucking LLC
3773 N Pollard LN
Star, ID 83669

Stuart Exploits LLC
212 W Troy St #B
Dothan, AL 36303

Stuffys Vending LLC
7910 N 149th East Ave
Owasso, OK 74055

Sun Stagecoach LLC
2611 Congressional Way
Deerfield BCH, Fl 33442

SunDiaz LLC
200 4th Street N
St Petersburg, FL 33701

Sweet Basil LLC
3906 E FLOWER St
Phoenix, AZ 85018

T. Cooper Babs Transport
26600 S 4120 Rd
Claremore, OK 74019

Take Me Trucking LLC
2221 Peninsular Ct
Longwood, FL 32779

Tama Consulting Inc
1555 E Chandler BLVD
Chandler, AZ 85225

Tesco Electronics
1553 Hanover St
Yorktown HTS, NY 10598

Texoma Ecom Exchange
2545 E FM 120
Denison, TX 75021

The Business Connection
2430 Orchard Ave
Grand Junction, CO 81501

The Sixth Degree Sports
Sixth Degree Sports Group
19238 N 4th St
Phoenix, AZ 85024

TJM Entertainment
5319 Tallgrass Way
kennesaw, GA 30152

Trotter Trucking LLC
3610 W Quantico Place
Broken Arrow, OK 74011

Truc U 5 LLC
1260 Ivey Lane
Green Cove Spgs, FL 32043

Trucking Along Worldwide LLC
c/o Mauricio Orbegozo
2640 Cypress Ridge Blvd #104
Wesley Chapel, FL 33544

Trumanage LLC
1953 River Forest Dr
Marietta, GA 30068

Vita Bella Management LLC
10616 N 159th E Ave
Owasso, OK 74055

Z Transportation Services LLC
3127 Alexandrias Dr
Sandusky, OH 44870

Tsalagi Ventures LLC
7677 Blxby Rd
Beggs, OK 74421

Washington Gonzalez PLLC
599 E Fairview St
Gilbert, AZ 85295

Zano Transportation LLC
3127 Alexandrias Dr
Sandusky, OH 44870

Tuft Life
12900 SW 187 Terr
Miami, FL 33177

Wayne Street Rentals, LLC
1712 Canady Rd
Wilmington, NC 28411

Zingeer Transportation
308 Grandy Ct
Greer, SC 29651

Tych Trucking LLC
1530 E June St
Mesa, AZ 85203

West Haven Ranch
2545 E FM 120
Denison, TX 75021

US Attorney's Office
400 N. Tampa St. #3200
Tampa, FL 33602

Whiteline Transportation LLC
11501 E 76th St N
Owasso, OK 74055

US Department of Justice
Office Attorney General
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

Wicked Willie Trucking CO
304 Main Ave Ste 369
Norwalk, CT 06851

Vanen Property Company
11001 S Louisville Ave
Tulsa, OK 74137

WMB Management Group LLC
109 Samuel Ct
Washington, IL 61571

Vasla Network LLC
11491 NW 20th Ct
Plantation, FL 33323

Yellow Line Freight LLC
7409 Rutledge Rd
Louisville, KY 40258

Veritas consulting trust LLC
138 Tyler CT
Fort Worth, TX 76108

Yellow Yak LLC
502 N 9th Ave
Bozeman, MT 59715