UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In Re:

AUTOMATED TRUCKING, LLC      Case No. 8:25-bk-03886-CPM
    Chapter 11

    Debtor.
_____/

**CERTIFICATE OF SERVICE OF NOTICE OF CHAPTER 11
BANKRUPTCY CASE TO CREDITORS NOT PREVIOUSLY NOTICED**

I HEREBY CERTIFY that a true and correct copy of the *Notice of Chapter 11 Bankruptcy Case* (Doc. No. 14) was furnished on July 14, 2025 by U.S. Mail, first class postage prepaid, to the creditors below who did not previously receive notice.

Cardali Enterprises LLC
3015 N Rocky Point Dr. E.
Tampa, FL 33607

DWL Transport Services, Inc.
15325 SW 89th Ave.
Miami, FL 33157

Securities and Exchange Commission
801 Brickell Ave #1950
Miami, FL 33131

Securities and Exchange Commission
100 F. Street, NE
Washington, DC 20549

US Department of Justice
Office of Attorney General
950 Pennsylvania Ave, NW
Washington, DC 20530

US Attorney's Office
400 N Tampa St., Ste. 3200
Tampa, FL 33602

Dated: July 14, 2025

JOHNSON POPE BOKOR
 RUPPEL & BURNS, LLP

/s/ Alberto F. Gomez, Jr.
Alberto ("Al") F. Gomez, Jr. (FBN: 784486)
400 North Ashley Dr., Ste. 3100
Tampa, FL 33602
Telephone: 813-225-2500
Facsimile: 813-223-7118
Email: Al@jpfirm.com
Attorneys for Debtor