UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In Re:

AUTOMATED TRUCKING, LLC

Case No. 8:25-bk-03886-CPM
Chapter 11

Debtor.
_____________________________________/

**NOTICE OF CORRECTED ADDRESS OF CREDITOR(S)**

Debtor, AUTOMATED TRUCKING, LLC, by and through its undersigned attorney, hereby files this Notice of Corrected Address and gives notice that the mailing addresses for the following creditors have changed. **The old addresses are as follows and should be removed from the mailing matrix**.

Blue Bay Rentals
270 Park Ave
New York, NY 10017-2014

Blue Cat Logistics
Apt. #508
7180 E Kierland Blvd
Scottsdale, AZ 85254-2089

Brown Boys Logistics
8500 Melrose Ave
Los Angeles, CA 90069-5145

Ellariam, LLC
200 SW 184th Lane
Miami, FL 33157

Good Steward Legacy
800 Nicollet Mall
Minneapolis, MN 55402-7000

Investment Group Trust
2200 N Maple Ave
Rapid City, SD 57701-7854

RDDC Logistics LLC
3680 Taylor Rd.
Loomis, A 95650-9285

Nomah Path Consulting Group LLC
3905 W 49th St.
Sioux Falls, SD 57106

Scott McManus LLC
420 Montgomery St.
San Francsico, CA 94104-1207

Jrod Trucking LLC
420 Montgomery St.
San Francsico, CA 94104-1207

Rose Grace Robert LLC
Suite 318
2255 Spruce Goose St.
Las Vegas, NV 89135-2643

Wicked Willie Trucking Co
304 Main Ave Ste. 369
Norwalk, CT 06851

**The NEW addresses are listed as follows and should be added to the mailing matrix**:

Blue Bay Rentals
1950 Cleveland St.
Clearwater, FL

Blue Cat Logistics
1870 E Ray Rd #1000
Chandler, AZ 85225

Brown Boys Logistics
8500 Melrose Ave
Los Angeles, CA 90049

Ellariam, LLC
8200 SW 184th Lane
Miami, FL 33157

Good Steward Legacy
510 W Pearce Blvd #1
Wentzville, MO 63385

Investment Group Trust
514 Americas Way
Box Elder, SD 57719-7600

RDDC Logistics LLC
30 N. Gould St. Ste. R
Sheridan, WY 82801
Nomah Path Consulting Group LLC
1610 Inverness St.
Port Charlotte, FL 33952

Scott McManus LLC
7431 Dumbarton Oaks St.
Las Vegas, NV 89166

Jrod Trucking LLC
1200 SW 118th Terrace
Davie, FL 33325

Rose Grace Robert LLC
717 Atwood Place
San Marcos, CA 92069

Wicked Willis Trucking Co
1226 Birdsong View
Dacula, GA 30019

Debtor further gives notice that Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors and Deadlines (Doc. No. 14) was furnished via US Mail, first class postage prepaid, to the creditor listed above at its new address described herein.

[THE CERTIFICATE OF SERVICE APPEARS ON THE FOLLOWING PAGE]

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Change of Address for Creditor has been furnished by the Court's CM/ECF system to all creditors and parties who receive electronic notice via the Court's CM/ECF system and served via U.S. Mail, first class postage prepaid, together with the Notice of Chapter 11 Filing, Meeting of Creditors and Deadlines (Doc. No. 14) to the creditors listed above at their new addresses described herein on July 14, 2025.

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Alberto F. Gomez, Jr.
Alberto "Al" F. Gomez, Jr. (FBN: 784486)
400 North Ashley Drive, Suite 3100
Tampa, FL 33602
Telephone: 813-225-2500
Facsimile: 813-223-7118
Email: Al@JPFirm.com
Attorneys for Debtor