United States Bankruptcy Court
Middle District of Florida

In re:     Case No. 25-03886-CPM
Automated Trucking LLC     Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-8     User: admin     Page 1 of 1
Date Rcvd: Jul 14, 2025     Form ID: Dntcdfpp     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Automated Trucking LLC, 6000 S Florida Ave #5105, Lakeland, FL 33813-3320 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 16, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alberto F Gomez, Jr. | on behalf of Debtor Automated Trucking LLC al@jpfirm.com  al@jpfirm.com;andrenaw@jpfirm.com;katherineb@jpfirm.com |
| Nicole Peair | on behalf of U.S. Trustee United States Trustee - TPA Nicole.W.Peair@USdoj.gov  brandy.gasaway@usdoj.gov |
| Ross M Good | on behalf of Creditor TRUMANAGE LLC ross@thegoodlawgroup.com info@thegoodlawgroup.com;ross.thegoodlawgroup.com@recap.email |
| United States Trustee - TPA | USTPRegion21.TP.ECF@USDOJ.GOV |

TOTAL: 4

**[Dntcdfpp]** [District Notice of Deficient Filing Post Petition]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                              Case No. 8:25−bk−03886−CPM
                                                                    Chapter 11

Automated Trucking LLC




_____Debtor*_____/


NOTICE OF DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES


   Debtors who are not represented by an attorney must cure deficiencies by filing the required papers with the Clerk of Court. Papers in Tampa Division cases must be filed in person, by U.S. Mail, or by other delivery at the following address:

Clerk, U.S. Bankruptcy Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602
(The Clerk's Office is open from 8:30 a.m. to 4:00 p.m.)

Note: Bankruptcy petitions and other papers delivered to the Clerk's Office by U.S. Mail or other delivery service (such as Federal Express and UPS) are date−stamped and filed on the date the Clerk's Office receives them − not the date they are placed in the mail, postmarked, or given to another delivery service.

A link to updated forms is available on the Court's website at: https://www.flmb.uscourts.gov/forms/.

   Creditors were added with the filing of the Debtor's Schedules and after the court issued the Notice of Chapter 11 Case. The Debtor is directed to serve a copy of the Notice of Chapter 11 Case that contains the full social security number of the Debtor upon all creditors added after the initial notice was issued and file proof of service of the notice within 14 days from the date of this notice. The social security number must be redacted on the proof of service or its attachments filed with the Court.


Dated: July 14, 2025          FOR THE COURT
                              Jose A Rodriguez , Clerk of Court
                              Sam M. Gibbons United States Courthouse
                              801 North Florida Avenue
                              Suite 555

Tampa, FL 33602

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.