**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:                                                                   Case No. 8:25-bk-03886-CPM
                                                                                               Chapter 11

Automated Trucking LLC,

        Debtor.
_____/

**NOTICE OF FORMATION OF UNSECURED**
**CREDITORS COMMITTEE BY UNITED STATES TRUSTEE**

       Mary Ida Townson, the United States Trustee for Region 21, through the undersigned counsel, hereby states that the following creditors of the Debtor who hold unsecured claims are hereby APPOINTED to the Committee of the Unsecured Creditors:

1.     Stagecoach Transportation Services LLC           (480) 570-9082
       Kurt Petricek - Owner                                      *Chairperson*
       4238 E Knudsen Dr.
       Phoenix, AZ 85050
       kpetricek@msn.com

2.     R + S Rojas LLC                                                     (813) 610-7350
       Raymond Rojas - Owner
       2910 N. Kingsway Road
       Thonotosassa, FL 33592
       rr125@aol.com

3.     Kash Ruby Trucking                                           (970) 290-8097
       Kristen Hopkins – Managing Member
       1525 Oberlin Way
       Phoenix, AZ 85085
       kristen@magnitudeequitypartners.com

Each member of the Committee separately indicated its willingness to serve on the committee and accepted appointment.

        Respectfully submitted,

        **MARY IDA TOWNSON**
        **UNITED STATES TRUSTEE**
        Region 21

        By: /s/ Nicole Peair
        Nicole Peair (La. Bar. 33477)
        Trial Attorney
        Office of the U.S. Trustee, Region 21
        501 East Polk Street, Suite 1200
        Tampa, FL  33602
        (813) 228-2000
        nicole.w.peair@usdoj.gov

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing notice has been served electronically or by United States mail, postage prepaid, to the Committee members listed above and the following on July 17, 2025:

Automated Trucking LLC
6000 S Florida Ave #5105
Lakeland, FL 33813

CM/ECF Service: Alberto F. Gomez, Jr., Debtor's Counsel, at al@jpfirm.com.

        /s/ Nicole Peair
        Attorney