**Fill in this information to identify the case:**

Debtor name     **Automated Trucking LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:25-bk-03886**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
■  Amended *Schedule*    **Amended Schedule E/F**
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■  Other document that requires a declaration    **Amended Summary of Assets**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 25, 2025**        X **/s/ Colin Dixon**
Signature of individual signing on behalf of debtor

**Colin Dixon**
Printed name

**Member**
Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |

Debtor name **Automated Trucking LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)  **8:25-bk-03886**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                 12/15

| Part 1: | **Summary of Assets** |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...........................................................................................   $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................................   $     **33,100,000.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.........................................................................................   $     **33,100,000.00**

| Part 2: | **Summary of Liabilities** |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $     **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................   +$     **35,283,795.50**

4.   **Total liabilities** .........................................................................................................................
    Lines 2 + 3a + 3b   $     **35,283,795.50**

**Fill in this information to identify the case:**

Debtor name    **Automated Trucking LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:25-bk-03886**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address<br>**FL Dep of Revenue**<br>**Collection Agency Section**<br>**5050 W Tennessee St.**<br>**Tallahassee, FL 32399** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| --- | --- | --- |
|  | Date or dates debt was incurred | Basis for the claim:<br>**For informational purposes only** |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |

| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |
|  | Date or dates debt was incurred | Basis for the claim:<br>**For informational purposes only** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

42766

| Debtor | **Automated Trucking LLC** | Case number (if known) | **8:25-bk-03886** |
|---|---|---|---|
| | Name | | |

---

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,500.00 |
|---|---|---|
| **2MM Holdings LLC**<br>**3606 Herscel ST**<br>**Jacksonville, FL 32205** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred | Basis for the claim: <u>client</u> | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,500.00 |
|---|---|---|
| **3J Transport**<br>**933 E Mission Dr**<br>**Tempe, AZ 85283** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred | Basis for the claim: <u>client</u> | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $540,000.00 |
|---|---|---|
| **4 Point LLC**<br>**5301 Pleasant Grove Rd**<br>**Pleasant Grove, CA 95668** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred | Basis for the claim: <u>client</u> | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140,000.00 |
|---|---|---|
| **A Creamer LLC**<br>**11763 Harborside Circle**<br>**Largo, FL 33773** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred | Basis for the claim: <u>client</u> | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,500.00 |
|---|---|---|
| **ACE Trucking Express LLC**<br>**207 Watersong Lane**<br>**Georgetown, TX 78628** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred | Basis for the claim: <u>client</u> | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,750.00 |
|---|---|---|
| **ADB Ventures LLC**<br>**434 Colusa Avenue**<br>**El Cerrito, CA 94530** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred | Basis for the claim: <u>client</u> | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140,000.00 |
|---|---|---|
| **AED Logistics LLC**<br>**5900 Balcones Dr #100**<br>**Austin, TX 78731-4298** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred | Basis for the claim: <u>client</u> | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Automated Trucking LLC** | Case number *(if known)* | **8:25-bk-03886** |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,250.00 |
|---|---|---|---|

**AGC Transportation & Logistics LLC**
340 W Ross Ave Apt 421
Tampa, FL 33602

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>client</u>

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,000.00 |
|---|---|---|---|

**Amali**
15852 S 18th Ln
Phoenix, AZ 85045

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>client</u>

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $145,000.00 |
|---|---|---|---|

**AMO Media LLC**
2974 Allegra Way
Lutz, FL 33559

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>client</u>

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,000.00 |
|---|---|---|---|

**Archie LLC**
11491 NW 20th Ct
Plantation, FL 33323

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>client</u>

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,500.00 |
|---|---|---|---|

**ARD Transportation**
99 Oak Grove Dr
Dallas, GA 30157

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>client</u>

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,182,000.00 |
|---|---|---|---|

**Aries Aero Systems LLC**
3611 Terramore Drive
Melbourne, FL 32940

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>client</u>

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**ARS Anesthesia Inc**
8912 Sanders Tree Loop
Wesley Chapel, FL 33545

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>client</u>

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor  **Automated Trucking LLC**                                    Case number (if known)  **8:25-bk-03886**

Name

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $461,250.00 |
|---|---|---|---|

**Atkinson Transport LLC**
7333 E 124th St
Bixby, OK 74008

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,000.00 |
|---|---|---|---|

**Autopayment Trucking LLC**
1810 E Sahara Ave #215
Las Vegas, NV 89104

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,250.00 |
|---|---|---|---|

**B&R Consulting&Logistics LLC**
17350 State Hwy 249 #220
Houston, TX 77064-1132

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96,175.00 |
|---|---|---|---|

**Barron Capital LLC**
25 Hartman Drive
Hamilton, NJ 08690

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|

**BDE Operations LLC**
2605 89th ST Cir E
Palmetto, FL 34221

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,000.00 |
|---|---|---|---|

**BDM Sod Farms LLC**
1101 W HoustonSt #913
Broken Arrow, OK 74012

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104,500.00 |
|---|---|---|---|

**Be Truckin Legendary LLC**
c/o Todd Trout
7190 E Kierland Blvd #1011
Scottsdale, AZ 85254

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Automated Trucking LLC** | Case number (if known) | **8:25-bk-03886** |
|---|---|---|---|
| | Name | | |

---

**3.22** Nonpriority creditor's name and mailing address
**Ben Zamora**
**25811 N 41st Way**
**Phoenix, AZ 85080**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

**$98,000.00**

---

**3.23** Nonpriority creditor's name and mailing address
**Bernstein Trucking LLC**
**3011 49th Terr S**
**St. Petersburg, FL 33712**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

