UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In Re:

AUTOMATED TRUCKING, LLC                     Case No. 8:25-bk-03886-CPM
                                            Chapter 11
    Debtor.
_____/

**NOTICE OF CONTINUED SECTION 341 MEETING OF CREDITORS**

NOTICE IS HEREBY GIVEN THAT

The United States Trustee states that the initial meeting of creditors was held on July 16, 2025 and continued to August 13, 2025 at 1:30 P.M. (Eastern) to allow further examination of the debtor(s) and/or the records of the debtor(s). **The Section 341(a) Meeting will be held telephonically by calling 888-330-1716 and Passcode: 7645123#.**

Please govern yourself accordingly.

    Dated:  July 25, 2025.

                                JOHNSON, POPE, BOKOR,
                                RUPPEL & BURNS, LLP

                                /s/ Alberto F. Gomez, Jr.
                                Alberto "Al" F. Gomez, Jr. (FBN: 784486)
                                400 North Ashley Drive, Suite 3100
                                Tampa, FL 33602
                                Telephone:    813-225-2500
                                Facsimile:    813-223-7118
                                Email:  Al@JPFirm.com
                                Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice Continued Section 341 Meeting of Creditors and the Notice of Chapter 11 Filing (Doc. No. 14) have been furnished by the Court's CM/ECF system or by regular U. S. Mail, first class postage prepaid, to the **Office of the U.S. States Trustee**, 501 E. Polk St., Ste. 1200, Tampa, FL 33602 **Automated Trucking, LLC**, 6000 S. Florida Ave #5105, Lakeland, FL 33813 and to the parties listed on the attached matrix on July 25, 2025.

/s/ Alberto F. Gomez, Jr.
Alberto "Al" F. Gomez, Jr.