Label Matrix for local noticing
113A-8
Case 8:25-bk-03886-CPM
Middle District of Florida
Tampa
Fri Jul 25 14:42:26 EDT 2025

Automated Trucking LLC
6000 S Florida Ave #5105
Lakeland, FL 33813-3320

TRUMANAGE LLC
1953 River Forest Dr
Marietta, GA 30068-1520

2MM Holdings LLC
3606 Herscel ST
Jacksonville, FL 32205-9020

3J Transport
933 E Mission Dr
Tempe, AZ 85283-4785

4 Point LLC
5301 Pleasant Grove Rd
Pleasant Grove, CA 95668-9752

A Creamer LLC
11763 Harborside Circle
Largo, FL 33773-4446

ACE Trucking Express LLC
207 Watersong Lane
Georgetown, TX 78628-6954

ADB Ventures LLC
434 Colusa Avenue
El Cerrito, CA 94530-3365

AED Logistics LLC
58 Winged Ft
Boerne, TX 78006-5726

AED Logistics LLC
5900 Balcones Dr #100
Austin, TX 78731-4298

AGC Transportation & Logistics LLC
340 W Ross Ave Apt 421
Tampa, FL 33602-2064

AKL & Associates, Inc.
c/o Kristopher A. Lundsford
5767 Gene Serazon Dr.
Brasselton, GA 30517-4057

AMO Media LLC
2974 Allegra Way
Lutz, FL 33559-6998

AMO Media LLC
7615 Lake Cypress Dr
Odessa, FL 33556-1804

ARD Transportation
99 Oak Grove Dr
Dallas, GA 30157-9595

ARS Anesthesia Inc
8912 Sanders Tree Loop
Wesley Chapel, FL 33545-4499

Amali
15852 S 18th Ln
Phoenix, AZ 85045-1775

Archie LLC
11491 NW 20th Ct
Plantation, FL 33323-2005

Aries Aero Systems LLC
3611 Terramore Drive
Melbourne, FL 32940-8028

Atkinson Transport LLC
7333 E 124th St
Bixby, OK 74008-2685

Autopayment Trucking LLC
1810 E Sahara Ave #215
Las Vegas, NV 89104-3707

B&R Consulting&Logistics LLC
17350 State Hwy 249 #220
Houston, TX 77064-1132

B&R consulting and logistics LLC
204 E Furlong
Willow Park, TX 76087-6718

BDE Operations LLC
2605 89th ST Cir E
Palmetto, FL 34221-1323

BDE Operations LLC
5312 Bay State Rd
Palmetto, FL 34221-8756

BDM Sod Farms LLC
1101 W Houston St #913
Broken Arrow, OK 74012-3755

BDM Sod Farms LLC
7111 S. 285th E Avenue
Broken Arrow, OK 74014-5615

BJM Holdings AZ LLC
P.O. Box 1417
Higley, AZ 85236-1417

BTC Transportation llc
257 NW 58th Ct
Miami, FL 33126-4725

Barron Capital LLC
25 Hartman Drive
Hamilton, NJ 08690-2011

Be Truckin Legendary LLC
Unit 1011
7190 E Kierland Blvd
Scottsdale, FL 85254-0082

Be Truckin Legendary LLC
c/o Todd Trout
7190 E Kierland Blvd #1011
Scottsdale, AZ 85254-0082

Ben Zamora
25811 N 41st Way
Phoenix, AZ 85050-9006

Bernstein Trucking LLC
3011 49th Terr S
St. Petersburg, FL 33712-4346

Best Quarter LLC
1942 Broadway STE 314C
Boulder, CO 80302-5233

Best Quarter LLC
PO Box 4364
Boulder, CO 80306-4364

Big Blue Truck LLC
1333 S Ocean Blvd
Apt 505
1333 S Ocean Blvd, Apt 505
Pompano Beach, FL 33062-6926

