UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In Re:

AUTOMATED TRUCKING, LLC            Case No. 8:25-bk-03886-CPM
                                                          Chapter 11

    Debtor.
_____/

**CERTIFICATE OF SERVICE OF NOTICE OF CHAPTER 11
BANKRUPTCY CASE TO CREDITORS NOT PREVIOUSLY NOTICED**

    I HEREBY CERTIFY that a true and correct copy of the **Notice of Chapter 11 Bankruptcy Case (Doc. No. 14) and the Notice of Continued Section 341 Meeting of Creditors (Doc. No. 41)** was furnished on July 25, 2025 by U.S. Mail, first class postage prepaid, to all creditors listed on the attached matrix.

Dated:  July 25, 2025                      JOHNSON POPE BOKOR
                                                  RUPPEL & BURNS, LLP

                                              /s/ Alberto F. Gomez, Jr.
                                              Alberto ("Al") F. Gomez, Jr. (FBN:  784486)
                                              400 North Ashley Dr., Ste. 3100
                                              Tampa, FL  33602
                                              Telephone:     813-225-2500
                                              Facsimile:     813-223-7118
                                              Email:  Al@jpfirm.com
                                              Attorneys for Debtor