Label Matrix for local noticing
113A-8
Case 8:25-bk-03886-CPM
Middle District of Florida
Tampa
Fri Jul 25 14:42:26 EDT 2025

Automated Trucking LLC
6000 S Florida Ave #5105
Lakeland, FL 33813-3320

TRUMANAGE LLC
1953 River Forest Dr
Marietta, GA 30068-1520

2MM Holdings LLC
3606 Herscel ST
Jacksonville, FL 32205-9020

3J Transport
933 E Mission Dr
Tempe, AZ 85283-4785

4 Point LLC
5301 Pleasant Grove Rd
Pleasant Grove, CA 95668-9752

A Creamer LLC
11763 Harborside Circle
Largo, FL 33773-4446

ACE Trucking Express LLC
207 Watersong Lane
Georgetown, TX 78628-6954

ADB Ventures LLC
434 Colusa Avenue
El Cerrito, CA 94530-3365

AED Logistics LLC
58 Winged Ft
Boerne, TX 78006-5726

AED Logistics LLC
5900 Balcones Dr #100
Austin, TX 78731-4298

AGC Transportation & Logistics LLC
340 W Ross Ave Apt 421
Tampa, FL 33602-2064

AKL & Associates, Inc.
c/o Kristopher A. Lundsford
5767 Gene Serazon Dr.
Brasselton, GA 30517-4057

