## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:

Automated Trucking LLC,            Case No. 8:25-bk-03886-CPM

                                                 Chapter 11

     Debtor.

_____/

## NOTICE OF WITHDRAWAL OF
## COUNSEL PURSUANT TO LOCAL RULE 2091-2

PLEASE TAKE NOTICE that Ross M. Good of The Good Law Group, pursuant to Local Rule 2091-2(b) for the Bankruptcy Court for the Middle District of Florida, files this Notice of Withdrawal as counsel for TRUMANAGE, LLC. Ross M. Good is relieved of any further responsibility in this case as attorney for TRUMANAGE, LLC.

Respectfully submitted this 28th day of July, 2025.

                                              /s/Ross M. Good
                                              Ross M. Good, Esq. (FBN 116405)
                                              The Good Law Group
                                              800 E. Northwest Hwy, Suite 814
                                              Palatine, IL 60074
                                              Phone: (847) 600-9576
                                              Email: ross@thegoodlawgroup.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on July 28, 2025, a true and correct copy of the foregoing was filed electronically with the Court's CM/ECF Filing to all parties who have requested or consented to electronic service in this case.

By: */s/ Ross M. Good*
Ross M. Good, Esq.