UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

AUTOMATED TRUCKING, LLC,

Case No.: 8:25-bk-03886-CPM
Chapter 11

    Debtor.
_____/

**JOINT REPORT TO THE COURT REGARDING COURT'S ORDER GRANTING DEBTOR'S MOTION FOR TURNOVER OF ESTATE PROPERTY AND TO ENFORCE THE AUTOMATIC STAY AGAINST BANK OF AMERICA, NA [Doc. No. 29]**

Automated Trucking, LLC ("Debtor") and Bank of America, NA ("BOA") (collectively the "Parties"), through their respective counsel, report to the Court as follows regarding the Court's Order Granting Debtor's Motion for Turnover of Estate Property and to Enforce the Automatic Stay Against Bank of America, NA (Doc. No. 29) (the "Turnover Order"):

1. On June 10, 2025, the Debtor filed its voluntary petition under Chapter 11 of the Bankruptcy Code.

2. On June 17, 2025, the Debtor filed its Motion for Turnover of Estate Property and to Enforce the Automatic Stay Against Bank of America, NA (Dkt. No. 017).

3. On June 30, 2025, the Court entered the Turnover Order.

4. After entry of the Turnover Order, BOA provided the Debtor with the following information (including substantial documentation in support thereof):

    a. On May 22, 2025, the depository account that is the subject of the Turnover Order (the "Account") was closed by BOA.

    b. The Account had a zero balance when it was closed.

    c. BOA is not otherwise holding any funds belonging to the Debtor.

      d.   There is no administrative freeze on the Account.

5. The Debtor is continuing its review and analysis of the information and documents provided to it by BOA, including the circumstances leading to the Account having a zero-balance. However, should either of the Parties feel the need to do so, the Parties agree that they are free to raise whatever claims and defenses that they deem appropriate with the Court, consistent with their existing agreements and the law.

Dated: July 28, 2025.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Alberto ("Al") F. Gomez, Jr.<br>Alberto F. Gomez, Jr., Esq. \| FBN: 784486<br>JOHNSON POPE BOKOR RUPPEL & BURNS, LLP<br>400 North Ashley Drive, Suite 3100<br>Tampa, Florida 33602<br>T: (813) 225-2500<br>Primary email: al@jpfirm.com<br>*Counsel for Debtor, Automated Trucking, LLC* | */s/ Edwin G. Rice*<br>Edwin G. Rice, Esq. \| FBN: 855944<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>1001 Water Street, Suite 1000<br>Tampa, Florida 33602-5468<br>T: (813) 559-5500 \| F: (813) 229-5946<br>Primary email: erice@bradley.com<br>Secondary email: ajecevicus@bradley.com<br>*Counsel for Bank of America, NA* |

## FILER'S ATTESTATION

Pursuant to Local Rule 1001-2(e)(3) regarding signatures, Alberto F. Gomez, Jr., attests that concurrence in the filing of this paper has been obtained.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 28, 2025, a true and correct copy of this Joint Report to the Court has been filed electronically with the Court's Pacer CM/ECF electronic filing system which will provide a copy to all counsel of record.

                                                       /s/ Alberto ("Al") F. Gomez, Jr.
                                                       Alberto F. Gomez, Jr., Esq.