

UNITED STATES BANKRUPTCY COURT  
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/29/2025 02:30 PM

COURTROOM 8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:25-bk-03886-CPM** | 11 | **06/10/2025** |

**Chapter 11**

**DEBTOR:**  Automated Trucking LLC

**DEBTOR ATTY:**  **Alberto Gomez**

**TRUSTEE:**  NA

**HEARING:**

Initial Status Conference

**APPEARANCES::**
AAPPEARANCES: via zoom: Donna Bloom, Michael Markham (for Al Gomez), JR Boyd, Nicole Peair

**RULING:**
Initial Status Conference

  ...Continued to 10/9/2025 at 2:00 p.m. (Plan / DS due 10/8/2025) - Case Manager to prepare Order Continuing Initial Status Conference [form 811ocist]...

For remote attendance at hearings by video or telephone via Zoom, parties are directed to review Judge McEwen's Procedures Governing Court AAPPEARANCES: (available at
https://www.flmb.uscourts.gov/judges/tampa/mcewen/Judge_McEwen_Hearing_Procedures.pdf ) for her policies and procedures.

ORE TENUS MOTION to Extend Time to File Proof of Claims by Nicole Peari on behalf of the U.S.Trustee

  ...Granted (extended to 9/25/2025) - Order by Peair (service by Gomez)...
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.