FILED VIA MAIL

JUL 31 2025

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA         DIVISION

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

In re:
AUTOMATED TRUCKING, LLC

Case No. 8:25-bk-03886
Chapter 11

_____ Debtor(s) _____ /

## NOTICE OF CHANGE OF ADDRESS

**CHECK ONLY ONE:**

DEBTOR(s): [ ]    CREDITOR: [✓]

Please print the following information:

NAME: **SHAM INVESTMENTS, LLC**

OLD MAILING ADDRESS: **375 Three Springs Drive**

**Weirton, WV 26062**

NEW MAILING ADDRESS: **1527 Walker Road**

**Follansbee, WV 26037**

DATED: 7/3/2025

_____
Signature of Debtor or Creditor

_____
Signature of Joint Debtor (if applicable)

PHONE NUMBER: (304) 479- 4241

**All future notices shall be sent to the new mailing address**

(6/1/11)

Austin Schambach
1527 Walker Road
Follansbee, WV 26037

PITTSBURGH PA 150
28 JUL 2025 PM 1 L



Sam M. Gibbons United States Courthouse
801 N. Florida Ave.
Suite 555
Tampa, Florida 33602

33602-386030