UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

AUTOMATED TRUCKING, LLC            Case No. 8:25-bk-03886-CPM
                                                                              Chapter 11

    Debtor.
_____/

**OFFICIAL COMMITTEE OF UNSECURED
CREDITORS' APPLICATION TO EMPLOY ERIK JOHANSON PLLC**

**NOTICE OF OPPORTUNITY TO OBJECT
AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of the Court at Sam M. Gibbons Courthouse, 801 N. Florida Avenue, Suite 555, Tampa, FL 33602, within 14 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

The Official Committee of Unsecured Creditors of Automated Trucking, LLC (the "Committee"), by and through undersigned counsel and pursuant to Sections 328 and 1103 of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure, submits this application (the "Application") requesting the entry of an order approving the employment of Erik Johanson PLLC (the "Firm") as counsel for the Committee in the above-captioned bankruptcy case retroactive to July 16, 2025. In support, the Committee states as follows:

## BACKGROUND

1. The Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on June 10, 2025 (the "Petition Date").

2. On July 17, 2025, the United States Trustee for Region 21 appointed Stagecoach Transportation Services, LLC, R & S Rojas, LLC, and Kash Ruby Trucking, LLC (the "Committee Members") to serve on the Committee.

3. Thereafter, through a written resolution of the Committee Members, the Committee adopted bylaws and selected the Firm to serve as its legal counsel in this bankruptcy case.

4. Prior to being officially retained by the Committee in this case, the Firm monitored the status of the bankruptcy case, attended the 341 meetings conducted on July 16, 2025 and August 13, 2025, and liaised with counsel for the Debtor and other parties in interest.

5. The Firm requests approval of its employment as counsel to the Committee retroactive to July 16, 2025, i.e. the date of the first Section 341 meeting in this case.

## LEGAL STANDARD

6. Sections 328(a) and 1103(a) of the Bankruptcy Code govern a committee's employment of professionals. With the bankruptcy court's approval, a committee appointed under Section 1102 "may select and authorize the employment of one or more attorneys . . . to represent or perform services for such committee" at a scheduled meeting, "at which a majority of the members of such committee are present." 11 U.S.C. § 1103(a).

7. With the bankruptcy court's approval, a committee appointed under section 1102 may employ or authorize the employment of a professional person under section 1103 on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis or on a contingent fee basis. 11 U.S.C. § 328(a).

8.      Federal Rule of Bankruptcy Procedure 2014(a) provides that a committee desiring to retain a professional shall submit an application to the court and transmit the application to the United States Trustee. The application must include (A) "the specific facts showing the necessity for the employment," (B) the reasons for the selection," (C) "the professional services to be rendered," (D) "any proposed arrangement for compensation," (E) to the best of the applicant's knowledge, all of the person's connections with the debtor, creditors, any person employed in the office of the United States trustee," along with "a verified statement of the person to be employed setting forth the person's connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee." Fed. R. Bankr. P. 2014(a).

## RELIEF REQUESTED

9.      The Committee seeks entry of an order approving the employment of the Firm as counsel for the Committee in this bankruptcy case pursuant to Sections 328(a) and 1103(a).

**A.     Necessity of Employment**

10.     Employment of the Firm is necessary to enable the Committee to exercise its powers and comply with its duties under Section 1103(c), which includes consulting with the Debtor concerning administration of the case, investigating the Debtor's financial condition, and participating in the formulation of a Chapter 11 Plan.

**B.     Reasons for Selection**

11.     The Committee has selected the Firm to serve as its counsel based on the Firm's experience and reputation as bankruptcy counsel.

**C.     Services to Be Rendered**

12. The Firm has agreed to serve as counsel to the Committee and perform all services that are reasonably necessary to carry out the representation, including:

(i) Reviewing financial information furnished by the Debtor or Committee;

(ii) Negotiating a budget and use of cash collateral;

(iii) Reviewing and investigating the liens of purported secured parties;

(iv) Conferring with the Debtor's management and counsel;

(v) Coordinating efforts to sell encumbered and unencumbered assets of the Debtor in a manner that maximizes the value for unsecured creditors;

(vi) Reviewing the Debtor's schedules and statements of financial affairs;

(vii) Advising the Committee as to the ramifications regarding all of the Debtor's activities and motions before the Court;

(viii) Preparing and filing appropriate pleadings on behalf of the Committee; and

(ix) Assisting the Committee in negotiations with the Debtor and other parties in interest.

### D. Proposed Fee Arrangement

13. The Firm has agreed to serve as the Committee's counsel in exchange for the payment of its hourly fees and out-of-pocket expenses in an amount to be approved under Sections 330 and 331 of the Bankruptcy Code. As disclosed in the Declaration of Erik Johanson attached hereto as **Exhibit "A"** (the "Declaration") the Firm's current hourly rates are $335-435/hr for attorneys and $125-$175/hr for paraprofessional staff.

### E. Disclosure of Connections

14. Except as disclosed in the Declaration, to the best of the Committee's knowledge, the Firm and its attorneys are disinterested, do not hold or represent an interest adverse to the

Committee and neither the Firm nor its attorneys have any connections to the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

WHEREFORE, the Committee respectfully requests the entry of an order approving this Application retroactive to July 16, 2025, and granting the parties such additional and further relief as is just and proper.

DATED: September 5, 2025.

RESPECTFULLY SUBMITTED,

/s/ Erik Johanson
Erik Johanson, Esq.
Florida Bar No. 106417
Joseph R. Boyd, Esq.
Florida Bar No. 1039873
ERIK JOHANSON PLLC
3414 W. Bay to Bay Boulevard
Suite 300
Tampa, FL 33629
erik@johanson.law
jr@johanson.law
ecf@johanson.law
*Proposed Counsel for Committee of Unsecured Creditors of Automated Trucking, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing was served using the Court's CM/ECF filing system on all parties in interest who receive electronic service in the ordinary course of business on this 5th day of September 2025.

/s/ Erik Johanson
Erik Johanson