# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

AUTOMATED TRUCKING, LLC           Case No. 8:25-bk-03886-CPM
                                                 Chapter 11

    Debtor.
_____/

**DECLARATION OF ERIK JOHANSON, ESQ. IN
SUPPORT OF OFFICIAL COMMITTEE OF UNSECURED
CREDITORS' APPLICATION TO EMPLOY ERIK JOHANSON PLLC**

The undersigned, Erik Johanson of Erik Johanson PLLC (the "Firm"), hereby declares under penalty of perjury pursuant to the provisions of 28 U.S.C. § 1746 that the following statements are true and correct:

1. I am Erik Johanson. I am a member of the Florida Bar and the bars of the United States District Courts for the Northern, Middle, and Southern Districts of Florida and the Eleventh Circuit Court of Appeals.

2. I am duly authorized to practice law in the State of Florida, and I am competent to provide this declaration as required by Federal Rule of Evidence 601.

3. I am currently the managing member of the Firm, which is located at 3414 W. Bay to Bay Blvd., Suite 300, Tampa, FL 33629.

4. The Firm has been asked to serve as counsel to the Official Committee of Unsecured Creditors of Automated Trucking, LLC (the "Committee") in connection with the above-captioned bankruptcy case (the "Bankruptcy Case").

5. This declaration is being made and submitted in support of the Committee's Application to Employ Erik Johanson PLLC (the "Application") as required under Federal Rule of Bankruptcy Procedure 2014(a).

## I. DISCLOSURE OF CONFLICT CHECK SYSTEM AND CONNECTIONS WITH THE DEBTORS, CREDTIORS, AND PARTIES IN INTEREST

6. The Firm maintains records of all past and present clients and representations using Clio Manage practice management software. Using the conflict check systems provided by Clio Manage, together with its independent knowledge and verification, the Firm performs a conflict check to ensure there is no conflict of interest before undertaking a representation. The Firm's conflict check system and related records are maintained within Clio Manage in the regular course of the Firm's business. Such records reflect documents and entries that were input into Clio Manage at the time such information became available by or at the direction of persons with personal knowledge of the matters contained therein. I personally supply information to the conflict check system via Clio Manage and I regularly use and rely on the information contained in Clio Manage in my practice of law.

7. The facts stated in this declaration as to the relationship between me, the Firm, the Committee and its members, the Debtor, the Debtor's creditors and other parties in interest, the United States Trustee, and the attorneys representing the United States Trustee are based on a review of the conflict check system described herein and my personal knowledge.

8. Based on the foregoing, I have ascertained the following information:

    a. No attorney at the firm is a creditor, an equity security holder, or an insider of the Debtor;

    b. No attorney at the Firm is a relative of any director, officer, employee, or any person in control of any affiliate(s) of the Debtor;

c.  No attorney of the Firm is or has served as an officer, director, or employee of a financial advisor who has been engaged by the Debtor in connection with the offer, sale, or issuance of a security of the Debtor at any time;

d.  No attorney of the Firm has represented a financial advisor of the Debtor in connection with the offer, sale, or issuance of a security of the Debtor;

e.  No attorney of the Firm presently represents a creditor, general partner, lessor, lessee, party to an executory contract of the Debtor, or person adverse or potentially adverse to the Debtor or its estate, on any matter related to the Debtor or its estate; and

f.  No attorney of the Firm has been paid fees pre-petition by the Debtor or holds a security interest, guarantee, or other assurance for services performed and/or to be performed for the Debtor in the Bankruptcy Case.

9.  No attorney of the Firm has any other connections with the Debtor, its creditors, or any other parties in interest, except as stated above.

10. The Firm's current hourly rates are $335-435/hr for attorneys and $125-$175/hr for paraprofessional staff.

11. This concludes my declaration.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct, executed on this 5th day of September 2025.

*/s/ Erik Johanson*
Erik Johanson, Esq.