ORDERED.

Dated: February 19, 2026

*Catherine McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In Re:

AUTOMATED TRUCKING, LLC                    Case No. 8:25-bk-03886-CPM
                                           Chapter 11
    Debtor.
_____/

**ORDER APPROVING AMENDED FIRST INTERIM APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF JOHNSON
POPE BOKOR RUPPEL AND BURNS, LLP AS COUNSEL FOR DEBTOR**
**(Doc. No. 127)**

THIS CAUSE came on for consideration upon the Amended First Interim Application for the Allowance of Fees and Reimbursement of Costs of Johnson Pope Bokor Ruppel & Burns, LLP ("JP") as Counsel for Debtor for the period of June 10, 2025 through December 31, 2025 ("Application") (Doc. No. 127)[1]. Creditors and parties in interest were provided 21 days' notice of the Application and advised of the opportunity to respond to same. No responses to the Application

---

[1] Capitalized terms not already defined herein shall have the same meaning ascribed to them in the Application.

1

were filed with the Court and the Court finds that notice was proper and adequate under the circumstances. Accordingly, the Court considers the Application to be uncontested and will enter this Order approving the Application. Accordingly, it is:

ORDERED that

1. The Application is hereby approved.

2. JP is awarded compensation in the amount of $80,075.50 and reimbursement of expenses incurred in the amount of $3,052.23, for a total allowance of $83,127.73.

3. The Court finds, based on 11 U.S.C. § 330, the lodestar principal and each of the facts that govern the reasonableness of fees as set forth in *Johnson vs. Georgia Highway Express, Inc*., 488 F.2d 714 (5th Cir. 1947), that $83,127.72 is a reasonable fee for the services rendered during the Application Period.

4. JP is authorized to disburse payment of the awarded fees and expenses in the amount of $45,230.50 from the retainer and $11,457.50 from payments paid by the Debtor's principals.

5. The Court authorizes the Debtor, through its principals, to make a distribution to JP in the amount of $26,439.73.

cc: Attorney Al Gomez is directed to serve a copy of this order on interested parties who do not receive service via the Court's CM/ECF system and file a proof of service within three (3) days of entry of this order.