**$21,240.00**

---

**3.24** Nonpriority creditor's name and mailing address
**Best Quarter LLC**
**PO Box 4364**
**Boulder, CO 80302**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

**$185,250.00**

---

**3.25** Nonpriority creditor's name and mailing address
**Big Red Fleet Management LLC**
**407 Briarwood Dr #210-E**
**Jackson, MS 39206**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

**$6,250.00**

---

**3.26** Nonpriority creditor's name and mailing address
**Big Shifter Roth IRA, LLC**
**906 Cole St**
**Golden, CO 80401**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

**$88,750.00**

---

**3.27** Nonpriority creditor's name and mailing address
**Big Shifter Trucking, LLC**
**906 Cole St**
**Golden, CO 80401**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

**$204,375.00**

---

**3.28** Nonpriority creditor's name and mailing address
**Bixx LLC**
**1968 S Coast Hwy #187**
**Laguna Beach, CA 92651**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

**$303,650.00**

---

Debtor   **Automated Trucking LLC**                                     Case number (if known)   **8:25-bk-03886**

Name

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125,000.00 |

**BJM Holdings AZ LLC**
**P.O. Box 1417**
**Higley, AZ 85236**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   client

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |

**Black Diamond LLC**
**2866 89th St Circle E**
**Palmetto, FL 34221**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   client

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |

**Black Loom LLC**
**4 Centerpointe DR Ste 310**
**La Palma, CA 90623**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   client

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,500.00 |

**Blackwell Enterprises**
**3216 W 68th Street**
**Mission Hills, KS 66208**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   client

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,000.00 |

**Blu Dog LLC**
**7161 S Sinova Ct**
**Gilbert, AZ 85298**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   client

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,500.00 |

**Blue Bay Rentals**
**1950 Cleveland St**
**Clearwater, FL 33765**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   client

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $312,500.00 |

**Blue CAT Logistics**
**1870 E Ray Rd #1000**
**Chandler, AZ 85225**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   client

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Automated Trucking LLC**                                    Case number (if known)    **8:25-bk-03886**
        _____                                          _____
        Name

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,500.00 |
|---|---|---|---|

**Brandon Buck Enterprises LLC**
**2135 W Beach St**
**Tampa, FL 33607**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __client__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,000.00 |
|---|---|---|---|

**Brett Behney Ministries**
**6421 N Florida Ave**
**Tampa, FL 33604**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __client__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89,000.00 |
|---|---|---|---|

**Brick Holdings-2**
**3603 Wellspring Dr**
**Bee Cave, TX 78738**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __client__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180,000.00 |
|---|---|---|---|

**Brion trucking LLC**
**11120 Killian Park Road**
**Pinecrest, FL 33156**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __client__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $171,000.00 |
|---|---|---|---|

**Bronze LLC**
**2764 E Wildhorse DR**
**Gilbert, AZ 85297**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __client__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,000.00 |
|---|---|---|---|

**Brown Boys Logistics**
**8500 Melrose Ave**
**Los Angeles, CA 90049**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __client__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,015.50 |
|---|---|---|---|

**Bruno T Faria**
**227 Fanshaw F**
**Boca Raton, FL 33434**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __client__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Automated Trucking LLC**                                    Case number (if known)  **8:25-bk-03886**
_____
Name

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,500.00 |
|---|---|---|---|

**Bryan Logistics LLC**
**30093 E 59th St S**
**Broken Arrow, OK 74014**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180,000.00 |
|---|---|---|---|

**BTC Transportation LLC**
**257 NW 58th Ct**
**Miami, FL 33126**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84,500.00 |
|---|---|---|---|

**C&B Rojas Enterprise LLC**
**9211 Permisson Brook Trail #**
**Thonotosassa, FL 33592**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**C&J Shipping & Freight**
**17921 SW 136 Ct**
**Miami, FL 33177**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,750.00 |
|---|---|---|---|

**Cape Enterprises LLC**
**45 Ray Dwier Dr**
**Trenton, NJ 08690**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,250,000.00 |
|---|---|---|---|

**Cardali Enterprises, LLC**
**3015 N Rocky Point Dr E #820**
**Tampa, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Carol Baker Enterprises LLC**
**2318 Promontory Point**
**Plano, TX 75075**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Automated Trucking LLC**                                    Case number (if known)    **8:25-bk-03886**
_____                                              _____
         Name

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $343,250.00 |
|---|---|---|---|

**CG Freight LLC**
**7047 E Greenway Pkwy #250**
**Scottsdale, AZ 85254**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __client__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,000.00 |
|---|---|---|---|

**Chazer Ventures LLC**
**11709 N 115th E Ave**
**Collinsville, OK 74021**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __client__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140,000.00 |
|---|---|---|---|

**CJ Trucking LLC**
**7861 Saudersville Rd**
**Mount Juliet, TN 37122**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __client__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Cottonwood Werks LLC**
**PO Box 349**
**Nevada, MO 64772**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __client__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Crimson Cougar LLC**
**1453 Tennyson St.**
**Denver, CO 80204**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __client__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $988,775.00 |
|---|---|---|---|

**Curated by Lindsay LLC**
**5932 E Mariposa St**
**Phoenix, AZ 85018**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __client__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Dameron Services LLC**
**24301 E 96th St S**
**Broken Arrow, OK 74014**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __client__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Automated Trucking LLC** | Case number (if known) | **8:25-bk-03886** |
|---|---|---|---|
| | Name | | |