Big Red Fleet Management LLC
109 Webster Cir
Madison, MS 39110-7367

Big Red Fleet Management LLC
407 Briarwood Dr #210-E
Jackson, MS 39206-3036

Big Shifter Roth IRA, LLC
906 Cole St
Golden, CO 80401-4100

Big Shifter Trucking, LLC
906 Cole St
Golden, CO 80401-4100

Bixx LLC
1968 S Coast Hwy #187
Laguna Beach, CA 92651-3681

Black Diamond LLC
2866 89th St Circle E
Palmetto, FL 34221-1326

Black Loom LLC
4 Centerpointe DR Ste 310
La Palma, CA 90623-1074

Blackwell Enterprises
3216 W 68th Street
Mission Hills, KS 66208-2135

Blackwell Enterprises LLC
3216 West 68th Street
Mission Hills, KS 66208-2135

Blu Dog LLC
7161 S Sinova Ct
Gilbert, AZ 85298-9097

Blue Bay Rentals
1950 Cleveland St.
Clearwater, FL 33765-3016

Blue Bay Rentals
270 Park Ave
New York, NY 10017-2014

Blue CAT Logistics
Apt. #508
7180 E Kierland Blvd
Scottsdale, AZ 85254-2089

Blue Cat Logistics
1870 E Ray Rd #1000
Chandler, AZ 85225

Brandon Buck Enterprises LLC
2135 W Beach St
Tampa, FL 33607-2609

Brandon Buck Enterprises LLC
614 S Howard Ave
Tampa, FL 33606-2480

Brett Behney Ministries
6421 N Florida Ave
Tampa, FL 33604-6007

Brick Holdings-2
3603 Wellspring Dr
Bee Cave, TX 78738-5032

Brion trucking LLC
11120 Killian Park Road
Pinecrest, FL 33156-4015

Bronze LLC
2764 E Wildhorse DR
Gilbert, AZ 85297-7541

Brown Boys Logistics
8500 Melrose Ave
Los Angeles, CA 90069-5145

Bruno T Faria
227 Fanshaw F
Boca Raton, FL 33434-3044

Bryan Logistics LLC
30093 E 59th St S
Broken Arrow, OK 74014-8406

C&B Rojas Enterprise LLC
2910 North Kingsway Rd
Thonotosassa, FL 33592-4122

C&B Rojas Enterprise LLC
9211 Permisson Brook Trail #
Thonotosassa, FL 33592-3884

C&J Shipping & Freight
17921 SW 136 Ct
Miami, FL 33177-7144

CG Freight LLC
7047 E Greenway Pkwy #250
Scottsdale, AZ 85254-8113

CG Freight LLC
7190 e kierland blvd #416
Scottsdale, AZ 85254-0076

CJ Trucking LLC
2412 David Ross Drive
Columbia, TN 38401-7365

CJ Trucking LLC
7861 Saudersville Rd
Mount Juliet, TN 37122-2304

Cape Enterprises LLC
45 Ray Dwier Dr
Trenton, NJ 08690-1805

Cardali Enterprises LLC
3015 N Rocky Point Dr E #820
Tampa, FL 33607-6095

Cardali Enterprises LLC
3015 N Rocky Point Dr. E.
Tampa, FL 33607-6079

Carol Baker Enterprises LLC
2318 Promontory Point
Plano, TX 75075-3574

Chazer Ventures LLC
11709 N 115th E Ave
Collinsville, OK 74021-1029

Christopher R Granholm - CG Freight LLC
5813 Calico Circle
East Syracuse, NY 13057-3221