AMO Media LLC
2974 Allegra Way
Lutz, FL 33559-6998

AMO Media LLC
7615 Lake Cypress Dr
Odessa, FL 33556-1804

ARD Transportation
99 Oak Grove Dr
Dallas, GA 30157-9595

ARS Anesthesia Inc
8912 Sanders Tree Loop
Wesley Chapel, FL 33545-4499

Amali
15852 S 18th Ln
Phoenix, AZ 85045-1775

Archie LLC
11491 NW 20th Ct
Plantation, FL 33323-2005

Aries Aero Systems LLC
3611 Terramore Drive
Melbourne, FL 32940-8028

Atkinson Transport LLC
7333 E 124th St
Bixby, OK 74008-2685

Autopayment Trucking LLC
1810 E Sahara Ave #215
Las Vegas, NV 89104-3707

B&R Consulting&Logistics LLC
17350 State Hwy 249 #220
Houston, TX 77064-1132

B&R consulting and logistics LLC
204 E Furlong
Willow Park, TX 76087-6718

BDE Operations LLC
2605 89th ST Cir E
Palmetto, FL 34221-1323

BDE Operations LLC
5312 Bay State Rd
Palmetto, FL 34221-8756

BDM Sod Farms LLC
1101 W Houston St #913
Broken Arrow, OK 74012-3755

BDM Sod Farms LLC
7111 S. 285th E Avenue
Broken Arrow, OK 74014-5615

BJM Holdings AZ LLC
P.O. Box 1417
Higley, AZ 85236-1417

BTC Transportation llc
257 NW 58th Ct
Miami, FL 33126-4725

| | | |
|---|---|---|
| Barron Capital LLC<br>25 Hartman Drive<br>Hamilton, NJ 08690-2011 | Be Truckin Legendary LLC<br>Unit 1011<br>7190 E Kierland Blvd<br>Scottsdale, FL 85254-0082 | Be Truckin Legendary LLC<br>c/o Todd Trout<br>7190 E Kierland Blvd #1011<br>Scottsdale, AZ 85254-0082 |
| Ben Zamora<br>25811 N 41st Way<br>Phoenix, AZ 85050-9006 | Bernstein Trucking LLC<br>3011 49th Terr S<br>St. Petersburg, FL 33712-4346 | Best Quarter LLC<br>1942 Broadway STE 314C<br>Boulder, CO 80302-5233 |
| Best Quarter LLC<br>PO Box 4364<br>Boulder, CO 80306-4364 | Big Blue Truck LLC<br>1333 S Ocean Blvd<br>Apt 505<br>1333 S Ocean Blvd, Apt 505<br>Pompano Beach, FL 33062-6926 | Big Red Fleet Management LLC<br>109 Webster Cir<br>Madison, MS 39110-7367 |
| Big Red Fleet Management LLC<br>407 Briarwood Dr #210-E<br>Jackson, MS 39206-3036 | Big Shifter Roth IRA, LLC<br>906 Cole St<br>Golden, CO 80401-4100 | Big Shifter Trucking, LLC<br>906 Cole St<br>Golden, CO 80401-4100 |
| Bixx LLC<br>1968 S Coast Hwy #187<br>Laguna Beach, CA 92651-3681 | Black Diamond LLC<br>2866 89th St Circle E<br>Palmetto, FL 34221-1326 | Black Loom LLC<br>4 Centerpointe DR Ste 310<br>La Palma, CA 90623-1074 |
| Blackwell Enterprises<br>3216 W 68th Street<br>Mission Hills, KS 66208-2135 | Blackwell Enterprises LLC<br>3216 West 68th Street<br>Mission Hills, KS 66208-2135 | Blu Dog LLC<br>7161 S Sinova Ct<br>Gilbert, AZ 85298-9097 |
| Blue Bay Rentals<br>1950 Cleveland St.<br>Clearwater, FL 33765-3016 | Blue Bay Rentals<br>270 Park Ave<br>New York, NY 10017-2014 | Blue CAT Logistics<br>Apt. #508<br>7180 E Kierland Blvd<br>Scottsdale, AZ 85254-2089 |
| Blue Cat Logistics<br>1870 E Ray Rd #1000<br>Chandler, AZ 85225 | Brandon Buck Enterprises LLC<br>2135 W Beach St<br>Tampa, FL 33607-2609 | Brandon Buck Enterprises LLC<br>614 S Howard Ave<br>Tampa, FL 33606-2480 |
| Brett Behney Ministries<br>6421 N Florida Ave<br>Tampa, FL 33604-6007 | Brick Holdings-2<br>3603 Wellspring Dr<br>Bee Cave, TX 78738-5032 | Brion trucking LLC<br>11120 Killian Park Road<br>Pinecrest, FL 33156-4015 |
| Bronze LLC<br>2764 E Wildhorse DR<br>Gilbert, AZ 85297-7541 | Brown Boys Logistics<br>8500 Melrose Ave<br>Los Angeles, CA 90069-5145 | Bruno T Faria<br>227 Fanshaw F<br>Boca Raton, FL 33434-3044 |

| | | |
|---|---|---|
| Bryan Logistics LLC<br>30093 E 59th St S<br>Broken Arrow, OK 74014-8406 | C&B Rojas Enterprise LLC<br>2910 North Kingsway Rd<br>Thonotosassa, FL 33592-4122 | C&B Rojas Enterprise LLC<br>9211 Permisson Brook Trail #<br>Thonotosassa, FL 33592-3884 |
| C&J Shipping & Freight<br>17921 SW 136 Ct<br>Miami, FL 33177-7144 | CG Freight LLC<br>7047 E Greenway Pkwy #250<br>Scottsdale, AZ 85254-8113 | CG Freight LLC<br>7190 e kierland blvd #416<br>Scottsdale, AZ 85254-0076 |
| CJ Trucking LLC<br>2412 David Ross Drive<br>Columbia, TN 38401-7365 | CJ Trucking LLC<br>7861 Saudersville Rd<br>Mount Juliet, TN 37122-2304 | Cape Enterprises LLC<br>45 Ray Dwier Dr<br>Trenton, NJ 08690-1805 |
| Cardali Enterprises LLC<br>3015 N Rocky Point Dr E #820<br>Tampa, FL 33607-6095 | Cardali Enterprises LLC<br>3015 N Rocky Point Dr. E.<br>Tampa, FL 33607-6079 | Carol Baker Enterprises LLC<br>2318 Promontory Point<br>Plano, TX 75075-3574 |
| Chazer Ventures LLC<br>11709 N 115th E Ave<br>Collinsville, OK 74021-1029 | Christopher R Granholm - CG Freight LLC<br>5813 Calico Circle<br>East Syracuse, NY 13057-3221 | Cottonwood Werks LLC<br>PO Box 349<br>Nevada, MO 64772-0349 |
| Crimson Cougar LLC<br>1453 Tennyson St.<br>Denver, CO 80204-1227 | Crimson Cougar LLC<br>420 Montgomery St<br>San Francisco, CA 94104-1207 | Curated by Lindsay LLC<br>5932 E Mariposa St<br>Phoenix, AZ 85018-3234 |
| DE LA O Capital llc<br>2525 Elm St APT 2311<br>Dallas, TX 75226-1484 | DE LA O Capital llc<br>7100 S Cooper St<br>Arlington, TX 76001-6718 | DIO Trucking LLC<br>6650 Treeland Ave #B<br>Largo, FL 33773-3504 |
| DIO TruckingLLC<br>9001 Belcher Rd N<br>Pinellas Park, FL 33782-4423 | DJB Management Group LLC<br>862 Apricot Lane<br>fairhope, AL 36532-0051 | DNA strategic solutions LLC<br>20416 SW 85th Ave<br>Cutler Bay, FL 33189-2501 |
| DWL Transport Services<br>15325 SW 89th Ave<br>Miami, FL 33157-1902 | Dameron Services LLC<br>24301 E 96th St S<br>Broken Arrow, OK 74014-3441 | Darah Klima<br>1231 E Waters Edge St<br>Derby, KS 67037-4007 |
| Deez Trucking LLC<br>46696 Mcbride Ave<br>Belleville, MI 48111-1248 | Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 | Diamond Land J Management LLC<br>660 Madison 1470<br>Huntsville, AR 72740-7978 |