---

**3.57**

**Nonpriority creditor's name and mailing address**

**DE LA O Capital llc**
**7100 S Cooper St**
**Arlington, TX 76001**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **client**

Is the claim subject to offset? ■ No ☐ Yes

**$78,750.00**

---

**3.58**

**Nonpriority creditor's name and mailing address**

**Deez Trucking LLC**
**46696 Mcbride Ave**
**Belleville, MI 48111**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **client**

Is the claim subject to offset? ■ No ☐ Yes

**$60,000.00**

---

**3.59**

**Nonpriority creditor's name and mailing address**

**Diamond Land J Management LLC**
**660 Madison 1470**
**Huntsville, AR 72740**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **client**

Is the claim subject to offset? ■ No ☐ Yes

**$292,500.00**

---

**3.60**

**Nonpriority creditor's name and mailing address**

**DIO Trucking LLC**
**6650 Treeland Ave #B**
**Largo, FL 33773**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **client**

Is the claim subject to offset? ■ No ☐ Yes

**$57,000.00**

---

**3.61**

**Nonpriority creditor's name and mailing address**

**DJB Management Group LLC**
**862 Apricot Lane**
**fairhope, AL 36532**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **client**

Is the claim subject to offset? ■ No ☐ Yes

**$120,000.00**

---

**3.62**

**Nonpriority creditor's name and mailing address**

**Dlam Logistics**
**1500 S Highland Ave**
**Clearwater, FL 33756**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **client**

Is the claim subject to offset? ■ No ☐ Yes

**$49,000.00**

---

**3.63**

**Nonpriority creditor's name and mailing address**

**DNA Strategic Solutions LLC**
**20416 SW 85th Ave**
**Cutler Bay, FL 33189**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **client**

Is the claim subject to offset? ■ No ☐ Yes

**$120,000.00**

---

| Debtor | **Automated Trucking LLC** | Case number (if known) | **8:25-bk-03886** |
|---|---|---|---|
| | Name | | |

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00** |
|---|---|---|---|

**Dutch Hollow Transport LLC**
**221 S. Forest Ave**
**Palatine, IL 60074**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: __client__

Is the claim subject to offset? ■ No ☐ Yes

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,750,000.00** |
|---|---|---|---|

**DWL Transport Services Inc**
**15325 SW 89th Ave**
**Miami, FL 33157**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __client__

Is the claim subject to offset? ■ No ☐ Yes

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,500.00** |
|---|---|---|---|

**Dynamic Pool And Spa Finishes LLC**
**8354 81st Terr N**
**seminole, FL 33777**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: __client__

Is the claim subject to offset? ■ No ☐ Yes

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,500.00** |
|---|---|---|---|

**Ekey Enterprises LLC**
**1400 Overlook Dr**
**Weirton, WV 26062**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: __client__

Is the claim subject to offset? ■ No ☐ Yes

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00** |
|---|---|---|---|

**Elite Dragon LLC**
**3018 Colonial Ridge Dr**
**Brandon, FL 33511**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: __client__

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|

**Ellariam, LLC**
**8200 SW 184th Lane**
**Miami, FL 33157**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: __client__

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$240,000.00** |
|---|---|---|---|

**ENAJ LLC**
**56 Dustman Ln**
**Bardonia, NY 10954**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: __client__

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Automated Trucking LLC**
        _____         Case number (if known)    **8:25-bk-03886**
        Name

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$180,000.00** |

**Ennoble Management LLC**
30 N Gould St STE 50189
Sheridan, WY 82801

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  client

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$168,750.00** |

**ESC88 LLC**
16544 E Kesler Ln
Gilbert, AZ 85295

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  client

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$96,250.00** |

**EZ Flow Transportation LLC**
3920 S. 74th West Ave
Tulsa, OK 74107

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  client

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |

**Fekete Corporations LLC**
6767 E Kings Ave
Scottsdale, AZ 85254

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  client

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$88,750.00** |

**FGK Transportation LLC**
11707 E 117th Pl N
Owasso, OK 74021

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  client

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51,250.00** |

**FNA Capital LLC**
2818 Kramer Ln #4248
Austin, TX 78758

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  client

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |

**Fortune Trucking LLC**
2212 N Roca
Mesa, AZ 85213

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  client

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Automated Trucking LLC** | Case number (if known) | **8:25-bk-03886** |
|---|---|---|---|
| | Name | | |

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$128,000.00**

**Fox Automated Trucking LLC**
**1388 Hibiscus St**
**Clearwater, FL 33755**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47,500.00**

**FPP Serivices LLC**
**12 Circle Dr**
**Medina, OH 44256**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110,000.00**

**GJS Management LLC**
**f/k/a RC Management LLC**
**11694 Harborside Cir**
**largo, FL 33773**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$229,375.00**

**Good Buddy Trucking LLC**
**709 Lafayette Dr**
**Denton, TX 76205**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110,000.00**

**Good Steward Legacy**
**510 W Parce Blvd #1**
**Wentzville, MO 63385**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00**

**Grateful Growth INC**
**13013 Seminole Blvd #1068**
**Largo, FL 33778**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,250.00**

**H2 Transport LLC**
**Bldg 1**
**2701 E Grauwyler Rd**
**Irving, TX 75061**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Automated Trucking LLC** | Case number (if known) | **8:25-bk-03886** |
|---|---|---|---|
| | Name | | |

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00**

**Harrington Fleet Mgmt LLC**
**407 Briarwood Dr #210-E**
**Jackson, MS 39206**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  client

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00**

**Hat & Co Trucking**
**17350 State Hwy 249 #220**
**Houston, TX 77064**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  client