Cottonwood Werks LLC
PO Box 349
Nevada, MO 64772-0349

Crimson Cougar LLC
1453 Tennyson St.
Denver, CO 80204-1227

Crimson Cougar LLC
420 Montgomery St
San Francisco, CA 94104-1207

Curated by Lindsay LLC
5932 E Mariposa St
Phoenix, AZ 85018-3234

DE LA O Capital llc
2525 Elm St APT 2311
Dallas, TX 75226-1484

DE LA O Capital llc
7100 S Cooper St
Arlington, TX 76001-6718

DIO Trucking LLC
6650 Treeland Ave #B
Largo, FL 33773-3504

DIO TruckingLLC
9001 Belcher Rd N
Pinellas Park, FL 33782-4423

DJB Management Group LLC
862 Apricot Lane
fairhope, AL 36532-0051

DNA strategic solutions LLC
20416 SW 85th Ave
Cutler Bay, FL 33189-2501

DWL Transport Services
15325 SW 89th Ave
Miami, FL 33157-1902

Dameron Services LLC
24301 E 96th St S
Broken Arrow, OK 74014-3441

Darah Klima
1231 E Waters Edge St
Derby, KS 67037-4007

Deez Trucking LLC
46696 Mcbride Ave
Belleville, MI 48111-1248

Department of Revenue
PO Box 6668
Tallahassee FL 32314-6668

Diamond Land J Management LLC
660 Madison 1470
Huntsville, AR 72740-7978

| | | |
|---|---|---|
| Dlam Logistics<br>1500 S Highland Ave<br>Clearwater, FL 33756-2337 | Dutch Hollow Transport LLC<br>221 S. Forest Ave<br>Palatine, IL 60074-6318 | Dynamic Pool And Spa Finishes LLC<br>8354 81st Terr N<br>seminole, FL 33777-3625 |
| ENAJ LLC<br>56 Dustman Ln<br>Bardonia, NY 10954-2043 | ESC88 LLC<br>16544 E Kesler Ln<br>Gilbert, AZ 85295-7527 | ESC88 LLC<br>3231 E. Pecos Rd<br>Gilbert, AZ 85295-1200 |
| EZ Flow Transportation, LLC<br>3920 S. 74th West Ave<br>Tulsa, OK 74107-4878 | Ekey Enterprises LLC<br>1400 Overlook Dr<br>Weirton, WV 26062-5127 | Ekey Investments LLC<br>1400 Overlook Dr.<br>Weirton, WV 26062-5127 |
| Elite Dragon LLC<br>3018 Colonial Ridge Dr<br>Brandon, FL 33511-7643 | Ellariam, LLC<br>200 SW 184th Lane<br>Miami, FL 33157 | Ellariam, LLC<br>8200 SW 184th Lane<br>Miami, FL 33157-7319 |
| Ennoble Management LLC<br>20 N Gould St STE 50189<br>Sheridan, WY 82801-6317 | Ennoble Management LLC<br>30 N Gould St STE 50189<br>Sheridan, WY 82801-6317 | FGK Transportation LLC<br>11707 E 117th Pl N<br>COLLINSVILLE, OK 74021-1001 |
| FGK Transportation LLC<br>11707 E 117th Pl N<br>Owasso, OK 74021-1001 | FGK Transportation LLC<br>8601 N Garnett Rd<br>Owasso, OK 74055-4664 | FL Dep of Revenue<br>Collection Agency Section<br>5050 W Tennessee St.<br>Tallahassee, FL 32399-6586 |
| FNA Capital LLC<br>2216 Ridecrest St<br>Mesquite, TX 75149-1443 | FNA Capital LLC<br>2818 Kramer Ln #4248<br>Austin, TX 78758-1009 | FPP Serivices LLC<br>12 Circle Dr<br>Medina, OH 44256-2553 |
| Fekete Corporations LLC<br>6767 E Kings Ave<br>Scottsdale, AZ 85254-5666 | Fortune Trucking LLC<br>2212 N Roca<br>Mesa, AZ 85213-2436 | Fox Automated Trucking LLC<br>1388 Hibiscus St<br>Clearwater, FL 33755-3405 |
| GJS Management LLC<br>f/k/a RC Managment LLC<br>11694 Harborside Cir<br>Largo, FL 33773-4439 | Good Buddy Trucking LLC<br>709 Lafayette Dr<br>Denton, TX 76205-8075 | Good Steward Legacy<br>510 W Pearce Blvd #1<br>Wentzville, MO 63385-1348 |
| Good Steward Legacy<br>800 Nicollet Mall<br>Minneapolis, MN 55402-7000 | Grateful Growth INC<br>11786 Barb CT<br>Largo, FL 33778-3803 | Grateful Growth INC<br>13013 Seminole Blvd #1068<br>Largo, FL 33778-2124 |