| | | |
|---|---|---|
| Dlam Logistics<br>1500 S Highland Ave<br>Clearwater, FL 33756-2337 | Dutch Hollow Transport LLC<br>221 S. Forest Ave<br>Palatine, IL 60074-6318 | Dynamic Pool And Spa Finishes LLC<br>8354 81st Terr N<br>seminole, FL 33777-3625 |
| ENAJ LLC<br>56 Dustman Ln<br>Bardonia, NY 10954-2043 | ESC88 LLC<br>16544 E Kesler Ln<br>Gilbert, AZ 85295-7527 | ESC88 LLC<br>3231 E. Pecos Rd ❌<br>Gilbert, AZ 85295-1200 |
| EZ Flow Transportation, LLC<br>3920 S. 74th West Ave<br>Tulsa, OK 74107-4878 | Ekey Enterprises LLC<br>1400 Ove❌look Dr<br>Weirton, WV 26062-5127 | Ekey Investments LLC<br>1400 Overlook Dr.<br>Weirton, WV 26062-5127 |
| Elite Dragon LLC<br>3018 Colonial Ridge Dr<br>Brandon, FL 33511-7643 | Ellariam, LLC<br>200 ❌W 184th Lane<br>Miami, FL 33157 | Ellariam, LLC<br>8200 SW 184th Lane<br>Miami, FL 33157-7319 |
| Ennoble Management LLC<br>20 N Go❌d St STE 50189<br>Sheridan, WY 82801-6317 | Ennoble Management LLC<br>30 N Gould St STE 50189<br>Sheridan, WY 82801-6317 | FGK Transportation LLC<br>11707 E 117th Pl N<br>COLLINSVILLE, OK 74021-1001 |
| FGK Transportation LLC<br>11707 E 117th Pl N<br>Owasso, OK 74021-1001 | FGK Transportation LLC<br>8601 N ❌arnett Rd<br>Owasso, OK 74055-4664 | FL Dep of Revenue<br>Collection Agency Section<br>5050 W Tennessee St.<br>Tallahassee, FL 32399-6586 |
| FNA Capital LLC<br>2216 Ri❌ecrest St<br>Mesquite, TX 75149-1443 | FNA Capital LLC<br>2818 Kramer Ln #4248<br>Austin, TX 78758-1009 | FPP Serivices LLC<br>12 Circle Dr<br>Medina, OH 44256-2553 |
| Fekete Corporations LLC<br>6767 E Kings Ave<br>Scottsdale, AZ 85254-5666 | Fortune Trucking LLC<br>2212 N Roca<br>Mesa, AZ 85213-2436 | Fox Automated Trucking LLC<br>1388 Hibiscus St<br>Clearwater, FL 33755-3405 |
| GJS Management LLC<br>f/k/a RC Managment LLC<br>11694 Harborside Cir<br>Largo, FL 33773-4439 | Good Buddy Trucking LLC<br>709 Lafayette Dr<br>Denton, TX 76205-8075 | Good Steward Legacy<br>510 W Pearce Blvd #1<br>Wentzville, MO 63385-1348 |
| Good Steward Legacy<br>800 Nic❌let Mall<br>Minneapolis, MN 55402-7000 | Grateful Growth INC<br>11786 Barb❌CT<br>Largo, FL 33778-3803 | Grateful Growth INC<br>13013 Seminole Blvd #1068<br>Largo, FL 33778-2124 |