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90,000.00**

**Heatherm Consulting LLC**
**8960 Cynthia St Apt 203**
**West Hollywood, CA 90069**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  client

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$397,500.00**

**Hermosillo Trucking**
**Suite 100**
**6605 Grand Montecito Pkwy**
**Las Vegas, NV 89149**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  client

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,750.00**

**Hodali Capital LLC**
**8853 SW 206th Lane**
**Cutler Bay, FL 33189**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  client

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$170,024.00**

**Hodali Logistics LLC**
**8853 SW 206th Lane**
**Cutler Bay, FL 33189**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  client

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,500.00**

**Hodali Management LLC**
**8853 SW 206th Lane**
**Cutler Bay, FL 33189**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  client

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Automated Trucking LLC**                                    Case number (if known)    **8:25-bk-03886**
        Name

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,000.00 |
|---|---|---|---|

**Hooligans Truckin LLC**
11349 E 61st St STE 200
Broken Arrow, OK 74012

Date(s) debt was incurred

Last 4 digits of account number

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,250.00 |
|---|---|---|---|

**Housley Transport LLC**
2909 S Jeffry St
Gilbert, AZ 85295

Date(s) debt was incurred

Last 4 digits of account number

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $239,250.00 |
|---|---|---|---|

**Hoyt Enterprise LLC**
2764 E Wildhorse Dr
Gilbert, AZ 85297

Date(s) debt was incurred

Last 4 digits of account number

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87,500.00 |
|---|---|---|---|

**I N I transport LLC**
15325 SW 89 Ave
Miami, FL 33157

Date(s) debt was incurred

Last 4 digits of account number

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,000.00 |
|---|---|---|---|

**Impact Resolutions II LLC**
599 E Fairview St
Gilbert, AZ 85295

Date(s) debt was incurred

Last 4 digits of account number

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,000.00 |
|---|---|---|---|

**Inferno Fleet Management LLC**
248 E Capital St #840
Jackson, MS 39201

Date(s) debt was incurred

Last 4 digits of account number

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,306,500.00 |
|---|---|---|---|

**Innovative Fleet Mgmt LLC**
248 E Capital St #840
Jackson, MS 39201

Date(s) debt was incurred

Last 4 digits of account number

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Automated Trucking LLC**                                    Case number (if known)   **8:25-bk-03886**
_____                                              _____
Name

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,000.00 |
|---|---|---|---|

**Intuitive Assets LLC**
**2655 Bolero Dr #1203**
**Naples, FL 34109**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __client__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,750.00 |
|---|---|---|---|

**Invest for Life LLC**
**709 Main St**
**Fultondale, AL 35068**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __client__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,250.00 |
|---|---|---|---|

**Investment Group Trust**
**514 Americas Way #1139**
**Box Elder, SD 57719**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __client__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |
|---|---|---|---|

**It Must Be Nice**
**15029 SW 153 CT**
**Miami, FL 33196**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __client__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153,750.00 |
|---|---|---|---|

**J Dub Opportunities LLC**
**7339 S 92nd Ct E**
**Tulsa, OK 74133**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __client__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84,500.00 |
|---|---|---|---|

**J&K Rojas Enterprise LLC**
**412 E Lutz Lake Fern Rd**
**Lutz, FL 33549**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __client__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,000.00 |
|---|---|---|---|

**J&M Fleet Managment**
**102 Timber Drive**
**Madison, MS 39110**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __client__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Automated Trucking LLC**                                    Case number (if known)   **8:25-bk-03886**
      Name

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $91,250.00 |
|---|---|---|---|

**J.Yang Logistics LLC**
**1553 Hanover St**
**Yorktown HTS, NY 10598**

Date(s) debt was incurred

Last 4 digits of account number

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,500.00 |
|---|---|---|---|

**Jam Skyline Freight LLC**
**13710 SW 104th Ter**
**Miami, FL 33186**

Date(s) debt was incurred

Last 4 digits of account number

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,000.00 |
|---|---|---|---|

**James W Sparks**
**11111 Hindwing Tri**
**Cypress, TX 77433**

Date(s) debt was incurred

Last 4 digits of account number

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $196,500.00 |
|---|---|---|---|

**Jammel Ventures LLC**
**9714 N. 102nd Ave**
**Owasso, OK 74055**

Date(s) debt was incurred

Last 4 digits of account number

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,000.00 |
|---|---|---|---|

**Jasper Industries**
**50 Greenwood Ave**
**Lackawanna, NY 14218**

Date(s) debt was incurred

Last 4 digits of account number

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Jay Property Buyer LLC**
**3005 W Rose Garden Ln**
**Phoenix, AZ 85027**

Date(s) debt was incurred

Last 4 digits of account number

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,500.00 |
|---|---|---|---|

**JayVeeGee Global Mgmt Inc**
**607 Pollock St**
**Richmond, VA 23222**

Date(s) debt was incurred

Last 4 digits of account number

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Automated Trucking LLC** | Case number (if known) | **8:25-bk-03886** |
|---|---|---|---|
| | Name | | |

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|

**JBZ Industries**
**117 John E Busch Ave**
**Somerset, NJ 08873**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **client**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55,000.00** |
|---|---|---|---|

**JCJR Enterprise LLC**
**11763 Harborside Circle**
**Largo, FL 33733**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **client**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43,500.00** |
|---|---|---|---|

**JDL LLC**
**1101 West 7th St Apt. 10**
**Columbia, TN 38401**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **client**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|

**Jesse Elite Trucking LLC**
**3787 42 Ave North**
**St Petersburg, FL 33714**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **client**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$135,500.00** |
|---|---|---|---|