H2 Transport LLC
218 Golden Arrow Dr
weatherford, TX 76087-1109

H2 Transport LLC
Bldg 1
2701 E Grauwyler Rd
Irving, TX 75061-3414

Harrington Fleet Management LLC
109 Webster Cir
Madison, MS 39110-7367

Harrington Fleet Mgmt LLC
407 Briarwood Dr #210-E
Jackson, MS 39206-3036

Hat & Co Trucking
17350 State Hwy 249 #220
Houston, TX 77064-1132

Hat & Co Trucking
504 Sandia Park Drive
Burleson, TX 76028-1088

Heatherm Consulting LLC
8960 Cynthia St Apt 203
West Hollywood, CA 90069-4441

Hermosillo Trucking
6841 Toll Mountain st
North Las Vegas, NV 89086-1615

Hermosillo Trucking
Suite 100
6605 Grand Montecito Pkwy
Las Vegas, NV 89149-0210

Hodali Capital LLC
8853 SW 206th Lane
Cutler Bay, FL 33189-2665

Hodali Logistics LLC
8853 SW 206th Lane
Cutler Bay, FL 33189-2665

Hodali Management LLC
8853 SW 206th Lane
Cutler Bay, FL 33189-2665

Hooligans Truckin LLC
11349 E 61st St STE 200
Broken Arrow, OK 74012-1272

Housley Transport LLC
2909 S Jeffry St
Gilbert, AZ 85295-0230

Hoyt Enterprise LLC
2764 E Wildhorse Dr
Gilbert, AZ 85297-7541

I N I transport LLC
15325 SW 89 Ave
Miami, FL 33157-1902

Impact Resolutions II LLC
599 E Fairview St
Gilbert, AZ 85295-1632

Inferno Fleet Management LLC
1340 Yandell Rd
Canton, MS 39046-9194

Inferno Fleet Management LLC
248 E Capital St #840
Jackson, MS 39201-2505

Innovative Fleet Management LLC
1340 yandell rd
Canton, MS 39046-9194

Innovative Fleet Mgmt LLC
248 E Capital St #840
Jackson, MS 39201-2505

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Intuitive Assets LLC
2655 Bolero Dr #1203
Naples, FL 34109-3650

Invest for Life LLC
709 Main St
Fultondale, AL 35068-1871

Investment Group Trust
2200 N Maple Ave
Rapid City, SD 57701-7854

Investment Group Trust
514 Americas Way
Box Elder, SD 57719-7600

It Must Be Nice
15029 SW 153 CT
Miami, FL 33196-2867

J Dub Opportunities LLC
7339 S 92nd Ct E
Tulsa, OK 74133

J dub opportunities LLC
10727 E 51st St
Tulsa, OK 74146-5810

J&K Rojas Enterprise LLC
412 E Lutz Lake Fern Rd
Lutz, FL 33549-4266

| | | |
|---|---|---|
| J&M Fleet Managment<br>102 Timber Drive<br>Madison, MS 39110-4531 | J.Yang Logistics LLC<br>1553 Hanover St<br>Yorktown HTS, NY 10598-4709 | JBZ Industries<br>117 John E Busch Ave<br>Somerset, NJ 08873-1565 |
| JCJR Enterprise LLC<br>11763 Harborside Circle<br>Largo, FL 33773-4446 | JDL LLC<br>1101 West 7th St Apt. 10<br>Columbia, TN 38401-3073 | JMA 305 Consulting<br>11103 SW 242th Street<br>Homestead, FL 33032-5143 |
| JOKE LLC<br>13347 Palmera Vista Dr<br>Riverview, FL 33579-3503 | JOKE LLC<br>231 Indian Rocks #109<br>Largo, FL 33770-1759 | JR-Automated Investing LLC<br>16289 Herriman Blvd<br>Noblesville, IN 46060-5412 |
| JT Cole Logistics<br>10837 Irish Glen Tri<br>Haslet, TX 76052-5156 | JT Cole Logistics<br>17350 State Hwy 249 #220<br>Houston, TX 77064-1132 | JTC Farms LLC<br>370 County Road 322<br>Koshonong, MO 65692-9686 |
| Jam Skyline Freight LLC<br>13710 SW 104th Ter<br>Miami, FL 33186-3111 | James W Sparks<br>11111 Hindwing Tri<br>Cypress, TX 77433-4563 | Jammel Ventures LLC<br>9580 N Garnett Rd<br>Owasso, OK 74055-4402 |
| Jammel Ventures LLC<br>9714 N. 102nd Ave<br>Owasso, OK 74055 | Jasper Industries<br>50 Greenwood Ave<br>Lackawanna, NY 14218-2131 | Jay Property Buyer LLC<br>3005 W Rose Garden Ln<br>Phoenix, AZ 85027-3128 |
| JayVeeGee Global Mgmt Inc.<br>607 Pollock St.<br>Richmond, VA 23222-2848 | Jesse Elite Trucking LLC<br>3787 42 Ave North<br>St Petersburg, FL 33714-4434 | Jonathan Ekey<br>1400 overlook Dr.<br>Weirton, WV 26062-5127 |
| Jrod Trucking LLC<br>1200 SW 118th Terrace<br>Davie, FL 33325-3868 | Jrod Trucking LLC<br>420 Montgomery Street<br>San Francisco, CA 94104-1207 | Jrod Trucking LLC<br>846 W Perez Ave<br>Visalia, CA 93291-3089 |
| Jugos y Licuados Las Cruces<br>518 N. Arizona Ave<br>Chandler, AZ 85225-4587 | Kash Ruby Trucking LLC<br>1525 W Oberlin Way<br>Phoenix, AZ 85085-5371 | Kash Ruby Trucking LLC<br>Stuite 200<br>9925 Haynes BRG Rd<br>Alpharetta, GA 30022-8532 |
| Klima Investments LLC<br>105 N Main St<br>Wichita, KS 67202-1412 | Klima Investments LLC<br>1231 Watersedge St.<br>Derby, KS 67037-4007 | KonaKai Trucking<br>4149 S Anastacia Ct<br>Green Valley, AZ 85622-5616 |