| | | |
|---|---|---|
| H2 Transport LLC<br>218 Golden Arrow Dr<br>weatherford, TX 76087-1109 | H2 Transport LLC<br>Bldg 1<br>2701 E Grauwyler Rd<br>Irving, TX 75061-3414 | Harrington Fleet Management LLC<br>109 Webster Cir<br>Madison, MS 39110-7367 |
| Harrington Fleet Mgmt LLC<br>407 Briarwood Dr #210-E<br>Jackson, MS 39206-3036 | Hat & Co Trucking<br>17350 State Hwy 249 #220<br>Houston, TX 77064-1132 | Hat & Co Trucking<br>504 Sandia Park Drive<br>Burleson, TX 76028-1088 |
| Heatherm Consulting LLC<br>8960 Cynthia St Apt 203<br>West Hollywood, CA 90069-4441 | Hermosillo Trucking<br>6841 Toll Mountain st<br>North Las Vegas, NV 89086-1615 | Hermosillo Trucking<br>Suite 100<br>6605 Grand Montecito Pkwy<br>Las Vegas, NV 89149-0210 |
| Hodali Capital LLC<br>8853 SW 206th Lane<br>Cutler Bay, FL 33189-2665 | Hodali Logistics LLC<br>8853 SW 206th Lane<br>Cutler Bay, FL 33189-2665 | Hodali Management LLC<br>8853 SW 206th Lane<br>Cutler Bay, FL 33189-2665 |
| Hooligans Truckin LLC<br>11349 E 61st St STE 200<br>Broken Arrow, OK 74012-1272 | Housley Transport LLC<br>2909 S Jeffry St<br>Gilbert, AZ 85295-0230 | Hoyt Enterprise LLC<br>2764 E Wildhorse Dr<br>Gilbert, AZ 85297-7541 |
| I N I transport LLC<br>15325 SW 89 Ave<br>Miami, FL 33157-1902 | Impact Resolutions II LLC<br>599 E Fairview St<br>Gilbert, AZ 85295-1632 | Inferno Fleet Management LLC<br>1340 Yandell Rd<br>Canton, MS 39046-9194 |
| Inferno Fleet Management LLC<br>248 E Capital St #840<br>Jackson, MS 39201-2505 | Innovative Fleet Management LLC<br>1340 yandell rd<br>Canton, MS 39046-9194 | Innovative Fleet Mgmt LLC<br>248 E Capital St #840<br>Jackson, MS 39201-2505 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Intuitive Assets LLC<br>2655 Bolero Dr #1203<br>Naples, FL 34109-3650 | Invest for Life LLC<br>709 Main St<br>Fultondale, AL 35068-1871 |
| Investment Group Trust<br>2200 N Maple Ave<br>Rapid City, SD 57701-7854 | Investment Group Trust<br>514 Americas Way<br>Box Elder, SD 57719-7600 | It Must Be Nice<br>15029 SW 153 CT<br>Miami, FL 33196-2867 |
| J Dub Opportunities LLC<br>7339 S 92nd Ct E<br>Tulsa, OK 74133 | J dub opportunities LLC<br>10727 E 51st St<br>Tulsa, OK 74146-5810 | J&K Rojas Enterprise LLC<br>412 E Lutz Lake Fern Rd<br>Lutz, FL 33549-4266 |