**JMA 305 Consulting**
**11103 SW 242th Street**
**Homestead, FL 33032**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **client**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$47,500.00** |
|---|---|---|---|

**JOKE LLC**
**231 Indian Rocks #109**
**Largo, FL 33770**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **client**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$275,000.00** |
|---|---|---|---|

**JR-Automated Investing LLC**
**16289 Herriman Blvd**
**Noblesville, IN 46060**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **client**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Automated Trucking LLC** | Case number (if known) | **8:25-bk-03886** |
|---|---|---|---|
| | Name | | |

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$47,500.00** |
|---|---|---|---|
| | **Jrod Trucking LLC**<br>**846 W Perez Ave**<br>**Visalia, CA 93291** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **client** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|
| | **JT Cole Logistics**<br>**17350 State Hwy 249 #220**<br>**Houston, TX 77064** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **client** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48,750.00** |
|---|---|---|---|
| | **JTC Farms LLC**<br>**370 County Road 322**<br>**Koshonong, MO 65692** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **client** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,000.00** |
|---|---|---|---|
| | **Jugos y Licuados Las Cruces**<br>**518 N. Arizona Ave**<br>**Chandler, AZ 85225** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **client** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$540,000.00** |
|---|---|---|---|
| | **Kash Ruby Trucking LLC**<br>**1525 W Oberlin Way**<br>**Phoenix, AZ 85085** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **client** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$91,500.00** |
|---|---|---|---|
| | **Klima Investments LLC**<br>**1231 Watersedge St.**<br>**Derby, KS 67037** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **client** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$46,000.00** |
|---|---|---|---|
| | **KonaKai Trucking**<br>**c/o Donna Bloom**<br>**4149 S Anastacia Ct**<br>**Green Valley, AZ 85622** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **client** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **Automated Trucking LLC**                                        Case number (if known)    **8:25-bk-03886**
Name

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Landmark Investments LLC**
**4 Stephanie Lane**
**Robbinsville, NJ 08691**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,500.00** |
|---|---|---|---|

**Legacy Acquisitions LLC**
**19149 E White Willow Pass**
**Owasso, OK 74055**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,500.00** |
|---|---|---|---|

**LJ US Transport LLC**
**933 E Mission Dr**
**Tempe, AZ 85283**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**LNN Consolidated**
  **Trucking LLC**
**17350 State Hwy 249 #220**
**Houston, TX 77064**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,999.00** |
|---|---|---|---|

**Longo Lanes Transport LLC**
**1323 Lake Luceme Way #303**
**Brandon, FL 33511**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$107,500.00** |
|---|---|---|---|

**LSB LLC**
**4642 S Fortuna Way**
**Salt Lake City, UT 84124**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,500.00** |
|---|---|---|---|

**Lucy Fit LLC**
**929 S Lily Dr# C201**
**Fruit Heights, UT 84037**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **client**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Automated Trucking LLC** | Case number (if known) | **8:25-bk-03886** |
|---|---|---|---|
| | Name | | |

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,000.00 |
|---|---|---|---|

**Macromanagement LLC**
**12304 N Cincinnati Ave**
**Sklatook, OK 74070**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **client**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,750.00 |
|---|---|---|---|

**Magic Mile LLC**
**305 Bryson LN**
**Clarksville, TN 37043**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **client**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Maple Capital LLC**
**12361 Charlotte St**
**Kansas City, MO 64146**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **client**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,500.00 |
|---|---|---|---|

**MCA Trucking Express LLC**
**1401 21st St. #R**
**Sacramento, CA 95811**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **client**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |
|---|---|---|---|

**Me & Co LLC**
**19712 E. 69th St. N.**
**Owasso, OK 74055**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **client**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,750.00 |
|---|---|---|---|

**Megsfit LLC**
**13535 Lundhurst St**
**Austin, TX 78717**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **client**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,000.00 |
|---|---|---|---|

**MEZ Holdings & Logistics LLC**
**254 Chapman Rd, Ste 208**
**Newark, DE 19702**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **client**

Is the claim subject to offset? ☑ No ☐ Yes

Debtor   **Automated Trucking LLC**                                    Case number (if known)   **8:25-bk-03886**
         _____
         Name

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |

**MJJ Executive Management
  Consults LLC**
**11716 Harborside Cir**
**Largo, FL 33773**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **client**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |

**MLR Land Management**
**4475 Madison 2590**
**Kingston, AK 72742**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **client**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |

**More Sunshine Consulting Inc**
**13013 Seminole Blvd #1169**
**Largo, FL 33778**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **client**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,800.00** |

**Moullin Enterprises LLC**
**STE 4000, 423**
**7901 4th St. N**
**St. Petersburg, FL 33702**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **client**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,750.00** |

**MSO Trucking**
**225 Murcia Drive, Unit 209**
**Jupiter, FL 33458**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **client**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |

**Multi Domain Industries**
**7901 4th Street N Ste 300**
**St Petersburg, FL 33702**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **client**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$216,000.00** |

**Nomad Path Consulting
  Group, LLC**
**1610 Inverness St**
**Port Charlotte, FL 33952**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **client**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Automated Trucking LLC** | Case number *(if known)* | **8:25-bk-03886** |
|---|---|---|---|
| | Name | | |

---

**3.148**

**Nonpriority creditor's name and mailing address**
**NZ Sod Sales LLC**
**1216 E Kenosha St #120**
**Broken Arrow, OK 74012**