KonaKai Trucking
c/o Donna Bloom
4149 S Anastacia Ct
Green Valley, AZ 85622-5616

LJ US Transport LLC
933 E Mission Dr
Tempe, AZ 85283-4785

LNN Consolidated
Trucking LLC
17350 State Hwy 249 #220
Houston, TX 77064-1132

LNN Consolidated Trucking LLC
317 Valentine Court
Burleson, TX 76028-0004

LSB LLC
4642 S Fortuna Way
Salt Lake City, UT 84124-4792

Landmark Investments LLC
4 Stephanie Lane
Robbinsville, NJ 08691-3735

Legacy Acquisitions LLC
19149 E White Willow Pass
Owasso, OK 74055-8209

Longo Lanes Transport LLC
1323 Lake Luceme Way #303
Brandon, FL 33511-2278

Longo Lanes Transport LLC
15905 W Wisconsin Ave #215
Brookfield, WI 53005-5728

Lucy Fit LLC
929 S Lily Dr# C201
Fruit Heights, UT 84037-1989

MCA Trucking Express LLC
1401 21st St. #R
Sacramento, CA 95811-5226

MCA Trucking Express LLC
5 Marcia Way #94
Roseville, CA 95747-7706

MEZ Holdings & Logistics LLC
254 Chapman Rd, Ste 208
Newark, DE 19702-5422

MJJ Executive Management
Consults LLC
11716 Harborside Cir
Largo, FL 33773-4405

MLR Land Management
4475 Madison 2590
Kingston, AK 72742-9517

MSO Trucking
225 Murcia Drive, Unit 209
Jupiter, FL 33458-2759

Macromanagement LLC
12304 N Cincinnati Ave
Sklatook, OK 74070-3431

Magic Mile LLC
305 Bryson LN
Clarksville, TN 37043-8073

Maple Capital LLC
12361 Charlotte St
Kansas City, MO 64146-1138

Me & Co LLC
11501 East 76th st n
Owasso, OK 74055-3606

Me & Co LLC
19712 E. 69th St. N.
Owasso, OK 74055-3826

Megsfit LLC
13535 Lundhurst St
Austin, TX 78717-6059

Megsfit LLC
91 Red River St.
Autin, TX 78701-4813

Michelle Walsh
3606 Herschel Street
3606 Herschel Street
Jacksonville, FL 32205-9020

Michelle Walsh / 2MM Holdings
3606 Herschel St
Jacksonville, FL 32205-9020

More Sunshine Consulting Inc
13013 Seminole Blvd #1169
Largo, FL 33778-2124

Moullin Enterprises LLC
STE 4000, 423
7901 4th St. N
St. Petersburg, FL 33702-4305

Multi Domain Industries
7901 4th Street N Ste 300
St Petersburg, FL 33702-4399

NZ Sod Sales LLC
1216 E Kenosha St #120
Broken Arrow, OK 74012-2007

NZ Sod Sales LLC
45 Ray Dwier Dr
Trenton, NJ 08690-1805

Nomad Path Consulting
Group, LLC
1610 Inverness St
Port Charlotte, FL 33952-4700

Nomah Path Consulting Group LLC
1610 Inverness St.
Port Charlotte, FL 33952-4700

Nomah Path Consulting Group LLC
3905 W 49th st
Sioux Falls, SD 57106-4206

OPG Nextgen Logistics LLC
19046 Bruce B Downs #1061
Tampa, FL 33647-2434

OPG Nextgen Logistics LLC
7301 Rowlett Park Dr.
Tampa, FL 33610-1141

On Demand Trucking & Transport
7961 12th St N
St Petersburg, FL 33702-4003

On Demand Trucking & Transport LLC
7961 12th St N
Saint Petersburg, FL 33702-4003