J&M Fleet Managment
102 Timber Drive
Madison, MS 39110-4531

J.Yang Logistics LLC
1553 Hanover St
Yorktown HTS, NY 10598-4709

JBZ Industries
117 John E Busch Ave
Somerset, NJ 08873-1565

JCJR Enterprise LLC
11763 Harborside Circle
Largo, FL 33773-4446

JDL LLC
1101 West 7th St Apt. 10
Columbia, TN 38401-3073

JMA 305 Consulting
11103 SW 242th Street
Homestead, FL 33032-5143

JOKE LLC
13347 Palmera Vista Dr
Riverview, FL 33579-3503

JOKE LLC
231 Indian Rocks #109
Largo, FL 33770-1759

JR-Automated Investing LLC
16289 Herriman Blvd
Noblesville, IN 46060-5412

JT Cole Logistics
10837 Kish Glen Tri
Haslet, TX 76052-5156

JT Cole Logistics
17350 State Hwy 249 #220
Houston, TX 77064-1132

JTC Farms LLC
370 County Road 322
Koshonong, MO 65692-9686

Jam Skyline Freight LLC
13710 SW 104th Ter
Miami, FL 33186-3111

James W Sparks
11111 Hindwing Tri
Cypress, TX 77433-4563

Jammel Ventures LLC
9580 N Garnett Rd
Owasso, OK 74055-4402

Jammel Ventures LLC
9714 N. 102nd Ave
Owasso, OK 74055

Jasper Industries
50 Greenwood Ave
Lackawanna, NY 14218-2131

Jay Property Buyer LLC
3005 W Rose Garden Ln
Phoenix, AZ 85027-3128

JayVeeGee Global Mgmt Inc.
607 Pollock St.
Richmond, VA 23222-2848

Jesse Elite Trucking LLC
3787 42 Ave North
St Petersburg, FL 33714-4434

Jonathan Ekey
1400 overlook Dr.
Weirton, WV 26062-5127

Jrod Trucking LLC
1200 SW 118th Terrace
Davie, FL 33325-3868

Jrod Trucking LLC
420 Montgomery Street
San Francisco, CA 94104-1207

Jrod Trucking LLC
846 W Perez Ave
Visalia, CA 93291-3089

Jugos y Licuados Las Cruces
518 N. Arizona Ave
Chandler, AZ 85225-4587

Kash Ruby Trucking LLC
1525 W Oberlin Way
Phoenix, AZ 85085-5371

Kash Ruby Trucking LLC
Stuite 200
9925 Haynes BRG Rd
Alpharetta, GA 30022-8532

Klima Investments LLC
105 N Main St
Wichita, KS 67202-1412

Klima Investments LLC
1231 Watersedge St.
Derby, KS 67037-4007

KonaKai Trucking
4149 S Anastacia Ct
Green Valley, AZ 85622-5616

KonaKai Trucking
c/o Donna Bloom
4149 S Anastacia Ct
Green Valley, AZ 85622-5616

LJ US Transport LLC
933 E Mission Dr
Tempe, AZ 85283-4785

LNN Consolidated
Trucking LLC
17350 State Hwy 249 #220
Houston, TX 77064-1132

LNN Consolidated Trucking LLC
317 Valentine Court
Burleson, TX 76028-0004

LSB LLC
4642 S Fortuna Way
Salt Lake City, UT 84124-4792

Landmark Investments LLC
4 Stephanie Lane
Robbinsville, NJ 08691-3735

Legacy Acquisitions LLC
19149 E White Willow Pass
Owasso, OK 74055-8209

Longo Lanes Transport LLC
1323 Lake Luceme Way #303
Brandon, FL 33511-2278

Longo Lanes Transport LLC
15905 W Wisconsin Ave #215
Brookfield, WI 53005-5728

Lucy Fit LLC
929 S Lily Dr# C201
Fruit Heights, UT 84037-1989

MCA Trucking Express LLC
1401 21st St. #R
Sacramento, CA 95811-5226

MCA Trucking Express LLC
5 Marcia Ky #94
Roseville, CA 95747-7706

MEZ Holdings & Logistics LLC
254 Chapman Rd, Ste 208
Newark, DE 19702-5422

MJJ Executive Management
Consults LLC
11716 Harborside Cir
Largo, FL 33773-4405

MLR Land Management
4475 Madison 2590
Kingston, AK 72742-9517

MSO Trucking
225 Murcia Drive, Unit 209
Jupiter, FL 33458-2759

Macromanagement LLC
12304 N Cincinnati Ave
Sklatook, OK 74070-3431

Magic Mile LLC
305 Bryson LN
Clarksville, TN 37043-8073

Maple Capital LLC
12361 Charlotte St
Kansas City, MO 64146-1138

Me & Co LLC
11501 East 76th st n
Owasso, OK 74055-3606

Me & Co LLC
19712 E. 69th St. N.
Owasso, OK 74055-3826

Megsfit LLC
13535 Lundhurst St
Austin, TX 78717-6059

Megsfit LLC
91 Red River St.
Autin, TX 78701-4813

Michelle Walsh
3606 Herschel Street
3606 Herschel Street
Jacksonville, FL 32205-9020

Michelle Walsh / 2MM Holdings
3606 Herschel St
Jacksonville, FL 32205-9020

More Sunshine Consulting Inc
13013 Seminole Blvd #1169
Largo, FL 33778-2124

Moullin Enterprises LLC
STE 4000, 423
7901 4th St. N
St. Petersburg, FL 33702-4305