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __client__

Is the claim subject to offset? ■ No  ☐ Yes

**$40,000.00**

---

**3.149**

**Nonpriority creditor's name and mailing address**
**On Demand Trucking & Transport**
**7961 12th St N**
**St Petersburg, FL 33702**

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __client__

Is the claim subject to offset? ■ No  ☐ Yes

**$80,000.00**

---

**3.150**

**Nonpriority creditor's name and mailing address**
**On the Road Trucking Delivery LLC**
**1705 South Narcissus Place**
**Broken Arrow, OK 74012**

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __client__

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

**3.151**

**Nonpriority creditor's name and mailing address**
**Only Golf Carts LLC**
**4945 W 800 N**
**West Point, UT 84015**

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __client__

Is the claim subject to offset? ■ No  ☐ Yes

**$60,000.00**

---

**3.152**

**Nonpriority creditor's name and mailing address**
**Only Golf Carts LLC**
**4945 W 800 N**
**West Point, UT 84015**

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __client__

Is the claim subject to offset? ■ No  ☐ Yes

**$100,000.00**

---

**3.153**

**Nonpriority creditor's name and mailing address**
**OPG Nextgen Logistics LLC**
**19046 Bruce B Downs #1061**
**Tampa, FL 33647**

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __client__

Is the claim subject to offset? ■ No  ☐ Yes

**$55,000.00**

---

**3.154**

**Nonpriority creditor's name and mailing address**
**Orville O Reid**
**4111 Cortez way south**
**St Petersburg, FL 33712**

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __client__

Is the claim subject to offset? ■ No  ☐ Yes

**$60,000.00**

---

| Debtor | **Automated Trucking LLC** | | Case number (if known) | **8:25-bk-03886** |
|---|---|---|---|---|
| | Name | | | |

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00**

**Pages Enterprise LLC**
Ste 104 #2426
9407 NE Vancouver Mall Dr
Vancouver, WA 98662-6191

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   client

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00**

**Paras Consulting Group LLC**
300 S Biscayne Blvd #2908
Miami, FL 33131

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   client

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00**

**Penny Loaf LLC**
10165 Windermere Chase Blvd
Gotha, FL 34734

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   client

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$52,500.00**

**Perennial Capital LLC**
30 N Gould St Ste R
Sheridan, WY 82801

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   client

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$285,000.00**

**Peteetneet Tours**
195 E 400 S
Payson, UT 84651

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   client

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.160** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$47,500.00**

**Pick a Lane Transport LLC**
412 Sunset Ct
Catoosa, OK 74015

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   client

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,250.00**

**Pine Capital**
Suite 1204
12641 Antioch Rd
Overland Park, KS 66213

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   client

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Automated Trucking LLC** | Case number (if known) | **8:25-bk-03886** |
|---|---|---|---|
| | Name | | |

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00** |
|---|---|---|---|

**Potens Vikingi Consulens LLC**
8712 Driftwood Dr
Tampa, FL 33615

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$136,250.00** |
|---|---|---|---|

**Purple Pangolin LLC**
502 N 9th Ave
Bozeman, MT 59715

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55,000.00** |
|---|---|---|---|

**QPR Capital Group LLC**
201 Diamond Way
Cortland, OH 44410

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42,500.00** |
|---|---|---|---|

**R&E Logistics & Shipping LLC**
204 E Furlong
Willow Park, TX 76087

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55,000.00** |
|---|---|---|---|

**R&N Ventures**
931 W Hwy 39
Blackfoot, ID 83221

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$382,250.00** |
|---|---|---|---|

**R&S Rojas LLC**
2910 N. Kingsway Rd
Thonotosassa, FL 33592

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,000.00** |
|---|---|---|---|

**Raediance LLC**
3018 Colonial Ridge Dr
Brandon, FL 33511

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **Automated Trucking LLC** | Case number (if known) | **8:25-bk-03886** |
|---|---|---|---|
| | Name | | |

---

**3.169** | Nonpriority creditor's name and mailing address
**Rayse22 LLC**
**11708 S 266th E Ave**
**Coweta, OK 74429**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

**3.170** | Nonpriority creditor's name and mailing address
**RB Logistics Consulting Group LLC**
 **Group LLC**
**17350 State Hwy 249 #220**
**Houston, TX 77064-1132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset? ■ No  ☐ Yes

**$60,000.00**

---

**3.171** | Nonpriority creditor's name and mailing address
**RDDC Logistics LLC**
**30 N Gould St #R**
**Sheridan, WY 82801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset? ■ No  ☐ Yes

**$53,750.00**

---

**3.172** | Nonpriority creditor's name and mailing address
**Red Ltd**
**3158 Kodi Elizabeth St**
**Grand Junction, CO 81504**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset? ■ No  ☐ Yes

**$120,000.00**

---

**3.173** | Nonpriority creditor's name and mailing address
**Refined Global Logistics**
**1650 Havenbrook Lane**
**Prosper, TX 75078**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset? ■ No  ☐ Yes

**$45,000.00**

---

**3.174** | Nonpriority creditor's name and mailing address
**Residual Roadways LLC**
**5420 NW 55th BLVD #302**
**Coconut Creek, FL 33703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset? ■ No  ☐ Yes

**$55,000.00**

---

**3.175** | Nonpriority creditor's name and mailing address
**Rig Runners LLC**
**4916 E. Waltann Ln**
**Scottsdale, AZ 85254**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **client**

Is the claim subject to offset? ■ No  ☐ Yes

**$136,250.00**

---

| Debtor | **Automated Trucking LLC** | | Case number *(if known)* | **8:25-bk-03886** |
|---|---|---|---|---|
| | Name | | | |