On the Road Trucking Delivery LLC
1705 South Narcissus Place
Broken Arrow, OK 74012-6680

Only Golf Carts LLC
4945 W 800 N
West Point, UT 84015-7019

Orville O Reid
4111 Cortez way south
St Petersburg, FL 33712-4020

Orville Reid
4111 Cortez Way south
Saint Petersburg, FL 33712-4020

Pages Enterprise LLC
7220 49th Dr. NE
Marysville, WA 98270-4002

Pages Enterprise LLC
Ste 104 #2426
9407 NE Vancouver Mall Dr
Vancouver, WA 98662-6191

Paras Consulting Group LLC
300 S Biscayne Blvd #2908
Miami, FL 33131-5376

Penny Loaf LLC
10165 Windermere Chase Blvd
Gotha, FL 34734-4719

Perennial Capital LLC
30 N Gould St Ste R
Sheridan, WY 82801-6317

Peteetneet Tours
195 E 400 S
Payson, UT 84651-5516

Pick a Lane Transport LLC
10727 E 51st St
Tulsa, OK 74146-5810

Pick a Lane Transport LLC
412 Sunset Ct
Catoosa, OK 74015-2334

Pine Capital
Suite 1204
12641 Antioch Rd
Overland Park, KS 66213-1701

Pine Capital LLC
12641 Antioch Rd Suite 1204
3216 West 68th Street
Overland Park, KS 66208-2135

Potens Vikingi Consulens LLC
8712 Driftwood Dr
Tampa, FL 33615-4414

Purple Pangolin LLC
502 N 9th ave
Bozeman, MT 59715-3332

QPR Capital Group LLC
201 Diamond Way
Cortland, OH 44410-1914

R&E Logistics & Shipping LLC
204 E Furlong
Willow Park, TX 76087-6718

R&N Ventures
931 W Hwy 39
Blackfoot, ID 83221-5306

R&S Rojas LLC
2910 N. Kingsway Rd
Thonotosassa, FL 33592-4122

RB Logistics Consulting
Group LLC
17350 State Hwy 249 #220
Houston, TX 77064-1132

RB Logistics Consulting Group LLC
374 Lexington Cirlce
Haslet, TX 76052-2039

RC Management LLC
11694 Harborside Cir
largo, FL 33773-4439

| | | |
|---|---|---|
| RDDC Logistics LLC<br>30 N. Gould St. Ste. R<br>Sheridan, WY 82801-6317 | RDDC Logistics LLC<br>3680 Taylor Rd<br>Loomis, CA 95650-9285 | RED Ltd.<br>3158 Kodi Elizabeth Street<br>3158 Kodi Elizabeth Street<br>Grand Junction, CO 81504-6275 |
| RLK Logistics LLC<br>20011 SW 84 Ave<br>Cutler Bay, FL 33189-2021 | Raediance LLC<br>3018 Colonial Ridge Dr.<br>Brandon, FL 33511-7643 | Rayse22 LLC<br>11708 S 266th E Ave<br>Coweta, OK 74429-4888 |
| Red Ltd<br>3158 Kodi Elizabeth St<br>Grand Junction, CO 81504-6275 | Refined Global Logistics<br>1650 Havenbrook Lane<br>Prosper, TX 75078-0258 | Residual Roadways LLC<br>5420 NW 55th BLVD #302<br>Coconut Creek, FL 33073-3793 |
| Rig Runners LLC<br>4916 E. Waltann Ln<br>Scottsdale, AZ 85254-1646 | Roadrunner Consulting Group LLC<br>APT 209<br>21121 SW 85th Ave<br>Cutler bay, FL 33189-3503 | Rose Grace Robert LLC<br>717 Atwood Place<br>San Marcos, CA 92069-8113 |
| Rose Grace Robert LLC<br>Suite 318<br>2255 Spruce Goose St<br>Las Vegas, NV 89135-2643 | Ross Good<br>The Good Law Group<br>800 E Northwest Hwy #814<br>Palatine, IL 60074-6514 | Ryan Ekey<br>7303 Stonewood Drive<br>7303 Stonewood Drive<br>Morgantown, WV 26505-3880 |
| S & S Express Services<br>1135 S 284th E Ave<br>Catoosa, OK 74015-4714 | S Mirville Logistics<br>1610 SW 4th St<br>Homestead, FL 33030-6607 | SD Freight & Logistics LLC<br>9481 Monica Dr<br>Seminole, FL 33777-2725 |
| STUFFYS VENDING LLC<br>7910 North 149th East Avenue<br>Owasso, OK 74055-7975 | Saddle Up Ghost Rider LLC<br>Suite 1067<br>1992 Lewis Turner Blvd<br>Ft Walton BCH, FL 32547-1255 | Saddle Up Ghost Rider LLC<br>c/oRepublic Registered Agent<br>476 Riverside Ave #4<br>Jacksonville, FL 32202-4912 |
| Sargent Outfitters LLC<br>830 Winding Hills Rd<br>Monument, CO 80132-9439 | Saudia Holmes<br>609 Foxfire Rd<br>Elizabethtown, KY 42701-9412 | Scott Carroll LLC<br>4112 W 97th St<br>Overland Park, KS 66207-3522 |
| Scott McManus LLC<br>420 Montgomery St<br>San Francisco, CA 94104-1207 | Scott McManus LLC<br>7431 Dumbarton Oaks St.<br>Las Vegas, NV 89166-5227 | Scott McManus LLC<br>8549 Timber Pine Ave<br>Las Vegas, NV 89143-4612 |
| Securities and Exchange Commission<br>100 F. Street, NE<br>Washington, DC 20549-2001 | Securities and Exchange Commission<br>801 Brickell Ave #1950<br>Miami, FL 33131-4901 | Sham Investments LLC<br>1527 Walker Rd<br>Follansbee, WV 26037-1257 |