Multi Domain Industries
7901 4th Street N Ste 300
St Petersburg, FL 33702-4399

NZ Sod Sales LLC
1216 E Kenosha St #120
Broken Arrow, OK 74012-2007

NZ Sod Sales LLC
45 Ray Dwier Dr
Trenton, NJ 08690-1805

Nomad Path Consulting
Group, LLC
1610 Inverness St
Port Charlotte, FL 33952-4700

Nomah Path Consulting Group LLC
1610 Inverness St.
Port Charlotte, FL 33952-4700

Nomah Path Consulting Group LLC
3905 W 49th st
Sioux Falls, SD 57106-4206

OPG Nextgen Logistics LLC
19046 Bruce B Downs #1061
Tampa, FL 33647-2434

OPG Nextgen Logistics LLC
7301 Rowlett Park Dr.
Tampa, FL 33610-1141

On Demand Trucking & Transport
7961 12th St N
St Petersburg, FL 33702-4003

On Demand Trucking & Transport LLC
7961 12th St N
Saint Petersburg, FL 33702-4003

On the Road Trucking Delivery LLC
1705 South Narcissus Place
Broken Arrow, OK 74012-6680

Only Golf Carts LLC
4945 W 800 N
West Point, UT 84015-7019

Orville O Reid
4111 Cortez way south
St Petersburg, FL 33712-4020

Orville Reid
4111 Cortez Way south
Saint Petersburg, FL 33712-4020

Pages Enterprise LLC
7220 49th Dr. NE
Marysville, WA 98270-4002

Pages Enterprise LLC
Ste 104 #2426
9407 NE Vancouver Mall Dr
Vancouver, WA 98662-6191

Paras Consulting Group LLC
300 S Biscayne Blvd #2908
Miami, FL 33131-5376

Penny Loaf LLC
10165 Windermere Chase Blvd
Gotha, FL 34734-4719

Perennial Capital LLC
30 N Gould St Ste R
Sheridan, WY 82801-6317

Peteetneet Tours
195 E 400 S
Payson, UT 84651-5516

Pick a Lane Transport LLC
10727 E 51st St
Tulsa, OK 74146-5810

Pick a Lane Transport LLC
412 Sunset Ct
Catoosa, OK 74015-2334

Pine Capital
Suite 1204
12641 Antioch Rd
Overland Park, KS 66213-1701

Pine Capital LLC
12641 Antioch Rd Suite 1204
3216 West 68th Street
Overland Park, KS 66208-2135

Potens Vikingi Consulens LLC
8712 Driftwood Dr
Tampa, FL 33615-4414

Purple Pangolin LLC
502 N 9th ave
Bozeman, MT 59715-3332

QPR Capital Group LLC
201 Diamond Way
Cortland, OH 44410-1914

R&E Logistics & Shipping LLC
204 E Furlong
Willow Park, TX 76087-6718

R&N Ventures
931 W Hwy 39
Blackfoot, ID 83221-5306

R&S Rojas LLC
2910 N. Kingsway Rd
Thonotosassa, FL 33592-4122

RB Logistics Consulting
Group LLC
17350 State Hwy 249 #220
Houston, TX 77064-1132