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120,000.00 |
|---|---|---|---|
| | **RLK Logistics LLC**<br>**20011 SW 84 Ave**<br>**Cutler Bay, FL 33189** | ☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  __client__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90,000.00 |
|---|---|---|---|
| | **Roadrunner Consulting**<br>**Group LLC**<br>**21121 SW 85th Ave #209**<br>**Cutler bay, FL 33189** | ☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  __client__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $148,000.00 |
|---|---|---|---|
| | **Rose Grace Robert LLC**<br>**717 Atwood Place**<br>**San Marcos, CA 92069** | ☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  __client__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,000.00 |
|---|---|---|---|
| | **S & S Express Services**<br>**1135 S 284th E Ave**<br>**Catoosa, OK 74015** | ☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  __client__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,500.00 |
|---|---|---|---|
| | **S Mirville Logistics**<br>**1610 SW 4th St**<br>**Homestead, FL 33030** | ☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  __client__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,000.00 |
|---|---|---|---|
| | **Saddle Up Ghost Rider LLC**<br>**c/oRepublic Registered Agent**<br>**476 Riverside Ave #4**<br>**Jacksonville, FL 32202** | ☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  __client__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120,000.00 |
|---|---|---|---|
| | **Sargent Outfitters LLC**<br>**830 Winding Hills Rd**<br>**Monument, CO 80132** | ☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  __client__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Automated Trucking LLC** | Case number (if known) | **8:25-bk-03886** |
|---|---|---|---|
| | Name | | |

---

**3.183** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42,500.00**

**Saudia Holmes**
609 Foxfire Rd
Elizabethtown, KY 42701

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __client__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.184** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$138,200.00**

**Scott Carroll LLC**
4112 W 97th St
Overland Park, KS 66207

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __client__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.185** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,000.00**

**Scott McManus LLC**
8549 Timber Pine Ave
Las Vegas, NV 89143

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __client__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.186** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42,750.00**

**SD Freight & Logistics LLC**
9481 Monica Dr
Seminole, FL 33777

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __client__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.187** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Securities and Exchange Comm**
801 Brickell Ave #1950
Miami, FL 33131

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __interested party__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.188** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43,750.00**

**Sham Investments LLC**
1527 Walker Rd
Follansbee, WV 26037

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __client__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,750.00**

**Shoreline Logistics LLC**
1972 E 4675
Pryor, OK 74361

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __client__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Automated Trucking LLC** | Case number (if known) | **8:25-bk-03886** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78,750.00** |
| | **Silverbird Investments LLC** | ■ Contingent | |
| | **491 22nd ave SE** | ☐ Unliquidated | |
| | **St. Petersburg, FL 33701** | ■ Disputed | |
| | **Date(s) debt was incurred __** | | |
| | **Last 4 digits of account number __** | **Basis for the claim:  client  ** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
| | **Simplistic Logistic LLC** | ■ Contingent | |
| | **14667 W Mauna Loa Ln** | ☐ Unliquidated | |
| | **Surprise, AZ 85379** | ■ Disputed | |
| | **Date(s) debt was incurred __** | | |
| | **Last 4 digits of account number __** | **Basis for the claim:  client  ** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
| | **Slla consulting llc** | ■ Contingent | |
| | **518 N Arizona Ave** | ☐ Unliquidated | |
| | **Chandler, AZ 85225** | ■ Disputed | |
| | **Date(s) debt was incurred __** | | |
| | **Last 4 digits of account number __** | **Basis for the claim:  client  ** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120,000.00** |
| | **Solis Holdings LLC** | ■ Contingent | |
| | **663 N Saddle Rock Dr** | ☐ Unliquidated | |
| | **Grand Junction, CO 81504** | ■ Disputed | |
| | **Date(s) debt was incurred __** | | |
| | **Last 4 digits of account number __** | **Basis for the claim:  client  ** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,231,200.00** |
| | **Stage Coach Transportation Services** | ■ Contingent | |
| | **4238 E Knudsen Dr.** | ☐ Unliquidated | |
| | **Phoenix, AZ 85050** | ■ Disputed | |
| | **Date(s) debt was incurred __** | | |
| | **Last 4 digits of account number __** | **Basis for the claim:  client  ** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,500.00** |
| | **StoneCreek Trucking LLC** | ■ Contingent | |
| | **3773 N Pollard LN** | ☐ Unliquidated | |
| | **Star, ID 83669** | ■ Disputed | |
| | **Date(s) debt was incurred __** | | |
| | **Last 4 digits of account number __** | **Basis for the claim:  client  ** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$113,750.00** |
| | **Stuart Exploits LLC** | ■ Contingent | |
| | **212 W Troy St #B** | ☐ Unliquidated | |
| | **Dothan, AL 36303** | ■ Disputed | |
| | **Date(s) debt was incurred __** | | |
| | **Last 4 digits of account number __** | **Basis for the claim:  client  ** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **Automated Trucking LLC**                                      Case number (if known)    **8:25-bk-03886**
_____                                          _____
Name

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$120,000.00** |

**Stuffys Vending LLC**
**7910 N 149th East Ave**
**Owasso, OK 74055**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48,750.00** |

**Sun Stagecoach LLC**
**2611 Congressional Way**
**Deerfield BCH, Fl 33442**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$55,000.00** |

**SunDiaz LLC**
**5907 Sheldon Rd**
**Tampa, FL 33615**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$436,625.00** |

**SweetBasil Properties  LLC**
**3906 E Flower St**
**Phoenix, AZ 85018**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$53,750.00** |