| | | |
|---|---|---|
| Sham Investments LLC<br>375 Three Springs Dr<br>Weirton, WV 26062-4921 | Shoreline Logistics LLC<br>101 South Mill St<br>Pryor, OK 74361-3617 | Shoreline Logistics LLC<br>1972 E 4675<br>Pryor, OK 74361-2271 |
| Silverbird Investments LLC<br>491 22nd ave SE<br>St. Petersburg, FL 33705-3303 | Simplistic Logistic LLC<br>14667 W Mauna Loa Ln<br>Surprise, AZ 85379-4754 | Slla consulting llc<br>518 N Arizona Ave<br>Chandler, AZ 85225-4587 |
| Solis Holdings LLC<br>663 N Saddle Rock Dr<br>Grand Junction, CO 81504-4023 | Stage Coach Transportation Services<br>4238 E Knudsen Dr.<br>Phoenix, AZ 85050-8781 | StoneCreek Trucking LLC<br>3773 N Pollard LN<br>Star, ID 83669-6147 |
| Stuart Exploits LLC<br>212 W Troy St #B<br>Dothan, AL 36303-4455 | Sun Stagecoach LLC<br>2611 Congressional Way<br>Deerfield BCH, Fl 33442-9177 | SunDiaz LLC<br>200 4th Street N<br>St Petersburg, FL 33701-3206 |
| SunDiaz LLC<br>5907 Sheldon Rd<br>Tampa, FL 33615-3109 | Sweet Basil LLC<br>3906 E FLOWER St<br>Phoenix, AZ 85018-6432 | T. Cooper Babs Transport<br>26600 S 4120 Rd<br>Claremore, OK 74019-0325 |
| TJM Entertainment<br>5319 Tallgrass Way<br>kennesaw, GA 30152-2833 | TRUMANAGE LLC<br>c/o Ross M. Good, Esq<br>The Good Law Group<br>800 E. Northwest Hwy, Suite 814<br>Palatine, IL 60074-6514 | Take Me Trucking LLC<br>2221 Peninsular Ct<br>Longwood, FL 32779-4853 |
| Tama Consulting Inc<br>1555 E Chandler BLVD<br>Chandler, AZ 85225-5112 | Tama Consulting Inc<br>518 N Arizona Ave<br>Chandler, AZ 85225-4587 | Tesco Electronics<br>15 Evelyn Rd<br>Port Washington, NY 11050-2805 |
| Tesco Electronics<br>1553 Hanover St<br>Yorktown HTS, NY 10598-4709 | Texoma Ecom Exchange<br>2545 E FM 120<br>Denison, TX 75021-7043 | The Business Connection<br>1150 Castello Ave<br>Fairplay, CO 80440 |
| The Business Connection<br>2430 Orchard Ave<br>Grand Junction, CO 81501-6869 | The Sixth Degree Sports<br>Sixth Degree Sports Group, LCC<br>19238 N 4th St.<br>Phoenix, AZ 85024-2240 | Toriano Fuscardo<br>2866 89th st circle e<br>Palmetto, FL 34221-1326 |
| Trotter Trucking LLC<br>3610 W Quantico Place<br>Broken Arrow, OK 74011-3810 | TruManage Solutions LLC<br>1953 River Forest Drive<br>Marietta, GA 30068-1520 | Truc U 5 LLC<br>1260 Ivey Lane<br>Green Cove Spgs, FL 32043-9377 |