RB Logistics Consulting Group LLC
374 Lexington Cirlce
Haslet, TX 76052-2039

RC Management LLC
11694 Harborside Cir
largo, FL 33773-4439

| | | |
|---|---|---|
| RDDC Logistics LLC<br>30 N. Gould St. Ste. R<br>Sheridan, WY 82801-6317 | RDDC Logistics LLC<br>3680 Taylor Rd<br>Loomis, CA 95650-9285 | RED Ltd.<br>3158 Kodi Elizabeth Street<br>3158 Kodi Elizabeth Street<br>Grand Junction, CO 81504-6275 |
| RLK Logistics LLC<br>20011 SW 84 Ave<br>Cutler Bay, FL 33189-2021 | Raediance LLC<br>3018 Colonial Ridge Dr.<br>Brandon, FL 33511-7643 | Rayse22 LLC<br>11708 S 266th E Ave<br>Coweta, OK 74429-4888 |
| Red Ltd<br>3158 Kodi Elizabeth St<br>Grand Junction, CO 81504-6275 | Refined Global Logistics<br>1650 Havenbrook Lane<br>Prosper, TX 75078-0258 | Residual Roadways LLC<br>5420 NW 55th BLVD #302<br>Coconut Creek, FL 33073-3793 |
| Rig Runners LLC<br>4916 E. Waltann Ln<br>Scottsdale, AZ 85254-1646 | Roadrunner Consulting Group LLC<br>APT 209<br>21121 SW 85th Ave<br>Cutler bay, FL 33189-3503 | Rose Grace Robert LLC<br>717 Atwood Place<br>San Marcos, CA 92069-8113 |
| Rose Grace Robert LLC<br>Suite 318<br>2255 Spruce Goose St<br>Las Vegas, NV 89135-2643 | Ross Good<br>The Good Law Group<br>800 E Northwest Hwy #814<br>Palatine, IL 60074-6514 | Ryan Ekey<br>7303 Stonewood Drive<br>7303 Stonewood Drive<br>Morgantown, WV 26505-3880 |
| S & S Express Services<br>1135 S 284th E Ave<br>Catoosa, OK 74015-4714 | S Mirville Logistics<br>1610 SW 4th St<br>Homestead, FL 33030-6607 | SD Freight & Logistics LLC<br>9481 Monica Dr<br>Seminole, FL 33777-2725 |
| STUFFYS VENDING LLC<br>7910 North 149th East Avenue<br>Owasso, OK 74055-7975 | Saddle Up Ghost Rider LLC<br>Suite 1067<br>1992 Lewis Turner Blvd<br>Ft Walton BCH, FL 32547-1255 | Saddle Up Ghost Rider LLC<br>c/oRepublic Registered Agent<br>476 Riverside Ave #4<br>Jacksonville, FL 32202-4912 |
| Sargent Outfitters LLC<br>830 Winding Hills Rd<br>Monument, CO 80132-9439 | Saudia Holmes<br>609 Foxfire Rd<br>Elizabethtown, KY 42701-9412 | Scott Carroll LLC<br>4112 W 97th St<br>Overland Park, KS 66207-3522 |
| Scott McManus LLC<br>420 Montgomery St<br>San Francisco, CA 94104-1207 | Scott McManus LLC<br>7431 Dumbarton Oaks St.<br>Las Vegas, NV 89166-5227 | Scott McManus LLC<br>8549 Timber Pine Ave<br>Las Vegas, NV 89143-4612 |
| Securities and Exchange Commission<br>100 F. Street, NE<br>Washington, DC 20549-2001 | Securities and Exchange Commission<br>801 Brickell Ave #1950<br>Miami, FL 33131-4901 | Sham Investments LLC<br>1527 Walker Rd<br>Follansbee, WV 26037-1257 |

| | | |
|---|---|---|
| Sham Investments LLC<br>375 Three Springs Dr<br>Weirton, WV 26062-4921 | Shoreline Logistics LLC<br>101 South Mill St<br>Pryor, OK 74361-3617 | Shoreline Logistics LLC<br>1972 E 4675<br>Pryor, OK 74361-2271 |
| Silverbird Investments LLC<br>491 22nd ave SE<br>St. Petersburg, FL 33705-3303 | Simplistic Logistic LLC<br>14667 W Mauna Loa Ln<br>Surprise, AZ 85379-4754 | Slla consulting llc<br>518 N Arizona Ave<br>Chandler, AZ 85225-4587 |
| Solis Holdings LLC<br>663 N Saddle Rock Dr<br>Grand Junction, CO 81504-4023 | Stage Coach Transportation Services<br>4238 E Knudsen Dr.<br>Phoenix, AZ 85050-8781 | StoneCreek Trucking LLC<br>3773 N Pollard LN<br>Star, ID 83669-6147 |
| Stuart Exploits LLC<br>212 W Troy St #B<br>Dothan, AL 36303-4455 | Sun Stagecoach LLC<br>2611 Congressional Way<br>Deerfield BCH, Fl 33442-9177 | SunDiaz LLC<br>200 4th Street N<br>St Petersburg, FL 33701-3206 |
| SunDiaz LLC<br>5907 Sheldon Rd<br>Tampa, FL 33615-3109 | Sweet Basil LLC<br>3906 E FLOWER St<br>Phoenix, AZ 85018-6432 | T. Cooper Babs Transport<br>26600 S 4120 Rd<br>Claremore, OK 74019-0325 |
| TJM Entertainment<br>5319 Tallgrass Way<br>kennesaw, GA 30152-2833 | TRUMANAGE LLC<br>c/o Ross M. Good, Esq<br>The Good Law Group<br>800 E. Northwest Hwy, Suite 814<br>Palatine, IL 60074-6514 | Take Me Trucking LLC<br>2221 Peninsular Ct<br>Longwood, FL 32779-4853 |
| Tama Consulting Inc<br>1555 E Chandler BLVD<br>Chandler, AZ 85225-5112 | Tama Consulting Inc<br>518 N Arizona Ave<br>Chandler, AZ 85225-4587 | Tesco Electronics<br>15 Evelyn Rd<br>Port Washington, NY 11050-2805 |
| Tesco Electronics<br>1553 Hanover St<br>Yorktown HTS, NY 10598-4709 | Texoma Ecom Exchange<br>2545 E FM 120<br>Denison, TX 75021-7043 | The Business Connection<br>1150 Castello Ave<br>Fairplay, CO 80440 |
| The Business Connection<br>2430 Orchard Ave<br>Grand Junction, CO 81501-6869 | The Sixth Degree Sports<br>Sixth Degree Sports Group, LCC<br>19238 N 4th St.<br>Phoenix, AZ 85024-2240 | Toriano Fuscardo<br>2866 89th st circle e<br>Palmetto, FL 34221-1326 |
| Trotter Trucking LLC<br>3610 W Quantico Place<br>Broken Arrow, OK 74011-3810 | TruManage Solutions LLC<br>1953 River Forest Drive<br>Marietta, GA 30068-1520 | Truc U 5 LLC<br>1260 Ivey Lane<br>Green Cove Spgs, FL 32043-9377 |