**T. Cooper Babs Transport**
**26600 S 4120 Rd**
**Claremore, OK 74019**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$120,000.00** |

**Take Me Trucking LLC**
**2221 Peninsular Ct**
**Longwood, FL 32779**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$55,000.00** |

**Tama Consulting Inc**
**518 N Arizon Ave**
**Chandler, AZ 85225**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Automated Trucking LLC** | Case number (if known) | **8:25-bk-03886** |
|---|---|---|---|
| | Name | | |

---

**3.204** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$96,250.00**

**Tesco Electronics**
**15 Evelyn Rd**
**Port Washington, NY 11050**

�False As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.205** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$166,000.00**

**Texoma Ecom Exchange**
**2545 E FM 120**
**Denison, TX 75021**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.206** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00**

**The Business Connection**
**1150 Castello Ave**
**Fairplay, CO 80440**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.207** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00**

**The Sixth Degree Sports**
**Sixth Degree Sports Group**
**19238 N 4th St**
**Phoenix, AZ 85024**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.208** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

**TJM Entertainment**
**5319 Tallgrass Way**
**kennesaw, GA 30152**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.209** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00**

**Trotter Trucking LLC**
**3610 W Quantico Place**
**Broken Arrow, OK 74011**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.210** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00**

**Truc U 5 LLC**
**1260 Ivey Lane**
**Green Cove Spgs, FL 32043**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Automated Trucking LLC** | Case number (if known) | **8:25-bk-03886** |
|---|---|---|---|
| | Name | | |

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,250.00** |
|---|---|---|---|

**Trucking Along Worldwide LLC**
c/o Mauricio Orbegozo
7615 Lake Cypress Dr
Odessa, FL 33556

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **client**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,191,592.00** |
|---|---|---|---|

**Trumanage LLC**
1953 River Forest Dr
Marietta, GA 30068

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **client**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55,000.00** |
|---|---|---|---|

**Tsalagi Ventures LLC**
7677 Blxby Rd
Beggs, OK 74421

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **client**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$68,750.00** |
|---|---|---|---|

**Tuft Life**
12900 SW 187 Terr
Miami, FL 33177

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **client**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|

**Tych Trucking LLC**
1530 E June St.
Mesa, AZ 85203

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **client**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$285,000.00** |
|---|---|---|---|

**Vanen Property Company**
11001 S Louisville Ave
Tulsa, OK 74137

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **client**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,000.00** |
|---|---|---|---|

**Vasla Network LLC**
11491 NW 20th Ct
Plantation, FL 33323

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **client**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Automated Trucking LLC** | Case number (if known) | **8:25-bk-03886** |
|---|---|---|---|
| | Name | | |

---

**3.218** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$127,500.00**

**Veritas consulting trust LLC**
**138 Tyler CT**
**Fort Worth, TX 76108**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.219** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$445,000.00**

**Vita Bella Management LLC**
**10616 N 159th E Ave**
**Owasso, OK 74055**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.220** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,500.00**

**Washington Gonzalez PLLC**
**599 E Fairview St**
**Gilbert, AZ 85295**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.221** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00**

**Wayne Street Rentals, LLC**
**1712 Canady Rd**
**Wilmington, NC 28411**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.222** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$631,750.00**

**West Haven Ranch**
**2545 E FM 120**
**Denison, TX 75021**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.223** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$152,000.00**

**Whiteline Transportation LLC**
**7312 N 195th East Ave**
**Owasso, OK 74055**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.224** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00**

**Wicked Willie Trucking CO**
**1226 Birdson View**
**Dacula, GA 30019**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Automated Trucking LLC** | Case number (if known) | **8:25-bk-03886** |
|---|---|---|---|
| | Name | | |

**3.225** | Nonpriority creditor's name and mailing address

**WMB Management Group LLC**
109 Samuel Ct
Washington, IL 61571

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                 **$120,000.00**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.226** | Nonpriority creditor's name and mailing address

**Yellow Line Freight LLC**
7409 Rutledge Rd
Louisville, KY 40258

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                 **$80,000.00**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.227** | Nonpriority creditor's name and mailing address

**Yellow Yak LLC**
502 N 9th Ave
Bozeman, MT 59715

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                 **$55,000.00**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.228** | Nonpriority creditor's name and mailing address

**Z Transportation Services LLC**
3127 Alexandrias Dr
Sandusky, OH 44870

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                 **$399,000.00**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.229** | Nonpriority creditor's name and mailing address

**Zano Transportation LLC**
3127 Alexandrias Dr
Sandusky, OH 44870

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                 **$98,750.00**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.230** | Nonpriority creditor's name and mailing address

**Zingeer Transportation**
308 Grandy Ct
Greer, SC 29651

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                 **$100,000.00**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **Automated Trucking LLC** | Case number (if known) | **8:25-bk-03886** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **OPG Nextgen Logistics LLC**<br>**7301 Rowlett Park Dr**<br>**Tampa, FL 33610** | Line **3.153**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Ross Good**<br>**Teh Good Law Group**<br>**800 E Northwest Hwy #814**<br>**Palatine, IL 60074** | Line **3.175**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Securities and Exchange Comm**<br>**100 F Street, NE**<br>**Washington, DC 20549** | Line **3.187**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **US Attorney's Office**<br>**400 N. Tampa St. #3200**<br>**Tampa, FL 33602** | Line **3.187**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **US Department of Justice**<br>**Office Attorney General**<br>**950 Pennsylvania Ave, NW**<br>**Washington, DC 20530-0001** | Line **3.187**<br>☐ Not listed. Explain ____ | _ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 35,283,795.50 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 35,283,795.50 |