| | | |
|---|---|---|
| Trucking Along Worldwide LLC<br>c/o Mauricio Orbegozo<br>7615 Lake Cypress Dr<br>Odessa, FL 33556-1804 | Trucking Along Worldwide LLC<br>c/o Mauricio Orbegozo<br>Suite 104<br>2640 Cypress Ridge Blvd.<br>Wesley Chapel, FL 33544-6318 | Tsalagi Ventures LLC<br>7677 Blxby Rd<br>Beggs, OK 74421-3305 |
| Tuft Life<br>12900 SW 187 Terr<br>Miami, FL 33177-3026 | Tych Trucking LLC<br>1530 E June St.<br>Mesa, AZ 85203-2716 | US Attorneys Office<br>400 N Tampa St., Ste. 3200<br>Tampa, FL 33602-4774 |
| US Department of Justice<br>Office of Attorney General<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530-0009 | Vanen Property Company<br>11001 S Louisville Ave<br>Tulsa, OK 74137-7420 | Vasla Network LLC<br>11491 NW 20th Ct<br>Plantation, FL 33323-2005 |
| Veritas consulting trust LLC<br>138 Tyler CT<br>Fort Worth, TX 76108-9202 | Veteran Elite Logistics LLC<br>382 NE 191st St, #490479<br>Miami, FL 33179-3899 | Vita Bella Management LLC<br>10616 N 159th E Ave<br>Owasso, OK 74055-6014 |
| WMB Management Group LLC<br>109 Samuel Ct<br>Washington, IL 61571-4047 | Washington Gonzalez PLLC<br>599 E Fairview St<br>Gilbert, AZ 85295-1632 | Wayne Street Rentals, LLC<br>1712 Canady Rd<br>Wilmington, NC 28411-7883 |
| West Haven Ranch<br>2545 E FM 120<br>Denison, TX 75021-7043 | Whiteline Transportation LLC<br>11501 E 76th St N<br>Owasso, OK 74055-3606 | Whiteline Transportation LLC<br>7312 N 195th East Ave<br>Owasso, OK 74055-8219 |
| Wicked Willie Trucking CO<br>304 Main Ave Ste 369<br>Norwalk, CT 06851-6167 | Wicked Willis Trucking Co<br>1226 Birdsong View<br>Dacula, GA 30019-3067 | Yellow Line Freight LLC<br>7409 Rutledge Rd<br>Louisville, KY 40258-2716 |
| Yellow Yak LLC<br>502 N 9th Ave<br>Bozeman, MT 59715-3332 | Z Transportation Services LLC<br>3127 Alexandrias Dr<br>Sandusky, OH 44870-5999 | Zano Transportation LLC<br>3127 Alexandrias Dr<br>Sandusky, OH 44870-5999 |
| Zingeer Transportation<br>308 Grandy Ct<br>Greer, SC 29651-1056 | Alberto F Gomez Jr.+<br>Johnson Pope Bokor Ruppel & Burns, LLP<br>400 North Ashley Drive<br>Suite 3100<br>Tampa, FL 33602-4337 | United States Trustee - TPA +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |
| Nicole Peair +<br>Timberlake Annex<br>501 E Polk Street, Suite 1200<br>Tampa, FL 33602-3945 | Ross M Good +<br>The Good Law Group<br>800 E Northwest Hwy<br>Suite 814<br>Palatine, IL 60074-6514 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Catherine Peek McEwen<br>Tampa | (d)DWL Transport Services, Inc.<br>15325 SW 89th Ave.<br>Miami, FL 33157-1902 | (d)TRUMANAGE LLC<br>c/o Ross M. Good, Esq.<br>The Good Law Group<br>800 E. Northwest Hwy, Suite 814<br>Palatine, IL 60074-6514 |
| (d)Trumanage LLC<br>1953 River Forest Dr<br>Marietta, GA 30068-1520 | End of Label Matrix<br>Mailable recipients   329<br>Bypassed recipients     4<br>Total                 333 | |