Trucking Along Worldwide LLC
c/o Mauricio Orbegozo
7615 Lake Cypress Dr
Odessa, FL 33556-1804

Trucking Along Worldwide LLC
c/o Mauricio Orbegozo
Suite 104
2640 Cypress Ridge Blvd.
Wesley Chapel, FL 33544-6318

Tsalagi Ventures LLC
7677 Blxby Rd
Beggs, OK 74421-3305

Tuft Life
12900 SW 187 Terr
Miami, FL 33177-3026

Tych Trucking LLC
1530 E June St.
Mesa, AZ 85203-2716

US Attorneys Office
400 N Tampa St., Ste. 3200
Tampa, FL 33602-4774

US Department of Justice
Office of Attorney General
950 Pennsylvania Ave, NW
Washington, DC 20530-0009

Vanen Property Company
11001 S Louisville Ave
Tulsa, OK 74137-7420

Vasla Network LLC
11491 NW 20th Ct
Plantation, FL 33323-2005

Veritas consulting trust LLC
138 Tyler CT
Fort Worth, TX 76108-9202

Veteran Elite Logistics LLC
382 NE 191st St, #490479
Miami, FL 33179-3899

Vita Bella Management LLC
10616 N 159th E Ave
Owasso, OK 74055-6014

WMB Management Group LLC
109 Samuel Ct
Washington, IL 61571-4047

Washington Gonzalez PLLC
599 E Fairview St
Gilbert, AZ 85295-1632

Wayne Street Rentals, LLC
1712 Canady Rd
Wilmington, NC 28411-7883

West Haven Ranch
2545 E FM 120
Denison, TX 75021-7043

Whiteline Transportation LLC
11501 E 76th St N
Owasso, OK 74055-3606

Whiteline Transportation LLC
7312 N 195th East Ave
Owasso, OK 74055-8219

Wicked Willie Trucking CO
304 Main Ave Ste 369
Norwalk, CT 06851-6167

Wicked Willis Trucking Co
1226 Birdsong View
Dacula, GA 30019-3067

Yellow Line Freight LLC
7409 Rutledge Rd
Louisville, KY 40258-2716

Yellow Yak LLC
502 N 9th Ave
Bozeman, MT 59715-3332

Z Transportation Services LLC
3127 Alexandrias Dr
Sandusky, OH 44870-5999

Zano Transportation LLC
3127 Alexandrias Dr
Sandusky, OH 44870-5999

Zingeer Transportation
308 Grandy Ct
Greer, SC 29651-1056

Alberto F Gomez Jr.+
Johnson Pope Bokor Ruppel & Burns, LLP
400 North Ashley Drive
Suite 3100
Tampa, FL 33602-4337

United States Trustee - TPA +
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

Nicole Peair +
Timberlake Annex
501 E Polk Street, Suite 1200
Tampa, FL 33602-3945

Ross M Good +
The Good Law Group
800 E Northwest Hwy
Suite 814
Palatine, IL 60074-6514

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Catherine Peek McEwen<br>Tampa | (d)DWL Transport Services, Inc.<br>15325 SW 89th Ave.<br>Miami, FL 33157-1902 | (d)TRUMANAGE LLC<br>c/o Ross M. Good, Esq.<br>The Good Law Group<br>800 E. Northwest Hwy, Suite 814<br>Palatine, IL 60074-6514 |
| (d)Trumanage LLC<br>1953 River Forest Dr<br>Marietta, GA 30068-1520 | End of Label Matrix<br>Mailable recipients   329<br>Bypassed recipients     4<br>Total                 333 | |